B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Net Data Centers, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Net2EZ, SonetX | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>33-1019000 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>898 Sepulveda Boulevard, El Segundo, CA<br>ZIP CODE 90245 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                    Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Net Data Centers, Inc.** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of the petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):    Net Data Centers, Inc. |
|---|---|

<strong>Signatures</strong>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>  Telephone Number (if not represented by attorney)<br><br>_____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>  Signature of Attorney for Debtor(s)<br>  William N. Govier (SBN 262810)<br>  Printed Name of Attorney for Debtor(s)<br><br>Firm Name  Lesnick Prince & Pappas LLP<br>  305 W. 9th Street, Suite 705<br>  Los Angeles, CA 90015<br><br>Address<br>  213-493-6496<br>Telephone Number<br>  2/23/15<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br>  Pervez P. Delawalla<br>  Printed Name of Authorized Individual<br>  President & CEO<br>  Title of Authorized Individual<br>  2/23/15<br>  Date | Address _____<br><br>X _____<br>  Signature<br><br>_____<br>  Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for:* Debtor, Net Data Centers, Inc. | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:    Net Data Centers, Inc.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists          Date Filed: 2/23/15
☐  Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐  Other: _____          Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          2/23/15
*Signature of Authorized Signatory of Filing Party*          Date

Pervez Delawalla
*Printed Name of Authorized Signatory of Filing Party*

President & CEO, Net Data Centers, Inc.
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          2/23/15
*Signature of Attorney for Filing Party*          Date

William F. Govier
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re Net Data Centers, Inc._____,        Case No. _____
     Debtor

Chapter ____11_____

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| DuPont Fabros Technology<br>1212 New York Ave NW, Suite 900<br>Washington, DC 20005 | Hossein Fateh<br>1212 New York Ave NW<br>Suite 900<br>Washington, DC 20005<br>202-728-0110 | Unsecured Note | Contingent, unliquidated, disputed | $6,619,151 |
| Wells Fargo - Garland Building<br>C/O Charter Holdings. Inc.<br>Department 887995<br>Los Angeles, CA 90088-7995 | c/o Dan Woods<br>Musick Peeler & Garrett LLP<br>One Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90017<br>Tel: 213-629-7622 | Rent | Contingent, unliquidated, disputed | $2,560,238 |
| Realty Associates Fund IX, L.P.<br>Po Box 848590<br>Davis Partners, LLC<br>Los Angeles, CA 90084 | Neal Perkey<br>1960 E Grand Ave<br>Suite 400<br>El Segundo, CA 90245<br>310-414-0014 | Rent | Contingent, unliquidated, disputed | $1,550,508 |
| Digital 2260 East El Segundo, LLC<br>C/O Digital Realty Trust<br>2260 E El Segundo Blvd<br>Los Angeles, CA 90074-8056 | c/o Ivan Gold<br>Allen Matkins<br>Three Embarcadaro 12th Floor<br>San Francisco, CA 94111 | Rent | Contingent, unliquidated, disputed | $979,434 |

B4 (Official Form 4) (12/07) – Cont.

In re Net Data Centers, Inc.                                     Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

|  |  |  |  |  |
|---|---|---|---|---|
|  | 415-837-1515 |  |  |  |
| Zayo Group LLC<br>Po Box 952136<br>Dallas, TX 75395 | General Counsel<br>1805 29th St<br>Boulder, CO  80301<br>303-381-4683 | Trade Debt | Contingent, unliquidated, disputed | $556,924 |
| Whale Ventures, LLC<br>1212 New York Ave NW, Suite 900<br>Washington, DC 20005 | Hossein Fateh<br>1212 New York Ave NW<br>Suite 900<br>Washington, DC 20005<br>202-728-0110 | Rent | Contingent, unliquidated, disputed | $551,281 |
| GIP 7th Street, Inc.<br>C/O Digital Realty Trust<br>2260 E El Segundo Blvd<br>Los Angeles, CA  90074-8056 | Christopher Yee<br>Four Embarcadero Center<br>Suite 3200<br>San Francisco, CA 94111<br>415-738-6500 | Rent | Contingent, unliquidated, disputed | $445,703 |
| Grizzly Ventures, LLC<br>1212 New York Ave NW, Suite 900<br>Washington, DC 20005 | Hossein Fateh<br>1212 New York Ave NW<br>Suite 900<br>Washington, DC 20005<br>202-728-0110 | Rent | Contingent, unliquidated, disputed | $366,824 |
| Lemur Properties, LLC<br>1212 New York Ave, Suite 900<br>Washington, DC 20005 | Hossein Fateh<br>1212 New York Ave NW<br>Suite 900<br>Washington, DC 20005<br>202-728-0110 | Rent | Contingent, unliquidated, disputed | $307,264 |
| Fox Properties, LLC<br>1212 New York Ave, Suite 900<br>Washington, DC 20005 | Hossein Fateh<br>1212 New York Ave NW<br>Suite 900<br>Washington, DC 20005<br>202-728-0110 | Rent | Contingent, unliquidated, disputed | $114,347 |
| TW Telecom<br>Po Box 172567<br>Denver, CO 80217-2567 | Office of General Counsel<br>10475 Park Meadows Dr<br>Littleton, CO  80124<br>720-888-1000 | Trade Debt | Contingent, unliquidated, disputed | $113,646 |

B4 (Official Form 4) (12/07) – Cont.

In re Net Data Centers, Inc.                                    Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| De Lage Landen<br>Po Box 41602<br>Philadelphia, PA 19101 | Legal Department<br>111 Old Eagle School Rd<br>Wayne, PA  19087<br>610-386-5000 | Equipment Lease | Contingent, unliquidated, disputed | $87,489 |
| Western Equipment Finance<br>Po Box 640<br>503 Hwy 2 West<br>Devils Lake, ND 58301 | Legal Department<br>503 Highway 2 West<br>Devils Lake, ND 58301<br>800-451-7087 | Equipment Lease | Contingent, unliquidated, disputed | $61,810 |
| Stratacore, Inc.<br>2320 2nd Ave, Suite 2100<br>Seattle, WA 98121 | Justin Swanberg<br>2320 22nd Ave<br>Seattle, WA  98121<br>206-456-5811 | Trade Debt | Contingent, unliquidated, disputed | $60,104 |
| Tel-X Los Angeles, LLC<br>Box 10157<br>Uniondale, NY 11555 | General Counsel<br>1 State St<br>21st Floor<br>New York, NY  10004<br>877-321-8359 | Trade Debt | Contingent, unliquidated, disputed | $57,299 |
| Leaf<br>Po Box 644006<br>Cincinnati, OH 45264 | Legal Department<br>One Commerce Square<br>2005 Market St 15th Floor<br>Philadelphia, PA 19103<br>800-819-5556 | Equipment Lease | Contingent, unliquidated, disputed | $55,993 |
| Summit Funding Group Inc.<br>4680 Parkway Drive, Suite 300<br>Mason, OH 45040 | Legal Department<br>4680 Parway Dr Suite 300<br>Mason, OH  45040<br>513-489-1222 | Equipment Lease | Contingent, unliquidated, disputed | $52,450 |
| DB Transit Consulting, LLC<br>1809 East Broadway Street, Ste 338<br>Oviedo, FL  32765 | 1809 East Broadway Street, Ste 338<br>Oviedo, FL  32765<br>Attn Jason Webber<br>407-366-8400 | Trade Debt | Contingent, unliquidated, disputed | $46,843 |
| Equinix, Inc.<br>4252 Solutions Center<br>Chicago, IL 60677 | General Counsel<br>301 Velocity Way, 5th Floor<br>Foster City, CA 94404<br>800-322-9280 | Trade Debt | Contingent, unliquidated, disputed | $36,118 |
| Avant Communications, Inc.<br>153 W. Ohio St<br>Suite 500<br>Chicago, IL 60654 | Avant Communications, Inc.<br>153 W. Ohio St<br>Suite 500<br>Chicago, IL 60654<br>Attn David Bjerke | Trade Debt | Contingent, unliquidated, disputed | $34,950 |

B4 (Official Form 4) (12/07) – Cont.

In re Net Data Centers, Inc.                          Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | 312-268-1891 | | | |
|---|---|---|---|---|

       I, Pervez Delawalla, the President and CEO of Net Data Centers, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date February 23, 2015

Signature _____

Pervez Delawalla, CEO

Auditwerx Inc
3000 Bayport Drive Suite 480
Tampa, FL 33607


Chad Long
c/o Cox Castle Nicholson
2049 Century Park E Ste 2800
Los Angeles, CA 90067


DATA SALES CO
3450 West Burnsville Parkway
Burnesville, MN 55337


De Lage Landen
PO BOX 41602
Philadelphia, PA 19101


DIGITAL 2260 EAST EL SEGUNDO LLC
c/o Digital Realty Trust
2260 E El Segundo Blvd
Los Angeles CA 90074-8056


DuPont Fabros Technology
1212 New York Ave, NW Ste 900
Washington DC 20005


Fakouri Electrical Eng Inc
30001 Comercio
Rancho Santa Marg CA 92688


FOX PROPERTIES LLC
1212 New York Ave NW Suite 900
Washington DC 20005



FPS Specialists in Fire Systems Inc
1150 W Central Avenue Suite D

Brea CA 92821


GIP 7TH STREET INC
c/o Digital Realty Trust
600 W 7th Street
Los Angeles, CA 90074-0328


GRIZZLY VENTURES LLC
1212 New York Ave NW Suite 900
Washington, DC 20005


LEAF
PO BOX 644006
Cincinnati, OH 45264


LEMUR PROPERTIES LLC
1212 New York Ave NW Suite 900
Washington, DC 20005


NFS LEASING
900 Cummings Center Suite 309V
Beverly, MA 01915


Premium Assignment Corporation
PO BOX 8000
Tallahassee, FL 32314


Principal
711 High Street
PO BOX 10431
Des Moines, IA 50306



Realty Associates Fund IX LP
Attn Davis Partners LLC
PO BOX 848590

Los Angeles, CA 90084


SOUTHLAND INDUSTRIES
7421 Orangewood Ave
Garden Grove, CA 92841


Summit Funding Group Inc
4680 Parkway Drive Suite 300
Mason, OH 45040


WELLS FARGO GARLAND BUILDING
Charter Holdings Inc
Department 887995
Los Angeles, CA 90088-7995


WHALE VENTURES LLC
1212 New York Ave NWSuite 900
Washington, DC 20005


Willis Insurance Services of California
PO BOX 101162
Pasadena, CA 91189


Macquaire Equipment Finance
2285 Franklin Rd Suite 100
Bloomfield Hills, MI  48302


Western Equipment Finance
PO Box 640
503 Hwy 2 West
Devils Lake, ND 58301


Cogent Communications
PO BOX 791087
Baltimore, MD 21279

DB Transit Consulting LLC
1809 East Broadway Street Ste 338
Oviedo, FL 32765


EQUINIX INC
4252 Solutions Center
Chicago, IL 60677-4002


Internap Networks Services
Dept 0526
PO BOX 120526
Dallas, TX 75312


MARKET HALSEY URBAN RENEWAL LLC
112 West 34th Street Suite 2106
New York, NY 10120


Mod Mission Critical LLC
9227 E Lincoln Ave Ste 200-409
Lone Tree, CO 80124


NTT America Inc
PO Box 660322
Dallas, TX 75266


TeliaSonera International
Lock Box 4966
4966 Paysphere Circle
Chicago, IL 60674


TEL-X LOS ANGELES LLC
BOX 10157
Uniondale, NY 11555


TW TELECOM
PO BOX 172567

Denver, CO 80217-2567


Zayo Group LLC
PO Box 952136
Dallas,TX 75395


786 NetData LLC
13092 Estes Circle
Westminster, CA 92683


ABM Parking Services
1200 W 7th Street Suite 130
Los Angeles, CA 90017-2349

ABOUT TIME PRINTING
254345 Avenue Stanford Ste 209
Valencia, CA 91355


American Express Black
1801 NW 66th Ave Suite 103A
Plantation, FL 33313


American Express Blue
1801 NW 66th Ave Suite 103A
Plantation, FL 33313




ARIN
PO Box 759477
Baltimore, MD 21275


Arxis Technology Inc
2468 Tapo Canyon Rd
Simi Valley, CA 93063

Athena Parking
725 South Grand Ave
Los Angeles, CA 90017


AVANT COMMUNICATIONS INC
153 W Ohio St Suite 500
Chicago, IL 60654


Bizzy Box
16060 Ventura Blvd Suite 110
Encino, CA 91436


Central Parking Systems
PO BOX 790402
Saint Louis, MO 63179


City of El Segundo
350 Main Street
El Segundo, CA 90245


COLOTRAQ
ONE GATEHALL DRIVE SUITE 208
PARSIPPANY, NJ, 07054


Communications Integrators Inc
205 S Alma Drive
Allen, TX 75013


COUNTY OF FAIRFAX
DEPT OF TAX ADMINISTRATION
PO BOX 10203
Fairfax, VA 22035

County of Loudoun
H Roger Zurn Jr Treasurer
PO Box 1000
Leesburg, VA 20177


Dell Marketing LP
C/O Dell USA LP
PO BOX 910916
Pasadena, CA 91110


DF TECHNICAL SERVICES LLC
1212 New York Ave Ste 900
Washington, DC 20005


Every Promotional Product
30401 Agoura Rd Suite 102
Agoura Hills, CA 91301


FedEx
PO Box 7221
Pasadena, CA 91109


Garland Connect LLC
1200 West 7th ST Ste LL1-145
Los Angeles, CA 90017


GRAYBAR
34 N Meramec Ave
St Louis, MO 63105


Guardian
PO BOX 677458
Dallas, TX 75267


IRON MOUNTAIN
PO BOX 601002

Pasadena, CA 91189


JOHN B RUDY INC
1815 South Anderson Ave
Compton, CA 90220


LA COUNTY TAX COLLECTOR
PO Box 54027
Los Angeles, CA 90054-0027


LAYER 1 COMMUNICATIONS INC
PO BOX 940
Upland, CA 91785


Mahipal Reddy Banala
37 Midrand Gardens
1 Kaufmann Road
Midrand 1686 S Africa


MountainGate Country Club
12445 Mountaingate Drive
Los Angeles, CA 90049


NSCUBE LLC
3223 Bagley Ave Ste 216
Los Angeles, CA 90034


O&G CLEANING SERVICES
7053 Irondale Ave
Winnetka, CA 91306


Office of Finance City of Los Angeles
PO BOX 30716
Los Angeles, CA 90030

Purchase Power
PO Box 371874
Pittsburgh PA 15250


Quality Material Handling Inc
900 W Foothill Blvd
Azusa CA 91702


QuoteColo
66 Livingston Dr
Plymouth MA 02360


R&R ELECTRIC
2803 Carlsbad St
Redondo Beach CA 90278


Sign A Rama
630 N Sepulveda Blvd Unit 9B
El Segundo CA 90245


Stradling Yocca Carlson & Rauth
660 Newport Center Drive Suite 1600
Newport Beach CA 92660


StrataCore Inc
2320 2nd Ave Suite 2100
Seattle WA 98121


The Avail Group LLC
137 Townsend Drive
Middletown NJ 7748


TOWNSEND ASSETS GROUP

35 Reed Blvd        Suite A
Mill Valley, CA  94941


Transmode
4100 Midway Rd Suite 1120
Carrollton TX 75007


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


UnitedHealthCare of CA
PO BOX 843118
Los Angeles, CA 90084


Universal E-Business Solutions
70 Adams Street 3rd Floor
Hoboken, NJ 07030


VARCOMAC
9010 Junction Dr
Annapolis Junction, MD 20701


Visionaire
6700 E Pacific Coast Highway Ste 201
Long Beach, CA 90803


Vortex Industries Inc.
1801 W Olympic Blvd.
Pasadena, CA 91199


VPLS Solutions LLC
1744 W Katella Ave Ste 250
Orange, CA 92867

Webscale Technologies Inc
59 John Street Ste 8C
New York, NY 10038


AVANZ TECHNOLOGIES LLC
PO Box 230974
Centerville, VA 20120-0974


CORESITE ONE WILSHIRE LLC
PO Box 74338
Cleveland, OH 44194-4338


dbr360 Inc
Webster Bank Dept 111021
PO BOX 150421
Hartford, CT 06115


FIBERLIGHT LLC
PO Box 602526
Charlotte, NC 28260-2526


Global Telecom & Technology Inc
7900 Tyson One Place Suite 1450
McLean, VA 22102


LIMELIGHT NETWORK INC
32409 Collection Center Drive
Chicago, IL 60693


Tinet Spa
Deutsche Bank
8484 Westpark Drive Ste 720
McLean, VA 22102

Verizon
PO Box 660720
Dallas TX 75266


AT&T
PO BOX 5025
Carol Stream IL 60197


AT&T Long Distance
PO BOX 5017
Carol Stream IL 60197


AT&T MOBILITY
PO Box 6463
Carol Stream IL 60197-6463




DIRECTV
PO BOX 60036
Los Angeles  CA 90060




FOX PROPERTIES LLC
1212 New York Ave NW Suite 900
Washington, DC 20005


GRIZZLY VENTURES LLC
1212 New York Ave NW Suite 900
Washington, DC 20005


LEMUR PROPERTIES LLC
1212 New York Ave NW Suite 900
Washington, DC 20005

Logiciel Prospects Inc.
One Place du Commerce Ste 220
Montreal, QB CANADA H3E1A2


LogicMonitor
901 Olive Street
Santa Barbara, CA 93101


Looking Glass
712 North Main Street
Coudersport, PA 16915


Los Angeles Capital Management
11150 Santa Monica Blvd
Los Angeles, CA 90025


Los Angeles Lakers
Attn Tommy Yamada
555 North Nash Street
El Segundo, CA 90245


Macquarie Holdings (USA) Inc
125 W 55th Street
New York, NY 10019


Manhattan Beach Trading Inc
Attn Sheri Taylor
PO Box 1870
Manhattan Beach, CA 90267-0321


Marlborough School
Attn Stuart Posin
250 South Rossmore Ave
Los Angeles, CA 90004


McKenna Long & Aldridge
1900 K Street NW

Washington, DC 20006


Media Temple
8520 National Blvd Suite A
Culver City, CA 90232


Metasolutions Inc
19800 MacArthur Blvd Suite 300
Irvine, CA 92612


Multipath Technologies LLC
2207 Concord Pike  Suite 680
Wilmington, DE 19803


MyLife
Attn Anil Ramineni
1100 Glendon Ave Suite 1800
Los Angeles, CA 90024


NantVu
9920 Jefferson Blvd
Culver City, CA 90232


Nasty Gal
523 W 6th Street Suite 330
Los Angeles, CA 90014


NCS Technologies
Attn Bob Heilbroun
15 Corporate Place South Ste 200
Piscataway, NJ 08854


Netica
Attn James Lin
2281 W 205th Street Ste 103
Torrance, CA 90501

New Alliance
17601 South Denver Avenue
Gardena, CA 90248


New Egg
17708 Rowland St
Rowland Heights, CA 91748


Nick Thobe
5546 West 78th Street
Westchester, CA 90045


OmniPlatform Corporation
Attn Dr Mark E Lehr
3333 14th Street 1st Floor
Riverside, CA 92509


One Market Data
Two Hudson Place  Suite 100
Hoboken NJ 07030


Onfiber Communications Inc
12150 Monument Drive Ste 700
Fairfax, VA 22033


Otoy
1010 Wilshire Blvd Suite 1604
Los Angeles, CA 90017


P1 Technologies
3701 Highland Avenue Suite 300
Manhattan Beach, CA 90266


Peoplecapital
2527 Eighth Ave  Ste 4
Oakland, CA 94606

Phacil
601 California Street Suite 1710
San Francisco, CA 94108


Pixomondo
903 Colorado Ave 100
Santa Monica, CA 90401


Pontual Money Transfer
111 N Sepulveda Blvd
Manhattan Beach, CA 90266


Pro Softnet Corporation
26115 Mureau Road Suite A
Calabasas, CA 91302


PSA
1880 Campus Commons Dr Suite 250
Reston, VA 20191


Pure Video Networks
236 Avenida Fabricante Suite 201
San Clemente, CA 92672


ReachLocal
21700 Oxnard Street Suite 1600
Woodland Hills, CA 91367


Reliam
6033 W Century Blvd Suite 805
Los Angeles, CA 90045

Rentrak
Attn Karena Stalcup
7700 NE Ambassador Place
Portland, OR 97220


RideLinks Inc
Attn Rashmi Bansal
1 S Fair Oaks Avenue Ste 302
Pasadena, CA 91105


Ridgecrest Healthcare Center
PO Box 39696
Los Angeles, CA 90039


Rubicon
Attn Jan Arman
12181 Bluff Creek 4th Floor
Playa Vista, CA 90094


SBWIB Inc
11539 Hawthorne Blvd 5th Floor
Hawthorne, CA 90250


Serco BPO Private Limited
Intelenet Towers Plot Ste1406A28
Mindspace Malad West
Mumbai, INDIA 400064


Shopzilla
12200 W Olympic Blvd Suite 300
Los Angeles, CA 90064


SHP
510 Castillo Street 2nd Floor
Santa Barbara, CA 93101


Silverline Technology Group
1001 Sixth Avenue 12th Floor

New York, NY 10018


Site Safe
2415 Campus Drive  Ste 200
Irvine, CA 92612




Site Tools
1101 Lincoln Blvd Suite 1C
Santa Monica, CA 90403


Skyriver Communications
9370 Chesapeake Drive Ste 150
San Diego, CA 92123


Speridian Technologies
2021 Girard Blvd SE Suite 200
Albuquerque, NM 87106



SQLFusion LLC
PO Box 121
Culver City, CA 90232


Stafford Associates
21 Bennetts Rd
Setauket, NY 11733


Stellimare
25791 Quilla Road
Santa Clarita, CA 91355


StreamTrack
Attn Jud McKee
347 Chapala Street
Santa Barbara, CA 93101

Styku
5527 E Slauson Ave
Los Angeles, CA 90040

Sunwest Mortgage Company
18000 Studebaker Road, Suite 200
Cerritos, CA 90703

Supersonic Transport
10025 Shoemaker Ave
Santa Fe Springs, CA 90670

Sutherland Global Services Inc
1160 Pittsford Victor Road
Pittsford, NY 14534-3825

Syncromatics
Attn Joshua Bigelow
523 W 6th Street Ste 444
Los Angeles, CA 90014

Target Media Partners
Attn Rick Widmer
1800 N Highland Ave Suite 400
Los Angeles, CA 90028

Tawlk Inc
1158 26th St Ste 325
Santa Monica, CA 90403

TechEmpower Inc
898 N Sepulveda Blvd Suite 300
El Segundo, CA 90245

Technicolor
101 W 103rd
Indianapolis, IN 46290


Telespace
600 N Loop 1604 East
San Antonio, TX 78232


Telogis
20 Enterprise Suite 100
Aliso Viejo, CA 92656


textPlus
Attn Jesse Donahue
13160 Mindanao Way Suite 350
Marina Del Rey, CA 90292


The Am Inst of Biological Sci
1900 Campus Commons Drive Ste 200
Reston, VA 20191


The Camden Group
100 N Sepulveda Blvd Suite 600
El Segundo, CA 90245


The Cyberdreaming Network
1460 Westwood Blvd Suite 300
Los Angeles, CA 90024


The Internet Works
Attn Ron Connelly
4603 Palm Drive
La Canada, CA 91011


The Wetseal Inc
PO Box 5062
Lake Forest, CA 92609

Time Warner Telecom
10475 Park Meadows Drive
Littleton, CO 80124


Trendnet
20675 Manhattan Pl
Torrance, CA 90501


Triple8 Network Inc
525 S Douglas Street Suite 2000
El Segundo, CA 90245


Upland Software
PO Box 660675 Ste 62599
Dallas, TX 75266


Used Gym Equipment
2640 E. Del Amo Blvd
Carson, CA 90221


Velankani Comm Technologies
80 Cottontail Lane Suite 420
Somerset, NJ 08873


Verizon Business
Attn Scott Mullins
6929 N Lakewood
Tulsa, OK 74117


Visionaire
6700 E PCH Suite 201
Long Beach, CA 90803

Vivacore
2654 W Horizon Ridge Pkwy
Suite B5-224
Henderson, NV 89052


Voyager Pictures
1800 Vine St 2nd Floor
Los Angeles, CA 90028


VPLS Inc
Attn Ted Mektrakarn
1744 W Katella Ave
Orange, CA 92867


WAM
668 Route 70
Lakehurst, NJ 08733


Wilshire Connection LLC
818 W 7th Street Suite 410
Los Angeles, CA 90017


XO Communications
c/o TEOCO Corporation
12150 Monument Drive Suite 700
Fairfax VA 22033


Ytel
17595 Harvard Avenue Suite C161
Irvine, CA 92614


Terry Spoors
c/o Levine and Blit LLP
8383 Wilshire Blvd Ste 945
Beverly Hills, CA  90211

## ACTION BY WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS AND SOLE SHAREHOLDER OF
## NET DATA CENTERS, INC., a California corporation

The undersigned, constituting all of the members of the Board of Directors (the "Board") of Net Data Centers, Inc., a California corporation (the "Company") and the sole shareholder (the "Shareholder") of the Company, in accordance with the authority contained in Sections 307(b) and 603(a) of the California General Corporation Law (the "CGCL") and the bylaws of the Company, hereby consent to the adoption of the following recitals and resolutions taking or authorizing the actions specified therein as contemplated thereby, in each case, with the same force and effect as if presented to and adopted at a meeting of the Board and the Shareholder duly called and held:

### Chapter 11 Bankruptcy Filing

WHEREAS, the Company is insolvent and unable to pay its debts when due; and

WHEREAS, the Company and its creditors would best be served by reorganization of the Company under Chapter 11 of the Bankruptcy Code;

NOW, IT IS HEREBY

RESOLVED, that the Company file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that Pervez Delawalla ("Delawalla") is hereby authorized to determine, based upon subsequent events and advice of United States counsel, whether it is desirable and in the best interests of the Company, its creditors and other interested parties, that the Company file a petition for relief under the provisions of chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that Delawalla is hereby authorized and directed on behalf of and in the name of the Company to execute a chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case;

FURTHER RESOLVED, that Delawalla is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause United States counsel to the Company to prepare, documents and pleadings necessary to cause the appointment of a chapter 11 bankruptcy trustee for the Company, as soon as practicable; and



FURTHER RESOLVED, that the Company retains the law firm Lesnick Prince & Pappas LLP (the "Firm") as general bankruptcy counsel for the Company in the United States for purposes of, among other things, representing the Company in its chapter 11 case to the extent and under the terms and conditions mutually acceptable to the Company and to the Firm.

### General Authority

BE IT RESOLVED, that the officers of the Company be, and each of them hereby is, authorized at any time and from time to time to do and perform any and all acts or things, including, without limitation, the execution and delivery of any and all further agreements, documents, instruments or papers of whatever kind or nature, which such officers or any of them may consider necessary or desirable to effect the intent of any and all of the foregoing resolutions; and the performance of such other acts and things by any of such officers shall evidence conclusively and for all purposes that such officer or officers considered the same to be necessary or desirable as aforesaid and that such act or thing so done or performed was hereby authorized; and that all such acts or things heretofore performed by the officers of the Company are hereby ratified and approved; and

RESOLVED FURTHER, that these resolutions adopted by the undersigned may be executed in two or more counterparts, and by telefax transmission, and each such counterpart shall be deemed an original, and all of which, when taken together, shall constitute but one and the same instrument.

[Remainder of Page Intentionally Left Blank; Signature Page Follows]

2



IN WITNESS WHEREOF, the undersigned hereby consent to the foregoing resolutions and actions as of the date set forth above.

**DIRECTORS:**

_____
Pervez Delawalla

_____
Michael Edell

**SOLE SHAREHOLDER:**

_____
Pervez Delawalla

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM F. GOVIER (SBN 262810)<br>wgovier@lesnickprince.com<br>MATTHEW A. LESNICK (SBN 177594)<br>matt@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. 9th Street, Suite 705<br>Los Angeles, CA 90015<br>Telephone: (213) 493-6496<br>Facsimile: (213) 493-6596<br><br>☑ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>NET DATA CENTERS, INC.<br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* William F. Govier _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1007-4 CORP OWNERSHIP STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☑ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   Mr. Pervez Delawalla, 100% common stock _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

  b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  February 23, 2015  

By: _____
      Signature of Debtor, or attorney for Debtor

Name:  William F. Govier, attorney for Debtor
          Printed name of Debtor, or attorney for Debtor

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

      None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

      None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at _El Segundo_____, California                    _____
                                                                Signature of Debtor

Date:  02/23/2015_____                                    _____
                                                                Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_                        Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

1

WILLIAM F. GOVIER (SBN 262810)
    wgovier@lesnickprince.com
2  MATTHEW A. LESNICK (SBN 177594)
    matt@lesnickprince.com
3  LESNICK PRINCE & PAPPAS LLP
315 W. 9th Street, Suite 705
4  Los Angeles, CA  90015
Telephone:  (213) 493-6496
5  Facsimile:   (213) 493-6596

6
Proposed Counsel for Debtor and
7  Debtor in Possession

8                   UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         LOS ANGELES DIVISION

11  In re                                    | Case No.

12

13                                           | Chapter 11

14                                           | **DISCLOSURE OF COMPENSATION**

15  NET DATA CENTERS, INC.                   | **OF ATTORNEY FOR DEBTOR**

16                                           | **PURSUANT TO BANKRUPTCY**

17               Debtor and Debtor in        | **CODE §329(a) AND BANKRUPTCY**

18               Possession.                 | **RULE 2016(b)**

19

20                                           _____

21

22                                           [No Hearing Required]

23

24         Pursuant to Bankruptcy Code §329(a) and Federal Rule of Bankruptcy

25  Procedure 2016(b), Lesnick Prince & Pappas LLP (the "Firm"), the proposed bankruptcy

26  counsel for Net Data Centers, Inc., the debtor and debtor in possession in the above-

27  referenced chapter 11 bankruptcy case (the "Debtor"), hereby submits this statement

28  regarding the compensation that it has received from the Debtor in connection with this
case.

The Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 23, 2015 (the "Petition Date"). The Firm began providing legal services to the Debtor on or about February 16, 2015, primarily regarding bankruptcy-related issues. From the beginning of the representation through the Petition Date (all of which time was during the one-year period prior to the Petition Date), the Firm received the following payments:

| Date | Payor | Amount |
|------|-------|--------|
| February 20, 2015 | Net Data Centers, Inc. | $100,000.00 |
| Total | | $100,000.00 |

As of the Petition Date, $64,780.06 of this amount remained on deposit as a retainer for services to be provided and expenses to be incurred in connection with this chapter 11 case (the "Retainer"). The Retainer is on deposit in the Firm's segregated client trust account and serves as a security retainer to secure payment of the Firm's allowed fees and expenses.

The Firm has agreed to accept as compensation for its services the Retainer and such additional sums as may be allowed by the Court. No additional compensation will be paid by the Debtor to the Firm except as approved by the Bankruptcy Court.

Until the Retainer is exhausted, the Firm has proposed to draw its fees and expenses from the Retainer on a monthly basis, as will be set forth in detail in the application to employ the Firm as bankruptcy counsel. After exhausting the Retainer, the Firm will file one or more fee applications seeking Court authority to receive compensation and reimbursement of expenses from the Debtors consistent with any orders of the Bankruptcy Court and applicable procedures established by the Office of the United States Trustee.

The Firm has not agreed to share the compensation received in connection with this case with any person unless they employed by the Firm (either as

an employee or as an independent contractor retained in an "of counsel" capacity to the Firm).

DATED:  February 23, 2015                    LESNICK PRINCE & PAPPAS LLP


                                             By:  ___/s/ William F. Govier_____
                                                   William F. Govier,
                                                   Proposed Counsel for Debtor
                                                   and Debtor in Possession

Verification of Creditor Mailing List - (Rev. 4/01)

2001 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name  William F. Govier

Address  Lesnick Prince & Pappas LLP, 315 W. 9th Street, Suite 705, Los Angeles, CA 90015

Telephone  213-493-6496

☒    Attorney for Debtor(s)
☐    Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: | Case No. |
| --- | --- |
| | Chapter  11 |
| See attached Master Mailing List | |
| Social Security No. _____ Debtor | |
| Social Security No. _____ Joint Debtor | |
| Debtor(s) EIN No. _____ | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___22___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: February 23, 2015

_____
Debtor

_____
Attorney (if applicable)

_____
Joint Debtor