| | |
|---|---|
| 1 | COOLEY LLP |
| | ROBERT L. EISENBACH III (124896) |
| 2 | 101 California Street, 5th Floor |
| | San Francisco, CA  94111-5800 |
| 3 | Telephone:    (415) 693-2000 |
| | Facsimile:     (415) 693-2222 |
| 4 | Email:  reisenbach@cooley.com |

Attorneys for DuPont Fabros Technology, L.P., Lemur Properties LLC, Grizzly Ventures LLC, Fox Properties LLC, and Whale Ventures LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| NET DATA CENTERS, INC., | Case No. 2:15-bk-12690-BB |
| Debtor and Debtor in Possession. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

**PLEASE TAKE NOTICE** that Cooley LLP ("Cooley") hereby appears on behalf of DuPont Fabros Technology, L.P. ("DuPont"), Lemur Properties LLC ("Lemur"), Grizzly Ventures LLC ("Grizzly"), Fox Properties LLC ("Fox"), and Whale Ventures LLC ("Whale" together with DuPont, Lemur, Grizzly and Fox, the "Parties") pursuant to Sections 342 and 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all copies of all notices and pleadings given or filed in the case be given and served upon the Parties at the following addresses and facsimile numbers/emails:

> Robert L. Eisenbach III
> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA  94111-5800
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222
> E-mail: reisenbach@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

114474321 v1

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**CASE NO. 2:15-BK-12690-BB**

| | |
|---|---|
| 1 | -and- |
| 2 | Rick Montfort, EVP, GC and Secretary |
| | DuPont Fabros Technology |
| 3 | 1212 New York Ave., N.W., Suite 900 |
| | Washington, DC 20005 |
| 4 | Telephone: (202) 478-2345 |
| | Facsimile: (866) 558-6370 |
| 5 | E-mail: rmontfort@dft.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, email, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

This Notice and Request is not intended as, and shall not be deemed or construed to be, a waiver or consent by such Parties (i) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or relating to this case, (ii) to the entry of a final judgment or order by the Bankruptcy Court, or (iii) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, in law or in equity, all of which are hereby expressly reserved and preserved.

Dated: March 2, 2015          COOLEY LLP

By:      /s/ Robert L. Eisenbach III
_____
Robert L. Eisenbach III

Attorneys for DuPont Fabros Technology, L.P., Lemur Properties LLC, Grizzly Ventures LLC, Fox Properties LLC, and Whale Ventures LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appearance and Request for Service** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- William F Govier - wgovier@lesnickprince.com, tmims@lesnickprince.com
- Michael S Greger - mgreger@allenmatkins.com
- Brian L Holman - b.holman@mpglaw.com
- Matthew A Lesnick - matt@lesnickprince.com, tmims@lesnickprince.com, matt@ecf.inforuptcy.com
- Ron Maroko - ron.maroko@usdoj.gov
- Wayne R Terry - wterry@hemar-rousso.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/2/2015 | Mollie Canby | */s/ Mollie Canby* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**