MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
WILLIAM F. GOVIER (SBN 262810)
wgovier@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90405
Telephone: (310) 396-0964
Facsimile:  (310) 396-0963

Proposed Counsel for Debtor and Debtor in Possession Net Data Centers, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NET DATA CENTERS , INC.,<br><br>Debtor and Debtor in Possession. | Case No. 2:15-bk-12690-BB<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTOR TO HONOR CERTAIN PREPETITION OBLIGATIONS FOR THE BENEFIT OF ITS CUSTOMERS**<br><br>Hearing:<br>Date:     March 3, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom 1475<br>            Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

PLEASE TAKE NOTICE that Net Data Centers, Inc., the debtor and debtor in possession (the "Debtor"), hereby withdraws its Emergency Motion for Order Authorizing the Debtor to Honor Certain Prepetition Obligations for the Benefit of its

Customers (the "Motion") [Docket No. 16].  The withdrawal of the Motion is without prejudice to the Debtor seeking the same or similar relief at a later time, if appropriate.

DATED: March 4, 2015

                                        LESNICK PRINCE & PAPPAS LLP

                              By:    /s/ Matthew A. Lesnick
                                    Matthew A. Lesnick
                                    Proposed Counsel for Debtor and Debtor
                                    in Possession Net Data Centers, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

185 Pier Avenue, Suite 103, Los Angeles, California 90405

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTOR TO HONOR CERTAIN PREPETITION OBLIGATIONS FOR THE BENEFIT OF ITS CUSTOMERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 4, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert L Eisenbach**     reisenbach@cooley.com
- **William F Govier**     wgovier@lesnickprince.com, tmims@lesnickprince.com
- **Michael S Greger**     mgreger@allenmatkins.com
- **Brian L Holman**     b.holman@mpglaw.com
- **Matthew A Lesnick**     matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com
- **Ron Maroko**     ron.maroko@usdoj.gov
- **Wayne R Terry**     wterry@hemar-rousso.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 4, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**VIA U.S. MAIL:**
Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple St., Suite 1482
Los Angeles, CA  90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2015 | Matthew A. Lesnick | /s/ Matthew A. Lesnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**