B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### Southern District of California

In re: _Net Data Centers, Inc._____,     Case No. _2:15-bk-12690_____
          Debtor                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(2), (31).

---

**1.  Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 4,462,393 | 01/01/2015 - 02/23/2015 Operations (CASH) |
| 40,398,869 | 2014 Operations (Accrual) |
| 39,246,656 | 2013 Operations (Accrual) |

B7 (Official Form 7) (04/13)                                                                                              2

**2.   Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 7.50 | 01/01/2015 - 02/23/2015 Office Space Rental (CASH) |
| 17,079 | 2014 Interest/Rental/Other (Accrual) |
| 96,405 | 2013 Interest/Rental/Other (Accrual) |

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED | | | |

---

[*]*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                 3

None ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Charter Holdings, Inc. v. Net Data Centers, Inc. [BC572514] | Breach of Real Property Lease | Los Angeles Superior Court | Filed; Subj to Stay |

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**



a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |



b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

SEE ATTACHED

---

**8. Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9.  Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Lesnick, Prince & Pappas<br>185 Pier Ave, Suite 103<br>Santa Monica, CA 90405 | 2/20/2015 | $100,000 |

---

**10.  Other transfers**

None     a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|

None ☑    b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY OR DEBTOR'S<br>INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
|---|---|---|

SEE ATTACHED

---

**12.  Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

SEE ATTACHED

---

**15.  Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1801 Avenue of the Stars | Net2EZ Managed Data Centers | 03/2007 - 03/2014 |

---

B7 (Official Form 7) (04/13)                                                                                                      7

**16.  Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |



b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |



c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**



a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                                        8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None ☐   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

Corrine Arana                                                        08/2011 - Present
2208 Goddard Ave., Simi Valley, CA 93063

None ☐   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

BDO                                     PO Box 31001-0860                       12/2012 - 07/2014
                                        Pasadena, CA 91110

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS

Corrine Arana                                            2208 Goddard Ave
                                                              Simi Valley, CA 93063

None d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

SEE ATTACHED

---

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT
                                                                          OF INVENTORY
                                                                          (Specify cost, market or other basis)

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES
                                                              OF CUSTODIAN
                                                              OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                     TITLE          NATURE AND PERCENTAGE
                                                                      OF STOCK OWNERSHIP

SEE ATTACHED

**22 . Former partners, officers, directors and shareholders**

None ☐  a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐  b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

SEE ATTACHED

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Pervez Delawalla 10618 Rountree Rd., Los Angeles, C | 01/23/2015  Loan | $200,000 (CASH) and see response to No. 3(c) |

---

**24.  Tax Consolidation Group.**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

---

**25.  Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                                      11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _____          Signature of Debtor  _____

Date  _____          Signature of Joint Debtor  (if any)  _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  03/09/2015                         Signature  _____

                                   Print Name and Title  Pervez Delawalla, President & CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

16 continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

**Attachment to SoFA - No. 3(b)**

| Vendor | Pmt Date | Payment | Pmt Amt |
|---|---|---|---|
| AEG IT | 1/22/15 | 0000019878-CK | $ 23,121.25 |
| American Express | 12/10/14 | | $ 14,889.77 |
| American Express | 12/17/14 | | $ 10,000.00 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL M0050 | 1/14/15 | | $ 18,893.79 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL M1824 | 1/14/15 | | $ 17,859.24 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL W4456 | 1/16/15 | | $ 24,492.90 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL W5964 | 2/11/15 | | $ 20,692.15 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL M3566 | 2/17/15 | | $ 12,859.33 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL M4736 | 2/17/15 | | $ 12,450.59 |
| AMEX EPAYMENT ACH PMT WEB PERVEZ DELAWAL W7638 | 2/17/15 | | $ 2,569.31 |
| Auditwerx, Inc. | 12/29/14 | 0000019812-CK | $ 8,000.00 |
| AVANZ TECHNOLOGIES, LLC | 12/15/14 | 0000019785-CK | $ 20,378.17 |
| AVANZ TECHNOLOGIES, LLC | 2/4/15 | 0000019920-CK | $ 11,424.97 |
| Caroline Rook | 12/31/14 | 0000019854-CK | $ 30,000.00 |
| City of El Segundo | 2/18/15 | 0000019973-CK | $ 9,803.82 |
| Cogent Communications | 12/29/14 | 0000019815-CK | $ 7,135.49 |
| Cogent Communications | 1/22/15 | 0000019883-CK | $ 2,800.00 |
| Cogent Communications | 2/11/15 | 0000019956-CK | $ 2,800.00 |
| COLOTRAQ | 12/29/14 | 0000019806-CK | $ 3,935.58 |
| COLOTRAQ | 1/22/15 | 0000019884-CK | $ 535.50 |
| COLOTRAQ | 1/28/15 | 0000019902-CK | $ 1,506.54 |
| COLOTRAQ | 2/4/15 | 0000019923-CK | $ 193.50 |
| COLOTRAQ | 2/11/15 | 0000019957-CK | $ 535.50 |
| CORESITE ONE WILSHIRE,LLC | 12/29/14 | 0000019816-CK | $ 7,972.00 |
| CORESITE ONE WILSHIRE,LLC | 1/7/15 | 0000019869-CK | $ 8,984.74 |
| CORESITE ONE WILSHIRE,LLC | 2/4/15 | 0000019924-CK | $ 8,247.00 |
| COUNTY OF FAIRFAX | 2/4/15 | 0000019926-CK | $ 7,171.79 |
| County of Loudoun | 2/4/15 | 0000019925-CK | $ 11,903.93 |
| DB Transit Consulting, LLC | 12/16/14 | 0000019792-CK | $ 5,800.00 |
| DB Transit Consulting, LLC | 12/29/14 | 0000019818-CK | $ 3,687.29 |
| DB Transit Consulting, LLC | 1/28/15 | 0000019904-CK | $ 2,625.00 |
| De Lage Landen | 12/16/14 | 0000019793-CK | $ 2,440.51 |
| De Lage Landen | 1/22/15 | 0000019885-CK | $ 2,562.54 |
| De Lage Landen | 2/11/15 | 0000019958-CK | $ 2,562.54 |

**Attachment to SoFA - No. 3(b)**

| Vendor | Pmt Date | Payment | Pmt Amt |
|---|---|---|---|
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 12/1/14 | 0000019776-CK | $ 443,940.97 |
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 12/29/14 | 0000019819-CK | $ 158,972.37 |
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 1/8/15 | 0000019876-CK | $ 14,763.57 |
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 1/22/15 | 0000019886-CK | $ 172,854.20 |
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 2/4/15 | 0000019927-CK | $ 11,263.57 |
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 2/11/15 | 0000019960-CK | $ 168,817.98 |
| DIGITAL 2260 EAST EL SEGUNDO, LLC | 2/18/15 | 0000099999-CK | $ 600,000.00 |
| Disrupt Interactive LLC | 2/20/15 | 0000019982-CK | $ 4,000.00 |
| Disrupt Interactive LLC | 2/20/15 | 0000019983-CK | $ 3,500.00 |
| DuPont Fabros Technology | 12/31/14 | 0000019853-CK | $ 359,042.70 |
| EQUINIX, INC. | 1/20/15 | 0000001001-CK | $ 7,077.15 |
| EQUINIX, INC. | 2/3/15 | 0000001002-CK | $ 2,025.00 |
| EQUINIX, INC. | 12/29/14 | 0000019821-CK | $ 6,892.54 |
| EQUINIX, INC. | 1/28/15 | 0000019906-CK | $ 1,128.69 |
| Fakouri Electrical Eng., Inc. | 11/25/14 | 0000019765-CK | $ 33,023.96 |
| Fakouri Electrical Eng., Inc. | 12/29/14 | 0000019822-CK | $ 1,799.00 |
| Fakouri Electrical Eng., Inc. | 1/22/15 | 0000019887-CK | $ 50,360.80 |
| Fakouri Electrical Eng., Inc. | 2/11/15 | 0000019961-CK | $ 1,325.00 |
| FIBERLIGHT, LLC | 11/25/14 | 0000019767-CK | $ 2,968.44 |
| FIBERLIGHT, LLC | 12/29/14 | 0000019824-CK | $ 6,806.94 |
| FIBERLIGHT, LLC | 1/22/15 | 0000019889-CK | $ 4,247.94 |
| FIBERLIGHT, LLC | 1/28/15 | 0000019908-CK | $ 1,279.50 |
| FIBERLIGHT, LLC | 2/11/15 | 0000019963-CK | $ 1,279.50 |
| FIBERLIGHT, LLC | 2/18/15 | 0000019975-CK | $ 2,968.44 |
| FOX PROPERTIES, LLC | 2/4/15 | 0000000000-OT | $ 17,072.00 |
| FOX PROPERTIES, LLC | 12/1/14 | 0000019777-CK | $ 72,848.62 |
| FOX PROPERTIES, LLC | 1/1/15 | 0000019859-CK | $ 16,358.09 |
| GIP 7TH STREET, INC. | 2/5/15 | 0000000000-OT | $ 92,038.05 |
| GIP 7TH STREET, INC. | 11/25/14 | 0000019768-CK | $ 86,930.47 |
| GIP 7TH STREET, INC. | 12/1/14 | 0000019778-CK | $ 222,851.40 |
| GIP 7TH STREET, INC. | 12/29/14 | 0000019826-CK | $ 77,153.23 |
| GIP 7TH STREET, INC. | 2/11/15 | 0000019964-CK | $ 82,175.76 |
| GRIZZLY VENTURES, LLC | 2/4/15 | 0000000000-OT | $ 88,958.49 |
| GRIZZLY VENTURES, LLC | 12/1/14 | 0000019779-CK | $ 449,232.46 |

**Attachment to SoFA - No. 3(b)**

| Vendor | Pmt Date | Payment | Pmt Amt |
|---|---|---|---|
| GRIZZLY VENTURES, LLC | 1/1/15 | 0000019860-CK | $ 90,827.11 |
| Guardian | 12/16/14 | 0000019794-CK | $ 2,453.01 |
| Guardian | 1/7/15 | 0000019870-CK | $ 2,902.16 |
| Guardian | 2/4/15 | 0000019933-CK | $ 2,542.55 |
| Interea, Inc. | 12/1/14 | 0000019780-CK | $ 12,500.00 |
| Interea, Inc. | 1/5/15 | 0000019864-CK | $ 12,500.00 |
| Internap Networks Services | 12/29/14 | 0000019827-CK | $ 5,279.36 |
| Internap Networks Services | 1/28/15 | 0000019910-CK | $ 2,949.73 |
| Intuit | 11/30/14 | | $ 244.05 |
| Intuit | 12/1/14 | | $ 641.50 |
| Intuit | 12/2/14 | | $ 58.10 |
| Intuit | 12/2/14 | | $ 19.95 |
| Intuit | 12/3/14 | | $ 1,518.07 |
| Intuit | 12/4/14 | | $ 170.97 |
| Intuit | 12/8/14 | | $ 409.15 |
| Intuit | 12/8/14 | | $ 114.74 |
| Intuit | 12/15/14 | | $ 29.82 |
| Intuit | 12/15/14 | | $ 17.85 |
| Intuit | 12/16/14 | | $ 62.84 |
| Intuit | 12/19/14 | | $ 379.14 |
| Intuit | 12/26/14 | | $ 195.06 |
| Intuit | 12/31/14 | | $ 62.84 |
| INTUIT PYMT SOLN ACCT FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/2/15 | | $ 19.95 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/2/15 | | $ 3.58 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/5/15 | | $ 776.71 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/5/15 | | $ 750.25 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/6/15 | | $ 6.57 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/8/15 | | $ 936.28 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/9/15 | | $ 25.06 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/12/15 | | $ 58.47 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/14/15 | | $ 128.25 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS I Cc | 1/15/15 | | $ 86.65 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS, CC | 1/22/15 | | $ 251.83 |
| INTUIT PYMT SOLN TRAN FEE 4266965000020024 &lt;BR&gt;NET DATA CENTERS, CC | 1/27/15 | | $ 671.73 |

**Attachment to SoFA - No. 3(b)**

| Vendor | Pmt Date | Payment | Pmt Amt |
|---|---|---|---|
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 1/29/15 | 0000019829-CK | $ 52.33 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/4/15 | 0000019795-CK | $ 1,699.03 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/4/15 | 0000019893-CK | $ 32.25 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/5/15 | 0000019966-CK | $ 3.58 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/6/15 | | $ 24.39 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/9/15 | | $ 473.74 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/11/15 | | $ 635.46 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/13/15 | | $ 58.47 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/19/15 | | $ 10.25 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/23/15 | | $ 409.15 |
| INTUIT PYMT SOLN TRAN FEE 426696500020024 &lt;BR&gt;NET DATA CENTERS, CC | 2/23/15 | | $ 9.61 |
| LAYER 1 COMMUNICATIONS, INC | 12/29/14 | 0000019829-CK | $ 7,937.65 |
| LEAF | 12/16/14 | 0000019795-CK | $ 2,153.58 |
| LEAF | 1/22/15 | 0000019893-CK | $ 2,153.58 |
| LEAF | 2/11/15 | 0000019966-CK | $ 2,153.58 |
| LEMUR PROPERTIES, LLC | 2/4/15 | 0000000000-OT | $ 101,719.66 |
| LEMUR PROPERTIES, LLC | 12/1/14 | 0000019781-CK | $ 257,987.47 |
| LEMUR PROPERTIES, LLC | 1/1/15 | 0000019861-CK | $ 101,620.40 |
| Lesnick, Prince & Pappas | 2/20/15 | | $ 100,000.00 |
| LIMELIGHT NETWORK, INC. | 12/29/14 | 0000019830-CK | $ 9,740.80 |
| LIMELIGHT NETWORK, INC. | 2/4/15 | 0000019935-CK | $ 4,856.64 |
| Michael Edell | 12/29/14 | 0000019832-CK | $ 5,000.00 |
| Michael Edell | 12/31/14 | 0000019855-CK | $ 30,000.00 |
| Michael Edell | 2/4/15 | 0000019937-CK | $ 5,000.00 |
| Michael Edell | 2/11/15 | 0000019967-CK | $ 5,000.00 |
| Mod Mission Critical, LLC | 11/25/14 | 0000019772-CK | $ 3,400.00 |
| Mod Mission Critical, LLC | 1/22/15 | 0000019894-CK | $ 3,637.54 |
| Mod Mission Critical, LLC | 1/28/15 | 0000019912-CK | $ 3,916.58 |
| NSCUBE, LLC | 12/29/14 | 0000019834-CK | $ 8,500.00 |
| NSCUBE, LLC | 1/22/15 | 0000019895-CK | $ 8,500.00 |
| NSCUBE, LLC | 2/18/15 | 0000019977-CK | $ 8,500.00 |
| O&G CLEANING SERVICES | 12/16/14 | 0000019796-CK | $ 3,200.00 |
| O&G CLEANING SERVICES | 12/29/14 | 0000019836-CK | $ 3,200.00 |
| O&G CLEANING SERVICES | 2/4/15 | 0000019939-CK | $ 3,200.00 |

**Attachment to SoFA - No. 3(b)**

| Vendor | Payment | Pmt Date | Pmt Amt |
|---|---|---|---|
| Office of Finance, City of Los Angeles | 0000000000-OT | 2/4/15 | $ 16,691.61 |
| PAYCHEX EIB INVOICE X58930700000383 &lt;BR&gt;NET DATA CENTERS I CCD | | 1/20/15 | $ 3,162.09 |
| PAYCHEX EIB INVOICE X59100300000869 &lt;BR&gt;NET DATA CENTERS I CCD | | 1/30/15 | $ 27,542.64 |
| PAYCHEX EIB INVOICE X59178700000113 &lt;BR&gt;NET DATA CENTERS I CCD | | 2/5/15 | $ 12,500.00 |
| PAYCHEX EIB INVOICE X59275500000003 &lt;BR&gt;NET DATA CENTERS I CCD | | 2/12/15 | $ 90,197.12 |
| Paychex, Inc | | 11/28/14 Payroll | $ 76,565.01 |
| Paychex, Inc | | 11/28/14 Payroll | $ 19,082.06 |
| Paychex, Inc | | 11/28/14 Payroll | $ 867.93 |
| Paychex, Inc | | 11/28/14 Payroll | $ 830.09 |
| Paychex, Inc | | 11/28/14 Payroll | $ 409.52 |
| Paychex, Inc | | 11/28/14 Payroll | $ 85.83 |
| Paychex, Inc | | 12/15/14 Payroll | $ 77,299.46 |
| Paychex, Inc | | 12/15/14 Payroll | $ 20,870.32 |
| Paychex, Inc | | 12/15/14 Payroll | $ 934.10 |
| Paychex, Inc | | 12/15/14 Payroll | $ 846.35 |
| Paychex, Inc | | 12/15/14 Payroll | $ 431.53 |
| Paychex, Inc | | 12/15/14 Payroll | $ 85.83 |
| Paychex, Inc | | 12/31/14 Payroll | $ 80,211.92 |
| Paychex, Inc | | 12/31/14 Payroll | $ 21,960.06 |
| Paychex, Inc | | 12/31/14 Payroll | $ 914.96 |
| Paychex, Inc | | 12/31/14 Payroll | $ 848.45 |
| Paychex, Inc | | 12/31/14 Payroll | $ 453.44 |
| Paychex, Inc | | 12/31/14 Payroll | $ 85.83 |
| Paychex, Inc | | 1/15/15 Payroll | $ 73,356.65 |
| Paychex, Inc | | 1/15/15 Payroll | $ 26,444.70 |
| Paychex, Inc | | 1/15/15 Payroll | $ 984.10 |
| Paychex, Inc | | 1/15/15 Payroll | $ 920.74 |
| Paychex, Inc | | 1/15/15 Payroll | $ 410.57 |
| Paychex, Inc | | 1/15/15 Payroll | $ 247.08 |
| Paychex, Inc | | 1/30/15 Payroll | $ 81,530.96 |
| Paychex, Inc | | 1/30/15 Payroll | $ 28,694.69 |
| Paychex, Inc | | 1/30/15 Payroll | $ 960.60 |
| Paychex, Inc | | 1/30/15 Payroll | $ 915.74 |
| Paychex, Inc | | 1/30/15 Payroll | $ 461.74 |

**Attachment to SoFA - No. 3(b)**

| Vendor | Pmt Date | Payment | Pmt Amt |
|---|---|---|---|
| Paychex, Inc | 1/30/15 | Payroll | $ 247.08 |
| PAYCHEX-HRS PMT 19933564 NET DATA CENTERS I &lt;BR&gt;CCD | 1/16/15 | | $ 59.95 |
| PAYCHEX-HRS PMT 20058603 NET DATA CENTERS I &lt;BR&gt;CCD | 2/13/15 | | $ 59.95 |
| Pervez Delawalla | 1/23/15 | | $ 290,000.00 |
| Realty Associates Fund IX, L.P. | 12/1/14 | 0000019782-CK | $ 12,443.00 |
| Realty Associates Fund IX, L.P. | 1/1/15 | 0000019863-CK | $ 12,577.04 |
| Realty Associates Fund IX, L.P. | 2/4/15 | 0000019942-CK | $ 12,585.04 |
| SOUTHLAND INDUSTRIES | 12/29/14 | 0000019839-CK | $ 7,182.00 |
| | 12/31/14 | 0000000000-OT | $  - |
| Stradling Yocca Carlson & Rauth | 2/23/15 | 0000000000-OT | $ 32,375.76 |
| Stradling Yocca Carlson & Rauth | 12/29/14 | 0000019840-CK | $ 6,680.00 |
| Stradling Yocca Carlson & Rauth | 12/31/14 | 0000019856-CK | $ 30,000.00 |
| StrataCore, Inc. | 12/29/14 | 0000019813-CK | $ 20,034.81 |
| StrataCore, Inc. | 1/7/15 | 0000019867-CK | $ 20,034.81 |
| StrataCore, Inc. | 2/4/15 | 0000019921-CK | $ 20,034.81 |
| TeliaSonera International | 12/29/14 | 0000019842-CK | $ 9,903.22 |
| TeliaSonera International | 2/4/15 | 0000019945-CK | $ 4,737.50 |
| TEL-X LOS ANGELES, LLC | 12/29/14 | 0000019841-CK | $ 5,692.30 |
| TEL-X LOS ANGELES, LLC | 1/7/15 | 0000019873-CK | $ 5,729.92 |
| TEL-X LOS ANGELES, LLC | 2/4/15 | 0000019944-CK | $ 5,729.92 |
| TW TELECOM | 12/29/14 | 0000019846-CK | $ 7,071.21 |
| TW TELECOM | 2/4/15 | 0000019947-CK | $ 7,951.76 |
| UnitedHealthCare of California | 12/16/14 | 0000019800-CK | $ 3,292.67 |
| UnitedHealthCare of California | 12/29/14 | 0000019847-CK | $ 12,450.80 |
| UnitedHealthCare of California | 1/7/15 | 0000019874-CK | $ 17,852.52 |
| UnitedHealthCare of California | 2/4/15 | 0000019948-CK | $ 16,081.94 |
| WELLS FARGO - GARLAND BUILDING | 12/1/14 | 0000019783-CK | $ 450,748.48 |
| WELLS FARGO - GARLAND BUILDING | 12/16/14 | 0000019801-CK | $ 253,266.36 |
| WELLS FARGO - GARLAND BUILDING | 1/8/15 | 0000019877-CK | $ 7,423.00 |
| WELLS FARGO - GARLAND BUILDING | 1/22/15 | 0000019899-CK | $ 281,787.37 |
| WELLS FARGO - GARLAND BUILDING | 2/4/15 | 0000019950-CK | $ 7,423.00 |
| WELLS FARGO - GARLAND BUILDING | 2/11/15 | 0000019970-CK | $ 268,242.52 |
| WHALE VENTURES, LLC | 2/4/15 | 0000000000-OT | $ 177,196.29 |
| WHALE VENTURES, LLC | 12/1/14 | 0000019784-CK | $ 451,180.23 |

**Attachment to SoFA - No. 3(b)**

| Vendor | Pmt Date | Payment | Pmt Amt |
|---|---|---|---|
| WHALE VENTURES, LLC | 1/1/15 | 0000019862-CK | $ 168,938.59 |
| Willis Insurance Services of California | 2/18/15 | 0000019981-CK | $ 18,465.65 |
| Zayo Group LLC | 11/25/14 | 0000019764-CK | $ 30,954.17 |
| Zayo Group LLC | 12/29/14 | 0000019808-CK | $ 16,050.57 |
| Zayo Group LLC | 1/28/15 | 0000019900-CK | $ 24,604.69 |
| | | | **$ 7,796,063.29** |

No. 3(c)

| Name | Date | Amount | | Comment |
|------|------|--------|--|---------|
| Michael Edell | 6/5/14 | $ | 3,000.00 | Compensation |
| Michael Edell | 6/10/14 | $ | 1,000.00 | Compensation |
| Michael Edell | 7/9/14 | $ | 1,000.00 | Compensation |
| Michael Edell | 9/4/14 | $ | 1,000.00 | Compensation |
| Michael Edell | 9/25/14 | $ | 5,000.00 | Compensation |
| Michael Edell | 10/22/14 | $ | 5,000.00 | Compensation |
| Michael Edell | 11/13/14 | $ | 5,000.00 | Compensation |
| Michael Edell | 12/29/14 | $ | 5,000.00 | Compensation |
| Michael Edell | 12/31/14 | $ | 30,000.00 | Compensation |
| Pervez Delawalla | 2/28/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 2/28/14 | $ | 7,087.83 | Credit Card Spend |
| Pervez Delawalla | 3/1/14 | $ | 2,119.35 | Medical Insurance |
| Pervez Delawalla | 3/1/14 | $ | 216.43 | Dental Insurance |
| Pervez Delawalla | 3/14/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 3/31/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 3/31/14 | $ | 10,284.80 | Credit Card Spend |
| Pervez Delawalla | 4/1/14 | $ | 2,119.35 | Medical Insurance |
| Pervez Delawalla | 4/1/14 | $ | 216.43 | Dental Insurance |
| Pervez Delawalla | 4/15/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 4/30/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 4/30/14 | $ | 2,330.18 | Credit Card Spend |
| Pervez Delawalla | 5/1/14 | $ | 2,119.35 | Medical Insurance |
| Pervez Delawalla | 5/1/14 | $ | 216.43 | Dental Insurance |
| Pervez Delawalla | 5/15/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 5/30/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 5/31/14 | $ | 14,811.11 | Credit Card Spend |
| Pervez Delawalla | 6/1/14 | $ | 2,119.35 | Medical Insurance |
| Pervez Delawalla | 6/1/14 | $ | 216.43 | Dental Insurance |
| Pervez Delawalla | 6/30/14 | $ | 2,303.65 | Credit Card Spend |
| Pervez Delawalla | 7/1/14 | $ | 2,119.35 | Medical Insurance |
| Pervez Delawalla | 7/1/14 | $ | 216.43 | Dental Insurance |
| Pervez Delawalla | 7/31/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 7/31/14 | $ | 17,916.67 | Compensation |
| Pervez Delawalla | 7/31/14 | $ | 14,496.38 | Credit Card Spend |
| Pervez Delawalla | 8/1/14 | $ | 2,119.35 | Medical Insurance |
| Pervez Delawalla | 8/1/14 | $ | 216.43 | Dental Insurance |
| Pervez Delawalla | 8/15/14 | $ | 17,916.67 | Compensation |

No. 3(c)

| Name | Date | Amount | Comment |
|---|---|---|---|
| Pervez Delawalla | 8/29/14 | $ 17,916.67 | Compensation |
| Pervez Delawalla | 8/31/14 | $ 5,099.23 | Credit Card Spend |
| Pervez Delawalla | 9/1/14 | $ 2,119.35 | Medical Insurance |
| Pervez Delawalla | 9/1/14 | $ 216.43 | Dental Insurance |
| Pervez Delawalla | 9/1/14 | $ 940.03 | Life Insurance |
| Pervez Delawalla | 9/15/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 9/30/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 9/30/14 | $ 6,968.32 | Credit Card Spend |
| Pervez Delawalla | 10/1/14 | $ 2,119.35 | Medical Insurance |
| Pervez Delawalla | 10/1/14 | $ 216.43 | Dental Insurance |
| Pervez Delawalla | 10/1/14 | $ 940.03 | Life Insurance |
| Pervez Delawalla | 10/15/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 10/31/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 10/31/14 | $ 7,812.94 | Credit Card Spend |
| Pervez Delawalla | 11/1/14 | $ 2,119.35 | Medical Insurance |
| Pervez Delawalla | 11/1/14 | $ 216.43 | Dental Insurance |
| Pervez Delawalla | 11/1/14 | $ 940.03 | Life Insurance |
| Pervez Delawalla | 11/14/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 11/28/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 11/30/14 | $ 6,771.24 | Credit Card Spend |
| Pervez Delawalla | 12/1/14 | $ 1,972.44 | Medical Insurance |
| Pervez Delawalla | 12/1/14 | $ 227.10 | Dental Insurance |
| Pervez Delawalla | 12/1/14 | $ 940.03 | Life Insurance |
| Pervez Delawalla | 12/15/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 12/31/14 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 12/31/14 | $ 7,984.08 | Credit Card Spend |
| Pervez Delawalla | 1/1/15 | $ 1,972.44 | Medical Insurance |
| Pervez Delawalla | 1/1/15 | $ 227.10 | Dental Insurance |
| Pervez Delawalla | 1/1/15 | $ 940.03 | Life Insurance |
| Pervez Delawalla | 1/15/15 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 1/23/15 | $ 290,000.00 | $90,000 in Deferred Compensation; $200K Loan |
| Pervez Delawalla | 1/30/15 | $ 6,750.00 | Credit Card Spend |
| Pervez Delawalla | 1/30/15 | $ 12,500.00 | Compensation |
| Pervez Delawalla | 2/1/15 | $ 1,972.44 | Medical Insurance |
| Pervez Delawalla | 2/1/15 | $ 227.10 | Dental Insurance |
| Pervez Delawalla | 2/1/15 | $ 940.03 | Life Insurance |
| Pervez Delawalla | 2/13/15 | $ 12,500.00 | Compensation |

No. 3(c)

| Name | Date | Amount | Comment |
|---|---|---|---|
| Pervez Delawalla | 2/13/15 | $ 6,750.00 | Credit Card Spend |
| Sean Aubert | 2/28/14 | $ 5,000.00 | Compensation |
| Sean Aubert | 2/28/14 | $ 3,500.00 | Credit Card Spend |
| Sean Aubert | 3/1/14 | $ 2,119.35 | Medical Insurance |
| Sean Aubert | 3/1/14 | $ 239.71 | Dental Insurance |
| Sean Aubert | 3/14/14 | $ 5,000.00 | Compensation |
| Sean Aubert | 3/31/14 | $ 5,000.00 | Compensation |
| Sean Aubert | 3/31/14 | $ 3,500.00 | Credit Card Spend |
| Sean Aubert | 4/1/14 | $ 2,119.35 | Medical Insurance |
| Sean Aubert | 4/1/14 | $ 239.71 | Dental Insurance |
| Sean Aubert | 4/15/14 | $ 5,000.00 | Compensation |
| Sean Aubert | 4/30/14 | $ 5,000.00 | Compensation |
| Sean Aubert | 4/30/14 | $ 2,473.70 | Commision |
| Sean Aubert | 4/30/14 | $ 3,500.00 | Credit Card Spend |
| Sean Aubert | 5/1/14 | $ 2,119.35 | Medical Insurance |
| Sean Aubert | 5/1/14 | $ 239.71 | Dental Insurance |
| Sean Aubert | 5/15/14 | $ 5,000.00 | Compensation |
| Sean Aubert | 5/30/14 | $ 12,000.00 | Compensation |
| Sean Aubert | 5/31/14 | $ 3,500.00 | Credit Card Spend |
| Sean Aubert | 6/1/14 | $ 2,119.35 | Medical Insurance |
| Sean Aubert | 6/1/14 | $ 239.71 | Dental Insurance |
| Sean Aubert | 6/13/14 | $ 8,500.00 | Compensation |
|  |  | $ 889,703.89 |  |

No. 7

| Name | Relationship | Date | Value/Description |
|------|--------------|------|-------------------|
| NullSpaceLabs.com<br>1015 S Main St, 3rd Floor<br>Los Angeles, CA 90015 | None | 3/25/14 | $2,500 (CASH) |
| Hirshberg Foundation<br>2990 S Sepulveda Blvd. Suite 300C<br>Los Angeles, CA 90064 | None | 6/30/14 | $2,000 (CASH) |

**No. 11 - Closed Accounts**

| Name/Address | Account No. | Balance | Date of Closing |
|---|---|---|---|
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Checking #2028 | $  3,908.21 | 8/4/14 |
| CommerceWest Bank<br>2111 Business Center Drive<br>Irvine, CA 92612 | Checking #2451 | $ 24,797.89 | 9/5/14 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Checking #7699 | $          - | 8/4/14 |

In the ordinary course of the debtors business, the debtor provides space, power and network services, to its clients. These clients have their equipment within the debtor facilities, however the debtor does not access any control of the property.

| Name and Address | Date Issued |
|---|---|
| Dupont Fabros<br>1212 New York Ave  #900<br>Washington, DC 20005 | 9/4/13 |
| Willis Insurance<br>PO Box 101162<br>Pasadena, CA 91189 | 6/9/14;<br>12/2/2014 |
| Digital Realty Trust<br>2260 E El Segundo Blvd<br>El Segundo, CA 90245 | 04/2013 -<br>02/2015<br>(Quarterly) |
| FocalPoint Securities, LLC<br>11150 Santa Monica Blvd #1550<br>Los Angeles, CA 90025 | 02/2013 -<br>09/2014<br>(Monthly) |
| HMBD Insurance Services<br>3633 E Broadway #200<br>Long Beach, CA 90803 | 6/24/14 |
| TA Associates Realty<br>1301 Dove Street #860<br>Newport Beach, CA 92660 | 9/4/13 |
| Crystal & Company<br>11355 W Olympic Blvd  #323<br>Los Angeles, CA 90064 | 12/4/13 |
| Macquaire Equipment Financing<br>PO Box 2743<br>Bloomingfield Hills, MI 48303 | 9/4/13 |
| First American Equipment Finance<br>255 Woodcliff Drive<br>Fairport, NY 14450 | 4/24/14 |
| Leaf Commerical Capital<br>1100 Town and Country Rd<br>Orange, CA 92868 | 8/11/14 |

| Name/Address | Title | Nature and Percentage of Ownership |
|---|---|---|
| Pervez Delawalla<br>10618 Rountree Rd<br>Los Angeles, CA 90064 | President & CEO | Owner - 100% |
| Michael Edell<br>1499 Pathfinder Ave<br>Westlake Village, CA 91362 | Strategic Planning and Analysis | Board Member - 0% |

| Name/Address | Title | Termination Date |
|---|---|---|
| James Daquino<br>16420 Tudor Drive<br>Encino, CA 91436 | Shareholder | 1/23/15 |
| Sean Aubert<br>808 Bungalow Drive<br>El Segundo, CA 90245 | Board Member | 6/17/14 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

185 Pier Avenue, Suite 103, Los Angeles, California 90405

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF FINANCIAL AFFAIRS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 9, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert L Eisenbach**    reisenbach@cooley.com
- **William F Govier**    wgovier@lesnickprince.com, tmims@lesnickprince.com
- **Michael S Greger**    mgreger@allenmatkins.com
- **Brian L Holman**    b.holman@mpglaw.com
- **Matthew A Lesnick**    matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Wayne R Terry**    wterry@hemar-rousso.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 9, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**VIA U.S. MAIL:**
Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple St., Suite 1482
Los Angeles, CA  90012

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2015 | Matthew A. Lesnick | /s/ Matthew A. Lesnick |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**