COOLEY LLP
ROBERT L. EISENBACH III (124896)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email:  reisenbach@cooley.com

Attorneys for DuPont Fabros Technology, L.P., Lemur Properties LLC, Grizzly Ventures LLC, Fox Properties LLC, and Whale Ventures LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Chapter 11 |
|---|---|
| NET DATA CENTERS, INC., | Case No. 2:15-bk-12690-BB |
| Debtor and Debtor in Possession. | **STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S NOTICE OF INSIDER COMPENSATION** |

Net Data Centers, Inc. (the "Debtor"), Digital Realty Trust, Inc. ("Digital"), GIP 7th Street, LLC ("GIP 7th Street"), Digital 2260 East El Segundo, LLC ("El Segundo," together with Digital and GIP 7th Street, the "Digital Parties"), DuPont Fabros Technology, L.P. ("DuPont"), Lemur Properties LLC ("Lemur"), Grizzly Ventures LLC ("Grizzly"), Fox Properties LLC ("Fox"), and Whale Ventures LLC ("Whale" together with DuPont, Lemur, Grizzly and Fox, the "DuPont Parties," and together with the Debtor and the Digital Parties, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

## **RECITALS**

A.    On February 23, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of United States Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court").

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

115356161 v2

**STIPULATION FOR EXTENSION OF TIME
CASE NO. 2:15-BK-12690-BB**

1  B.  On March 16, 2015, the Debtor filed its *Notice of Setting/Increasing Insider Compensation* (the "Insider Compensation Disclosure") [D.I. 54]. The DuPont Parties and the Digital Parties have raised questions regarding the proposed insider compensation for Pervez P. Delawalla, president, CEO, director and sole shareholder of the Debtor. The Parties agree that more time is required to discuss, and potentially resolve, these concerns regarding the Insider Compensation Disclosure.

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. The Debtor agrees that the deadline pursuant to LBR 2014-1 for any party in interest, including without limitation, the DuPont Parties, the Digital Parties, and the United States Trustee, to file an objection or other pleading to the Insider Compensation Disclosure, is hereby extended through and including April 10, 2015 (the "Extension Period").

2. Insider compensation may accrue but shall not be paid during the Extension Period, subject to adjustment based on a stipulation among the Parties or order of the Court.

3. If, prior to April 10, 2015, the Parties reach an agreement on a modification to the insider compensation disclosed in the Insider Compensation Disclosure, payment of insider compensation at any such agreed rate may commence upon the filing of an appropriate stipulation with the Court.

IN WITNESS WHEREOF, the Parties have executed this Stipulation on the date subscribed below.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: March ___, 2015 | |
| 2 | | LAW OFFICES OF PAUL A. BECK |
| 3 | | By: _____ |
| 4 | | Paul A. Beck |
| 5 | | Attorney for Debtor |
| 6 | | |
| 7 | Dated: March _30_, 2015 | COOLEY LLP |
| 8 | | By: /s/ Robert L. Eisenbach III |
| 9 | | Robert L. Eisenbach III |
| 10 | | Attorneys for DuPont Fabros Technology, L.P., Lemur Properties LLC, Grizzly Ventures LLC, Fox Properties LLC, and Whale Ventures LLC |
| 13 | Dated: March ___, 2015 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 15 | | By: _____ |
| 16 | | Ivan M. Gold |
| 17 | | Attorneys For Digital Realty Trust, Inc., GIP 7th Street, LLC and Digital 2260 East El Segundo, LLC |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

115356161 v2

3.

**STIPULATION EXTENDING TIME TO
OBJECT TO INSIDER COMPENSATION
CASE NO. 2:15-BK-12690-BB**

| | | |
|---|---|---|
| 1 | Dated: March ___, 2015 | LAW OFFICES OF PAUL A. BECK |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Paul A. Beck |
| 5 | | Attorney for Debtor |
| 6 | | |
| 7 | Dated: March ___, 2015 | COOLEY LLP |
| 8 | | By: _____ |
| 9 | | Robert L. Eisenbach III |
| 10 | | Attorneys for DuPont Fabros Technology, L.P., Lemur Properties LLC, Grizzly Ventures LLC, Fox Properties LLC, and Whale Ventures LLC |
| 11 | | |
| 12 | | |
| 13 | Dated: March 30, 2015 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 14 | | |
| 15 | | By: /s/ Ivan M. Gold |
| 16 | | Ivan M. Gold |
| 17 | | Attorneys For Digital Realty Trust, Inc., GIP 7th Street, LLC and Digital 2260 East El Segundo, LLC |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

115356161 v2

3.

STIPULATION EXTENDING TIME TO
OBJECT TO INSIDER COMPENSATION
CASE NO. 2:15-BK-12690-BB

1  Dated: March ___, 2015

LAW OFFICES OF PAUL A. BECK

By: /s/ Paul A. Beck

Paul A. Beck

Attorney for Debtor

Dated: March ___, 2015

COOLEY LLP

By: _____

Robert L. Eisenbach III

Attorneys for DuPont Fabros Technology, L.P., Lemur Properties LLC, Grizzly Ventures LLC, Fox Properties LLC, and Whale Ventures LLC

Dated: March ___, 2015

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: _____

Ivan M. Gold

Attorneys For Digital Realty Trust, Inc., GIP 7th Street, LLC and Digital 2260 East El Segundo, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

115356161 v2

3.

STIPULATION EXTENDING TIME TO
OBJECT TO INSIDER COMPENSATION
CASE NO. 2:15-BK-12690-BB

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*):  **Stipulation Extending Time To Object To Debtor's Notice Of Insider Compensation** were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:   Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 30, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Paul A Beck - pab@pablaw.org
- Ronald K Brown - rkbgwhw@aol.com
- William F Govier - wgovier@lesnickprince.com, tmims@lesnickprince.com
- Michael S Greger - mgreger@allenmatkins.com
- Lesley A Hawes - lhawes@mckennalong.com, comeara@mckennalong.com
- Brian L Holman - b.holman@mpglaw.com
- Mette H Kurth - mkurth@foxrothschild.com, vcordi@foxrothschild.com
- Ron Maroko - ron.maroko@usdoj.gov
- Wayne R Terry - wterry@hemar-rousso.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **March 30, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

*(Remainder of page intentionally left blank)*

115456256 v1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 30, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
The Honorable Sheri Bluebond, Chief Judge
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/30/2015 | MOLLIE CANBY | /s/ Mollie Canby |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2

115456256 v1

**SERVED BY US MAIL**

| | | |
|---|---|---|
| Ivan M. Gold, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Three Embarcadero Center, 12th Fl.<br>San Francisco, CA 94111 | Wells Fargo – Garland Building<br>Charter Holdings, Inc.<br>c/o WF Bank<br>Dept. 887995<br>Los Angeles, CA 90088 | Realty Associates Fund IX, L.P.<br>Davis Partners, LLC<br>PO Box 848590<br>Los Angeles, CA 90084 |
| Zayo Group LLC<br>PO Box 952136<br>Dallas, TX 75395 | TW Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | De Lage Landen<br>PO Box 41602<br>Philadelphia, PA 19101 |
| Western Equipment Finance<br>PO Box 640<br>503 Hwy 2 West<br>Devils Lake, ND 58301 | Stratacore, Inc.<br>2320 2nd Ave, Suite 2100<br>Seattle, WA 98121 | Tel-X Los Angeles, LLC<br>Box 10157<br>Uniondale, NY 11555 |
| Leaf<br>PO Box 644006<br>Cincinnati, OH 45264 | Summit Funding Group, Inc.<br>4680 Parkway Drive, Suite 300<br>Mason, OH 45040 | DB Transit Consulting LLC<br>1809 East Broadway St., Ste. 338<br>Oviedo, FL 32765 |
| Equinix, Inc.<br>4252 Solutions Center<br>Chicago, IL 60677 | Avant Communications, Inc.<br>153 W. Ohio St., Ste. 500<br>Chicago, IL 60654 | |

115456256 v1