**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re:<br>  Net Data Centers, Inc.<br><br>                                 Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  2:15-bk-12690-BB<br>Operating Report Number:  2<br>For the Month Ending:  3/31/2015 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)
#### Operating account

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          2,074,238.33

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          112,000.00
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:          1,962,238.33

4.  RECEIPTS DURING CURRENT PERIOD:

| | | | |
|---|---|---|---|
| Accounts Receivable - Post-filing | | $ | 299,992.11 |
| Accounts Receivable - Pre-filing | | $ | 652,568.93 |
| General Sales | | | |
| Transfer from | #5079 | $ | - |
| Transfer From | #6729 | $ | 3,882,348.90 |
| Transfer From | | | |

TOTAL RECEIPTS THIS PERIOD:          4,834,909.94

5.  BALANCE:          6,797,148.27

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | | |
|---|---|---|---|
| Transfers to | #6086 | $ | 175,813.95 |
| Transfers to | #6094 | $ | 2,300.00 |
| Transfers to | | $ | - |
| Disbursements (from page 5) | | $ | 3,057,391.59 |

TOTAL DISBURSEMENTS THIS PERIOD:***          3,235,505.54

7.  ENDING BALANCE:          3,561,642.73

8.  General Account Number(s):          XXXXX6035

    Depository Name & Location:          City National Bank
                                         400 North Roxbury Drive
                                         Beverly Hills, CA 90210

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

MOR#2March2015-NetDataV2.xlsx

Net Data Centers, Inc.
**A. (GENERAL ACCOUNT\*)**
3/31/2015

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | Transfers In | Transfers Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|
| 03/02/2015 | EFT | IPFS Corporation | Corporate Insurance | | | 4,569.90 | -4,569.90 |
| 03/02/2015 | EFT | IPFS | Corporate Insurance | | | 5.00 | -5.00 |
| 03/03/2015 | 501 | Tara O. Allen | Consultant | | | 346.16 | -346.16 |
| 03/03/2015 | 502 | DIGITAL 2260 EAST EL | Rent & CAM | | | 453,287.36 | -453,287.36 |
| 03/03/2015 | EFT | #6086 | | | 28,000.00 | | -28,000.00 |
| 03/04/2015 | 503 | Lifecom | Hydrogen Testing | | | 1,095.00 | -1,095.00 |
| 03/05/2015 | EFT | NFS LEASING | Equipment Lease | | | 958.86 | -958.86 |
| 03/05/2015 | EFT | #6086 | | | 2,000.00 | | -2,000.00 |
| 03/06/2015 | EFT | GIP 7TH STREET, INC. | Rent & CAM | | | 228,209.75 | -228,209.75 |
| 03/06/2015 | EFT | Intuit | Merchant Fees | | | 35.00 | |
| 03/09/2015 | 504 | Realty Associates Fund IX, L.P. | Rent & CAM | | | 12,479.04 | -12,479.04 |
| 03/11/2015 | EFT | #6086 | | | 72,000.00 | | -72,000.00 |
| 03/11/2015 | EFT | #6729 | | 1,509,875.10 | | | 1,509,875.10 |
| 03/13/2015 | EFT | DATA SALES CO. | Equipment Lease | | | 1,506.00 | -1,506.00 |
| 03/13/2015 | EFT | WELLS FARGO - GARLAND | Rent & CAM | | | 435,387.96 | -435,387.96 |
| 03/13/2015 | EFT | Intuit | Merchant Fees | | | 3,414.98 | -3,414.98 |
| 03/13/2015 | EFT | Deluxe for Business | Check Stock | | | 247.00 | -247.00 |
| 03/13/2015 | EFT | Maquaire | Equipment Lease | | | 1,719.28 | -1,719.28 |
| 03/18/2015 | EFT | GRIZZLY VENTURES, LLC | Rent, CAM & Power | | | 381,195.98 | -381,195.98 |
| 03/18/2015 | EFT | FOX PROPERTIES, | Rent, CAM & Power | | | 75,828.59 | -75,828.59 |
| 03/18/2015 | EFT | LEMUR PROPERTIES, | Rent, CAM & Power | | | 235,629.78 | -235,629.78 |
| 03/18/2015 | 520 | Zayo Group LLC | Network | | | 24,363.93 | -24,363.93 |
| 03/18/2015 | 521 | ABM Parking Services | Facility Parking | | | 982.80 | -982.80 |
| 03/18/2015 | 522 | AT&T | Phone | | | 432.29 | -432.29 |
| 03/18/2015 | 523 | AT&T | Phone | | | 233.50 | -233.50 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | Continued | Continued | Continued | Continued | Continued |

Net Data Centers, Inc.
**A. (GENERAL ACCOUNT*)**
3/31/2015

| Date mm/dd/yyy | Check Number | Payee or DIP account | Purpose | Transfers In | Transfers Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|
| 03/18/2015 | 524 | Athena Parking | Facility Parking | | | 620.00 | -620.00 |
| 03/18/2015 | 525 | AVANZ TECHNOLOGIES, | Network | | | 10,864.97 | -10,864.97 |
| 03/18/2015 | 526 | Central Parking Systems | Corporate Office Parking | | | 1,140.00 | -1,140.00 |
| 03/18/2015 | 527 | CORESITE ONE WILSHIRE,LLC | Network | | | 8,339.00 | -8,339.00 |
| 03/18/2015 | 528 | DB Transit Consulting, LLC | Network | | | 15,007.79 | -15,007.79 |
| 03/18/2015 | 529 | De Lage Landen | Equipment Lease | | | 2,440.51 | -2,440.51 |
| 03/18/2015 | 530 | DIGITAL 2260 EAST EL | Power | | | 164,839.01 | -164,839.01 |
| 03/18/2015 | 531 | DIRECTV | Cable | | | 71.65 | -71.65 |
| 03/18/2015 | 532 | EQUINIX, INC. | Network | | | 2,025.00 | -2,025.00 |
| 03/18/2015 | 533 | FedEx | Shipping | | | 152.63 | -152.63 |
| 03/18/2015 | 534 | FIBERLIGHT, LLC | Network | | | 5,337.88 | -5,337.88 |
| 03/18/2015 | 535 | FPS Specialists in Fire Systems, Inc. | Fire Systems Maintenance | | | 4,101.00 | -4,101.00 |
| 03/18/2015 | 536 | GIP 7TH STREET, INC. | Power | | | 70,440.64 | -70,440.64 |
| 03/18/2015 | 537 | Guardian | Dental Insurance | | | 2,218.59 | -2,218.59 |
| 03/18/2015 | 538 | Infinity Data Networks | Customer Install Fees | | | 915.00 | -915.00 |
| 03/18/2015 | 539 | Internap Networks Services | Network | | | 1,389.02 | -1,389.02 |
| 03/18/2015 | 540 | IPFS Corporation | Corporate Insurance | | | 4,569.90 | -4,569.90 |
| 03/18/2015 | 541 | IRON MOUNTAIN | Storage | | | 89.00 | -89.00 |
| 03/18/2015 | 542 | LEAF | Equipment Lease | | | 2,153.58 | -2,153.58 |
| 03/18/2015 | 543 | MARKET HALSEY URBAN | Network | | | 1,600.00 | -1,600.00 |
| 03/18/2015 | 544 | Mod Mission Critical, LLC | Network | | | 6,800.00 | -6,800.00 |
| 03/18/2015 | 545 | NTT America, Inc. | Network | | | 2,600.00 | -2,600.00 |
| 03/18/2015 | 546 | SOUTHLAND INDUSTRIES | HVAC Maintenance | | | 2,662.67 | -2,662.67 |
| 03/18/2015 | 547 | CIT Finance LLC | Equipment Lease | | | 1,380.28 | -1,380.28 |
| 03/18/2015 | 548 | TEL-X LOS ANGELES, LLC | Network | | | 5,729.92 | -5,729.92 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | Continued | Continued | Continued | Continued |

Net Data Centers, Inc.
## A. (GENERAL ACCOUNT*)
3/31/2015

| Date mm/dd/yyy | Check Number | Payee or DIP account | Purpose | Transfers In | Transfers Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|
| 03/18/2015 | 549 | TeliaSonera International | Network | | | 2,500.00 | -2,500.00 |
| 03/18/2015 | 550 | The Avail Group, LLC | Referral Fee | | | 1,478.88 | -1,478.88 |
| 03/18/2015 | 551 | TW TELECOM | Network | | | 6,136.23 | -6,136.23 |
| 03/18/2015 | 552 | UnitedHealthCare of California | Medical Insurance | | | 15,321.91 | -15,321.91 |
| 03/18/2015 | 553 | Verizon | Phone | | | 295.69 | -295.69 |
| 03/18/2015 | 554 | WELLS FARGO - GARLAND | Power | | | 231,919.53 | -231,919.53 |
| 03/18/2015 | 555 | Willis Insurance Services of | Corporate Insurance | | | 2,617.00 | -2,617.00 |
| 03/19/2015 | EFT | GRIZZLY VENTURES, LLC | Rent, CAM & Power | | | 77,030.07 | -77,030.07 |
| 03/19/2015 | EFT | LEMUR PROPERTIES, | Rent, CAM & Power | | | 24,922.95 | -24,922.95 |
| 03/19/2015 | EFT | WHALE VENTURES, LLC | Rent, CAM & Power | | | 459,433.29 | -459,433.29 |
| 03/19/2015 | EFT | #6729 | | 103,712.12 | | | 103,712.12 |
| 03/20/2015 | EFT | #6729 | | 116,897.75 | | | 116,897.75 |
| 03/20/2015 | EFT | Intuit | Merchant Fees | | | 572.62 | -572.62 |
| 03/20/2015 | EFT | Visa Card Payment | T&E | | | 1,077.85 | -1,077.85 |
| 03/23/2015 | EFT | DIGITAL 2260 EAST EL | Rent | | | 47,000.00 | -47,000.00 |
| 03/23/2015 | 556 | JMI Corporation | Accounting Services | | | 5,000.00 | |
| 03/23/2015 | 557 | Principal | Life Insurance | | | 940.03 | |
| 03/23/2015 | EFT | #6094 | | | 2,300.00 | | |
| 03/23/2015 | EFT | #6729 | | 155,962.35 | | | |
| 03/24/2015 | EFT | #6729 | | 32,601.95 | | | |
| 03/25/2015 | EFT | #6729 | | 165,042.90 | | | |
| 03/26/2015 | EFT | #6729 | | 73,994.80 | | | |
| 03/27/2015 | EFT | #6086 | | | 70,000.00 | | |
| 03/27/2015 | EFT | #6729 | | 10,000.00 | | | 10,000.00 |
| 03/30/2015 | EFT | #6086 | | | 3,813.95 | | -3,813.95 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | Continued | Continued | Continued | Continued |

Net Data Centers, Inc.
**A. (GENERAL ACCOUNT\*)**
3/31/2015

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | Transfers In | Transfers Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|
| 03/30/2015 | EFT | #6729 | | 36,729.29 | | | 36,729.29 |
| 03/31/2015 | EFT | #6729 | | 96,391.37 | | | 96,391.37 |
| 03/31/2015 | EFT | #6729 | | 1,581,141.27 | | | 1,581,141.27 |
| 03/31/2015 | EFT | US Bank Leasing | Equipment Lease | | | 1,670.56 | -1,670.56 |
| 03/31/2015 | EFT | Intuit | Merchant Fees | | | 58.78 | -58.78 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | $3,882,348.90 | $178,113.95 | $3,057,391.59 | $297,516.39 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date:                3/31/2015   Balance on Statement:        $3,561,642.73

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                                  | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                                  | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                     | $3,561,642.73 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

MOR#2March2015-NetDataV2.xlsx

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re: | | CHAPTER 11 (BUSINESS) | |
|---|---|---|---|
| Net Data Centers, Inc. | | | |
| | | Case Number: | 2:15-bk-12690-BB |
| | | Operating Report Number: | 2 |
| | Debtor(s). | For the Month Ending: | 3/31/2015 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A-1. GENERAL ACCOUNT*
Operating account - Inactive to be Closed

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                560.38

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPOR'     0.00
   ACCOUNT REPORTS

3. BEGINNING BALANCE:                560.38

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Transfer from acct 1194
   Transfer from acct 1208
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:                0.00

5. BALANCE:                560.38

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)
   Disbursements (from page 2)                12.00

   TOTAL DISBURSEMENTS THIS PERIOD:***                12.00

7. ENDING BALANCE:                548.38

8. General Account Number(s):          xxxxx6622
                                       City National Bank
   Depository Name & Location:         400 North Roxbury Drive
                                       Beverly Hills, CA 90210

\* All receipts must be deposited into the general account.

\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed |
|---|---|---|---|---|---|
| 3/10/2015 | EFT | Citibank | Fees | $        - | 12.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 12.00 |

MOR#2March2015-NetDataV2.xlsx

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/31/2015_____  Balance on Statement: _____$548.38_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                     _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    | $548.38 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

MOR#2March2015-NetDataV2.xlsx

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re:<br>Net Data Centers, Inc.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  2:15-bk-12690-BB<br>Operating Report Number:  2<br>For the Month Ending:  3/31/2015 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A-2. (GENERAL ACCOUNT*)
Deposit Account to Receive On-going pre-petition payment

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          2,637,486.54

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPOR    2,143,981.06
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:          493,505.48

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing     $     2,500,045.51
    Accounts Receivable - Pre-filing      $       896,780.56
    General Sales
    Transfer from
    Transfer from
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:          3,396,826.07

5.  BALANCE:          3,890,331.55

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)     3,882,348.90
    Disbursements (from page 2)                             932.65

    TOTAL DISBURSEMENTS THIS PERIOD:***          3,883,281.55

7.  ENDING BALANCE:          7,050.00

8.  General Account Number(s):          xxxxxx6729
                                        City National Bank
    Depository Name & Location:         400 North Roxbury Drive
                                        Beverly Hills, CA 90210

---

*    All receipts must be deposited into the general account.

**   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/11/2015 | EFT | #6035 | | 1,509,875.10 | | 1,509,875.10 |
| 3/19/2015 | EFT | #6035 | | 103,712.12 | | 103,712.12 |
| 3/20/2015 | EFT | City National | Bank Fees | | 932.65 | 932.65 |
| 3/20/2015 | EFT | #6035 | | 116,897.75 | | 116,897.75 |
| 3/23/2015 | EFT | #6035 | | 155,962.35 | | 155,962.35 |
| 3/24/2015 | EFT | #6035 | | 32,601.95 | | 32,601.95 |
| 3/25/2015 | EFT | #6035 | | 165,042.90 | | 165,042.90 |
| 3/26/2015 | EFT | #6035 | | 73,994.80 | | 73,994.80 |
| 3/27/2015 | EFT | #6035 | | 10,000.00 | | 10,000.00 |
| 3/30/2015 | EFT | #6035 | | 36,729.29 | | 36,729.29 |
| 3/31/2015 | EFT | #6035 | | 1,581,141.27 | | 1,581,141.27 |
| 3/31/2015 | EFT | #6035 | | 96,391.37 | | 96,391.37 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 3,882,348.90 | 932.65 | $3,883,281.55 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

MOR#2March2015-NetDataV2.xlsx

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____ 3/31/2015 ____ Balance on Statement: _____ $1,588,191.27

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| EFT | 3/31/2015 | 1,581,141.27 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 1,581,141.27

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $7,050.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

MOR#2March2015-NetDataV2.xlsx

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Net Data Centers, Inc.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 2:15-bk-12690-BB<br>Operating Report Number: 2<br>For the Month Ending: 3/31/2015 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A-3. (DEPOSIT ACCOUNT*)
**Deposit Account as Collateral for Wells Fargo Lease**

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          250,805.75

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL              0.00
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                            250,805.75

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Transfer From
    Transfer From
    Interest                                      $          3.12

    TOTAL RECEIPTS THIS PERIOD:                                   3.12

5.  BALANCE:                                                      250,808.87

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts
    Transfers to Other DIP Accounts
    Disbursements (from page 2)                    $    250,000.00

    TOTAL DISBURSEMENTS THIS PERIOD:***                           250,000.00

7.  ENDING BALANCE:                                               808.87

8.  General Account Number(s):            xxxx9717
                                          Citibank
    Depository Name & Location:           P.O. Box 769018
                                          San Antonio TX 78245

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

Net Data Centers, Inc.
**Deposit Account as Collateral for Wells Fargo Lease**
3/31/2015

| Date mm/dd/yyy | Check Number | Payee or DIP account | Purpose | **Amount Deposited | **Amount Transferred In | **Amount Transferred Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|---|
| 03/04/2015 | EFT | Wells Fargo | Claimed Security Deposit | | | | 250,000.00 | -250,000.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | |
| | | | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 | $0.00 | $0.00 | $250,000.00 | -250,000.00 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/31/2015____  Balance on Statement: _____$808.87____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

|  |
| --- |
|  |

ADJUSTED BANK BALANCE:                                       | $808.87 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re:<br><br>Net Data Centers, Inc.<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| | Case Number: | 2:15-bk-12690-BB |
| | Operating Report Number: | 2 |
| | For the Month Ending: | 3/31/2015 |

**I. CASH RECEIPTS AND DISBURSEMENTS**
**A-4. (DEPOSIT ACCOUNT*)**
**Deposit Account as Collateral for Wells Fargo Lease**

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 250,515.61

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL _____ 0.00
   ACCOUNT REPORTS

3. BEGINNING BALANCE: _____ 250,515.61

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Transfer From
   Transfer From
   Interest                             $            3.11

   TOTAL RECEIPTS THIS PERIOD: _____ 3.11

5. BALANCE: _____ 250,518.72

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts
   Transfers to Other DIP Accounts
   Disbursements (from page 2)          $      250,000.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** _____ 250,000.00

7. ENDING BALANCE: _____ 518.72

8. General Account Number(s):          xxxx9062
                                       Citibank
   Depository Name & Location:         P.O. Box 769018
                                       San Antonio TX 78245

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

MOR#2March2015-NetDataV2.xlsx

Net Data Centers, Inc.
**Deposit Account as Collateral for Wells Fargo Lease**
3/31/2015

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | **Amount Deposited | **Amount Transferred In | **Amount Transferred Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|---|
| 03/04/2015 | EFT | Wells Fargo | Claimed Security Deposit | | | | 250,000.00 | -250,000.00 |
| | | | . | | | | . | 0.00 |
| | | | | | | | | |
| | | | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 | $0.00 | $0.00 | $250,000.00 | -250,000.00 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___3/31/2015___ Balance on Statement: ___$518.72___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $518.72

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|--------|------------------------|---|
| Net Data Centers, Inc. | | |
| | Case Number: | 2:15-bk-12690-BB |
| | Operating Report Number: | 2 |
| Debtor(s). | For the Month Ending: | 3/31/2015 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A-5. (GENERAL ACCOUNT*)
### Closed in February 2015

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                           897.85

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          897.85
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                             0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Transfer From
    Transfer From
    Interest

    TOTAL RECEIPTS THIS PERIOD:                                                    0.00

5.  BALANCE:                                                                       0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts
    Transfers to Other DIP Accounts
    Disbursements (from page 2)                          $                -

    TOTAL DISBURSEMENTS THIS PERIOD:***                                           0.00

7.  ENDING BALANCE:                                                                0.00

8.  General Account Number(s):              xxxx5079
                                            City National Bank
    Depository Name & Location:             400 North Roxbury Drive
                                            Beverly Hills, CA 90210

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

Net Data Centers, Inc.
**TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD**
3/31/2015

| Date mm/dd/yyy | Check Number | Payee or DiP account | Purpose | **Amount Transferred In | **Amount Transferred Out | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 | $0.00 | $0.00 | $0.00 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/31/2015___   Balance on Statement: _____$0.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:                           _____

Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                      | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# I. CASH RECEIPTS AND DISBURSEMENTS
## B. (PAYROLL ACCOUNT)
### 3/31/2015

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 112,000.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 106,733.54 |
| 3.  BEGINNING BALANCE: | 5,266.46 |

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---:|
| Transfer from          #6035 | $ | 175,813.95 |
| Other | $ | 133.83 |
| | | 175,947.78 |

| | |
|---|---:|
| 5.  BALANCE: | 181,214.24 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---:|---:|
| Transfers to | 0.00 | |
| Disbursements | 176,358.05 | 176,358.05 |

TOTAL DISBURSEMENTS THIS PERIOD:***

| | |
|---|---:|
| 7.  ENDING BALANCE: | 4,856.19 |

8.  PAYROLL Account Number(s):     xxxx6086

| | |
|---|---|
| | City National Bank |
| Depository Name & Location: | 400 North Roxbury Drive |
| | Beverly Hills, CA 90210 |

## B. (PAYROLL ACCOUNT)

### 3/31/2015

| Date mm/dd/yyy | Check Number | Payee or DIP account | Purpose | **Amount Redeposited | **Amount Transferred In | **Amount Transferred OUT | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|---|---|
| 03/03/2015 | EFT | #6035 | | | 28,000.00 | | | 28,000.00 |
| 03/03/2015 | EFT | Paychex | Consultant Payroll | | | | 27,697.64 | -27,697.64 |
| 03/04/2015 | 701 | Brianna Laboo | Final Pay & Vacation | | | | 1,279.40 | -1,279.40 |
| 03/05/2015 | EFT | #6035 | | | 2,000.00 | | | 2,000.00 |
| 03/05/2015 | 702 | Robert Taylor | Final Pay & Vacation | | | | 1,390.04 | -1,390.04 |
| 03/11/2015 | EFT | #6035 | | | 72,000.00 | | | 72,000.00 |
| 03/11/2015 | EFT | Paychex | Payroll Fees | | | | 116.95 | -116.95 |
| 03/13/2015 | EFT | Paychex | Payroll & Payroll Taxes | | | | 73,257.23 | -73,257.23 |
| 03/27/2015 | EFT | #6035 | | | 70,000.00 | | | 70,000.00 |
| 03/27/2015 | EFT | Adil Anjani | Stale Dated Check Return | 133.83 | | | | 133.83 |
| 03/30/2015 | 704 | Daniel Fabuel | Final Pay & Vacation | | | | 3,813.95 | -3,813.95 |
| 03/30/2015 | EFT | | | | 3,813.95 | | | 3,813.95 |
| 03/31/2015 | EFT | Paychex | Payroll & Payroll Taxes | | | | 68,802.84 | -68,802.84 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $133.83 | $175,813.95 | $0.00 | $176,358.05 | -$410.27 |

IB p3

## PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/31/2015_____   Balance on Statement: _____$4,856.19_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:        | 0.00 |

Bank statement Adjustments:        _____
Explanation of Adjustments-

|  |
|---|
|  |

ADJUSTED BANK BALANCE:        | $4,856.19 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. (TAX ACCOUNT)
#### 3/31/2015

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 3. BEGINNING BALANCE: | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---:|
| Transfer from | #6035 | 2,300.00 |
| Transfer from | | |
| Returned items credited then repaid | | |
| | | 2,300.00 |

| | |
|---|---:|
| 5. BALANCE: | 2,300.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---:|
| Transfers to | |
| Disbursements    (Paychex pulls payroll taxes from the payroll account) | 2,300.00 |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 2,300.00 |

| | |
|---|---:|
| 7. ENDING BALANCE: | 0.00 |

8. TAX Account Number(s):    xxxxxx6094

Depository Name & Location:    City National Bank
400 North Roxbury Drive
Beverly Hills, CA 90210

Net Data Centers, Inc.
### C. (TAX ACCOUNT)
3/31/2015

| Date mm/dd/yyy | Check Number | Payee or DIP account | Purpose | **Amount Transferred in | **Amount Disbursed | **Amount |
|---|---|---|---|---|---|---|
| 03/23/2015 | EFT | #6035 | | 2,300.00 | | 2,300.00 |
| 03/25/2015 | EFT | CA Franchise Tax Board | 2015 Estimated Tax | | 800.00 | -800.00 |
| 03/28/2015 | EFT | NJ Department of Revenue | 2015 Estimated Tax | | 1,500.00 | -1,500.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $2,300.00 | $2,300.00 | $0.00 |

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/31/2015_____   Balance on Statement: _____$0.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                              | 0.00 |

ADJUSTED BANK BALANCE:                                 | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  | Unrestricted | Restricted |
|---|---|---|
| A. (GENERAL ACCOUNT*) | $3,561,642.73 | |
| A-1. GENERAL ACCOUNT* | 548.38 | |
| A-2. (GENERAL ACCOUNT*) | 7,050.00 | |
| A-3. (DEPOSIT ACCOUNT*) | | 808.87 |
| A-4. (DEPOSIT ACCOUNT*) | | 518.72 |
| A-5. (GENERAL ACCOUNT*) | 0.00 | |
| B. (PAYROLL ACCOUNT) | 4,856.19 | |
| C. (TAX ACCOUNT) | 0.00 | |
| *Other Accounts: | | |
| | | |
| *Other Monies: | | |
| **Working Cash/Till/Petty Cash (from below): | 0.00 | |

TOTAL CASH AVAILABLE:   | 3,574,097.30 | 1,327.59 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:   | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| WELLS FARGO BANK | Monthly | $ 427,964.96 | 0 | none |
| DIGITAL 2260 EL SEGUNDO | Monthly | $ 489,024.00 | 0 | |
| GIP 7TH STREET LLC | Monthly | $ 228,210.27 | 0 | |
| GRIZZLY VENTURES | Monthly | $ 366,809.84 | 0 | |
| LEMUR PROPERTIES | Monthly | $ 158,240.92 | 0 | |
| FOX PROPERTIES | Monthly | $ 57,175.84 | 0 | |
| WHALE VENTURES | Monthly | $ 275,640.38 | 0 | |
| REALTY FUND ASSOCIATES | Monthly | $ 12,400.00 | 0 | |
| MACQUARIE EQUIPMENT FINANCE | Monthly | $ 1,719.28 | 0 | |
| SUMMIT FUNDING | Monthly | $ 1,380.28 | 0 | |
| WESTERN FINANCE | Monthly | $ 1,670.56 | 0 | |
| DELAGE LANDEN | Monthly | $ 2,302.36 | 0 | |
| LEAF CAPITAL | Monthly | $ 2,153.58 | 0 | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: ____0.00

(a) Total Wages Paid: ____150,302.57

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 851.74 | | |
| State Withholding | 344.65 | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | 415.05 | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 1,611.44 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 586,769.93 |  | 1,717,611.61 |
| 31 - 60 days | 4,805.20 | 403,737.15 |  |
| 61 - 90 days |  | 45,830.84 |  |
| 91 - 120 days |  | 39,822.11 |  |
| Over 120 days |  | 9,771.81 |  |
| TOTAL: | 591,575.13 | 499,161.91 | 1,717,611.61 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Traveler's | $1 Million | 1/26/2016 | 4/30/2015 |
| Worker's Compensation | The Hartford | $1 Million | 7/6/2015 | 4/30/2015 |
| Casualty | Included in General Liability |  |  |  |
| Vehicle | The Hartford | $1 Million | 1/26/2016 | 4/30/2015 |
| Others: Umbrella Liability | Columbia Casualty | $5 Million | 1/26/2016 | 4/30/2015 |
|  | Zurich | $2 Million | 1/26/2016 | 4/30/2015 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2015 | $      3,920,048 | $      10,400 |  |  | $      10,400 |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  | $      10,400 |  | $              - | $      10,400 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Pervez Delawalla | | Medical Insurance | 1,972 |
| Pervez Delawalla | | Dental Insurance | 227 |
| Pervez Delawalla | | Life Insurance | 940 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**IX. PROFIT AND LOSS STATEMENT**

**(ACCRUAL BASIS ONLY)**                    3/31/2015

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 3,473,592 | 4,217,890 |
| Less: Returns/Discounts | 82,660 | 101,395 |
| Net Sales/Revenue | 3,390,932 | 4,116,495 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0 | 0 |
| Purchases | 0 | 0 |
| Less: Ending Inventory at cost | 0 | 0 |
| Other COGS (incl. Data Center Rents, CAMS, Power) | 3,090,378 | 3,726,970 |
| Cost of Goods Sold (COGS) | 3,090,378 | 3,726,970 |
| | | |
| **Gross Profit** | 300,554 | 389,525 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders (a) | 37,946 | 37,946 |
| Payroll - Other Employees | 150,303 | 191,482 |
| Payroll Taxes | 11,095 | 14,821 |
| Other Taxes (Itemize, business, state, ) | 6,098 | 7,086 |
| Depreciation and Amortization | 65,600 | 79,786 |
| Rent Expense - Real Property | 22,568 | 27,404 |
| Lease Expense - Personal Property | 0 | 0 |
| Insurance | 24,044 | 29,443 |
| Real Property Taxes | 1,498 | 1,819 |
| Telephone and Utilities | 853 | 1,168 |
| Repairs and Maintenance | 0 | 0 |
| Travel and Entertainment (Itemize) | 6,327 | 16,115 |
| Sales and Marketing | 2,977 | 6,459 |
| Consulting/Contract Services (Non-Chapt 11) (b) | 62,720 | 81,196 |
| Business Licenses & Permits | 0 | 0 |
| Miscellaneous Operating Expenses (Itemize) | 0 | 0 |
| Bank Service Charges | 945 | 945 |
| Office Expenses and supplies (c) | 15,102 | 21,987 |
| Misc | 23,592 | 23,625 |
| | 0 | 0 |
| | | |
| Total Operating Expenses | 431,667 | 541,281 |
| Net Gain/(Loss) from Operations | (131,113) | (151,756) |
| **Non-Operating Income:** | | |
| Interest Income | 6 | 19 |
| Net Gain on Sale of Assets (Itemize) | 0 | 0 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating income | 6 | 19 |
| **Non-Operating Expenses:** | | |
| Interest Expense | 56,757 | 71,650 |
| Legal and Professional  (d) (Itemize) | 110,400 | 110,400 |
| Other (Itemize). | 0 | 0 |
| Total Non-Operating Expenses | 167,157 | 182,050 |
| NET INCOME/(LOSS) | (298,263) | (333,787) |

(a) Current Month: Accrued Post Petition Insider Salary (not paid), pending resolution of insider comp notice.

(b) Current Month: Contract staff $47.2K; Payroll, acctg, IT $15.5K

(c) Current Month: Office supplies & expense, $4.8k; Dues $1.9k; postage $0.3k;Merchant $3k; Landlord Late Fees $5.4K

(d) Current Month:  Accrued Legal  & BK fees  ($100K) , plus UST Fees Fees accrued ($10k)

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| | 3/31/2015 Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | 3,574,097 | |
| Restricted Cash | 1,328 | |
| Accounts Receivable | 2,216,774 | |
| Inventory | 0 | |
| Notes Receivable | 0 | |
| Prepaid Expenses | 399,138 | |
| Security Deposits | 537,475 | |
| Other (Itemize) Unbilled Rev $66K, Revenue Recog. Adj.$614K | 736,346 | |
| Total Current Assets | | 7,465,157 |
| | | |
| Licenses, Property, Plant, and Equipment | 9,802,117 | |
| Accumulated Depreciation/Depletion | (6,374,868) | |
| Net Property, Plant, and Equipment | | 3,427,249 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0 | |
| Other (Itemize) $567K, LT accrued Rev; $50K investment | 616,594 | |
| Total Other Assets | | 616,594 |
| **TOTAL ASSETS** | | 11,509,000 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 591,575 | |
| Taxes Payable | 1,611 | |
| Notes Payable | | |
| Professional fees | | |
| Unsecured Debt | | |
| Secured Debt | | |
| Other- Accrued Insider comp - pending resolution of insider comp notice | 37,946 | |
| Total Post-petition Liabilities | | 631,133 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 746,475 | |
| Priority Liabilities | 43,042 | |
| Unsecured Liabilities | 34,151,558 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 34,941,075 |
| **TOTAL LIABILITIES** | | 35,572,208 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | (23,729,421) | |
| Post-petition Profit/(Loss) | (333,787) | |
| Direct Charges to Equity | | |
| **TOTAL EQUITY** | | (24,063,208) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | 11,509,000 |

XI

## XI. QUESTIONNAIRE

| | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:     No: X

   *None in current month*

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:     Yes: X

   *Medical, Dental and Life Insurance premium ($3k) paid as part of group plan pending authorization.*

3. State what progress was made during the reporting period toward filing a plan of reorganization

   *Debtor is negotiating with landlords for rent adjustments to current fair market values.*

4. Describe potential future developments which may have a significant impact on the case:
   *Successful renegotiation of rents to close to fair market values will enable the Debtor to operate profitably.*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period. - *None*

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.     No: X

I,  Pervez P. Delawalla [President & CEO],
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Signature: Principal for Debtor-in-Possession

## PROOF OF SERVICE

I hereby certify that a copy of the Monthly Operating Report was e-mailed to the U.S. Trustee Analyst.

DATED: _April 16, 2015_

**Paul A. Beck**
Print or Type Name

_Paul A. Beck_
Signature