PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4520 telephone
(213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re: | Case No.: 2:15-bk-12690-BB |
| Net Data Centers, Inc. | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: April 24, 2015

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
Jill M. Sturtevant
Assistant United States Trustee

1

| | |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: NET DATA CENTERS, INC.; 2:15-bk-12690-BB |
| 3 | Stratacore, Inc. |
| | Attn: Aaron Locher |
| 4 | 2320 2nd Ave, Suite 2100 |
| | Seattle, WA 98121 |
| 5 | Telephone: (206) 850-3070 |
| | E-mail: Aaron@stratacore.com |
| 6 | |
| | NSCUBE LLC |
| 7 | Attn: Chandrashekar Akiti |
| | 3223 Bagley Ave. Apt 216 |
| 8 | Los Angeles, CA 90034 |
| | Telephone: (310) 405-3573 |
| 9 | E-mail: shekar@nscube.com |
| 10 | Charter Holdings, Inc. |
| | Attn: Jordan Cohen, Esq. |
| 11 | Wells Fargo Bank, N.A. |
| | Law Department |
| 12 | MAC E2064-106 |
| | 333 South Grand Avenue, Suite 1040 |
| 13 | Los Angeles, CA 90071 |
| | Telephone: (213) 253-7441 |
| 14 | E-mail: Jordan.s.cohen@wellsfargo.com |
| 15 | /// |
| 16 | /// |
| 17 | /// |

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd, Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 04/24/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On 04/24/15, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 04/24/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/24/15 | Sonny Flores | *[signature]* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   | Name | Email Address |
   | --- | --- |
   | Paul A Beck (Debtor's counsel) | pab@pablaw.org |
   | Ronald K Brown | rkbgwhw@aol.com |
   | Robert L Eisenbach | reisenbach@cooley.com |
   | William F Govier | wgovier@lesnickprince.com, tmims@lesnickprince.com |
   | Michael S Greger | mgreger@allenmatkins.com |
   | Lesley A Hawes | lhawes@mckennalong.com, comeara@mckennalong.com |
   | Brian L Holman | b.holman@mpglaw.com |
   | Mette H Kurth | mkurth@foxrothschild.com, vcordi@foxrothschild.com;pchlum@foxrothschild.com |
   | Matthew A Lesnick | matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com |
   | Ron Maroko | ron.maroko@usdoj.gov |
   | Jessica G Peterson | jpeterson@djplaw.com, khughes@djplaw.com |
   | Wayne R Terry | wterry@hemar-rousso.com |
   | United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor**
   Net Data Centers, Inc.
   898 Sepulveda Blvd.
   El Segundo, CA 90245

   **Unsecured Creditor's Committee**
   Stratacore, Inc.
   Attn: Aaron Locher
   2320 2nd Ave, Suite 2100
   Seattle, WA 98121

   NSCUBE LLC
   Attn: Chandrashekar Akiti
   3223 Bagley Ave. Apt 216
   Los Angeles, CA 90034

   Charter Holdings, Inc.
   Attn: Jordan Cohen, Esq.
   Wells Fargo Bank, N.A.
   Law Department
   MAC E2064-106
   333 South Grand Avenue, Suite 1040
   Los Angeles, CA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

3.   **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE