MICHAEL S. GREGER (Bar No. 156525)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354

IVAN M. GOLD (BAR NO. 121486)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

Attorneys for Landlords
Digital 2260 East El Segundo, LLC and GIP 7th Street, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NET DATA CENTERS, INC.,<br><br>        Debtor. | Case No. 2:15-bk-12690-BB<br><br>Chapter 11<br><br>**DECLARATION OF ANGELA CAMACHO SUPPORTING LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDER GRANTING 90 DAY EXTENSION OF TIME TO ASSUME OR REJECT REAL PROPERTY LEASES**<br><br>Date:    June 23, 2015<br>Time:   10:00 a.m.<br>Place:  Edward R. Roybal Federal Building<br>         and U.S. Courthouse<br>         255 East Temple Street<br>         Courtroom 1475<br>         Los Angeles, CA 90012 |

I, ANGELA CAMACHO, declare:

1.    I am employed by DLR, LLC, an affiliate of Digital Realty Trust, L.P. ("Digital"), as Real Estate Manager, with offices in Los Angeles, California. My duties as Real Estate Manager include property management services, including the billing and collection of rent obligations, for both Digital 2260 East El Segundo, LLC and GIP 7th Street, LLC (collectively,

966977.01/SF

DECLARATION OF ANGELA CAMACHO SUPPORTING LIMITED OBJECTION
TO DEBTOR'S MOTION FOR ORDER EXTENDING TIME, ETC.

1    the "Digital Realty Landlords"), affiliates of Digital and lessors of debtor and debtor-in-possession

2    Net Data Centers, Inc. ("Debtor"), located in El Segundo and downtown Los Angeles, California,

3    owned by Digital 2260 East El Segundo, LLC and GIP 7th Street, LLC, respectively.

4        2.    This declaration is submitted in support of the limited objection by the Digital

5    Landlords to Debtor's *Motion For Order Granting 90-Day Extension of Time To Assume or Reject*

6    *Real Property Leases* ("Motion To Extend"), filed concurrently herewith.  As a consequence of

7    my position as Real Estate Manager for both Digital's downtown Los Angeles and El Segundo

8    properties, I am one of the custodians of the books, records, and files of the Digital Realty

9    Landlords as those books, records, and files relate to the use and occupancy of the premises leased

10    and occupied by Debtor.  If called upon to testify in this proceeding, as to the matters set forth in

11    this declaration, I could and would competently testify thereto, since the facts set forth herein are

12    personally known to me to be true.

13        3.    As generally described in the Motion To Extend and accompanying Declaration of

14    Pervez Delawalla, Debtor is the tenant of the Digital Realty Landlords under three separate leases:

15        (a)    the Lease, dated December 21, 2005, as subsequently amended, between Mainrock,

16    LLC, predecessor-in-interest to Digital 2260 East El Segundo, LLC, as landlord, and Debtor, then

17    known as JPS Holdings, Inc., as tenant (the "El Segundo Lease"), for premises located at 2260

18    East El Segundo Boulevard, El Segundo, California (the "El Segundo Premises");

19        (b)    the Turn Key Data Center Lease, dated June 30, 2007, as subsequently amended,

20    between GIP 7th Street, LLC, as landlord, and Debtor, then known as JPS Holdings, Inc., as tenant

21    (the "Suite 550/560 Lease"), for premises located at Suites 550 and 560 of 600 West 7th Street, Los

22    Angeles, California (the "Suite 550/560 Premises"); and

23        (c)    the Turn Key Data Center Lease, dated July 17, 2007, as subsequently amended,

24    between GIP 7th Street, LLC, as landlord, and Debtor, then known as JPS Holdings, Inc., as tenant

25    (the "Suite 550/560 Lease"), for premises located at Suites 520 of 600 West 7th Street, Los

26    Angeles, California (the "Suite 520 Premises").

27

28

DECLARATION OF ANGELA CAMACHO SUPPORTING LIMITED OBJECTION
TO DEBTOR'S MOTION FOR ORDER EXTENDING TIME, ETC.

966977.01/SF

4.    The term of the El Segundo Lease is scheduled to expire on April 30, 2025. The terms of the Suite 550/560 Lease and the Suite 520 Lease are both scheduled to expire on February 28, 2018.

5.    The most recent amendment to the El Segundo Lease is the Fourth Amendment To Lease Agreement, dated March 28, 2013 (the "Fourth Amendment"), a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference. Among other things, the Fourth Amendment restructured Debtor's monetary lease obligations, which were then in default in a substantial amount, deferring payment of certain "Base Rent" obligations, as more particularly provided in Section 4 and Exhibit C-3 of the Fourth Amendment.

6.    Debtor's payments to the Digital Realty Landlords of post-petition and charges accruing since the filing of the Chapter 11 petition in this case have been irregular. By way of example, June rent and charges under the Suite 520 Lease were received on June 3, 2015. June rent and charges under the El Segundo Lease (with the exception of a portion of Deferred Base Rent under the Fourth Amendment, referred to below) were received on June 3, 2015. A portion of June rent and charges for the Suite 550/560 Lease were received on June 8, 2015, with the balance received yesterday, June 9, 2015. Deferred Base Rent under the El Segundo Lease in the sum of $16,230.92, due April 1, 2015, remains unpaid. Since the filing of this bankruptcy case, Debtor has made other payments of Deferred Base Rent under the Fourth Amendment and, to date, no explanation has been offered for the non-payment of the April 1, 2015 accrual.

7.    Attached hereto as Exhibit "2" and incorporated herein by this reference is a summary of amounts due under the El Segundo Lease, including both pre-petition and post-petition arrearages, with payments identified. This summary was prepared by me from Digital's accounting records. In addition to the $16,230.92 Deferred Base Rent due April 1, 2015, other post-petition amounts primarily relate to post-petition utilities that have been billed to Debtor, but are not yet due, under the terms of the El Segundo Lease.

8.    As of today's date, June 10, 2015, Debtor remains in occupancy of the El Segundo Premises, the Suite 520 Premises and the Suite 550/560 Premises.

DECLARATION OF ANGELA CAMACHO SUPPORTING LIMITED OBJECTION
TO DEBTOR'S MOTION FOR ORDER EXTENDING TIME, ETC.

966977.01/SF

1       I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct and that this declaration was executed on June 10, 2015 at Los

3   Angeles, California.

4

5

6                     ANGELA CAMACHO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

DECLARATION OF ANGELA CAMACHO SUPPORTING LIMITED OBJECTION
TO DEBTOR'S MOTION FOR ORDER EXTENDING TIME, ETC.

966977.01/SF

# EXHIBIT 1

<u>FOURTH AMENDMENT TO LEASE AGREEMENT</u>

This FOURTH AMENDMENT TO LEASE AGREEMENT ("**Amendment**") is made and entered into as of March 2̶8̶, 2013, by and between DIGITAL 2260 EAST EL SEGUNDO, LLC, a Delaware limited liability company ("**Landlord**"), and NET2EZ MANAGED DATA CENTERS, INC., a California corporation ("**Tenant**").

R E C I T A L S :

A.    Landlord, as successor in interest to Mainrock, LLC, and Tenant, formerly known as JPS Holdings, Inc., are parties to that certain Lease Agreement dated December 21, 2005 (the "**Original Lease**"), whereby Tenant currently leases certain datacenter premises (the "**Premises**") in the building located at 2260 East El Segundo Boulevard, El Segundo, California (the "**Building**"). The Original Lease, as amended by that certain First Amendment of Lease dated October 30, 2006 ("**First Amendment**"), Second Amendment to Lease Agreement dated September 30, 2011 ("**Second Amendment**"), and Third Amendment to Lease Agreement dated March 24, 2012 ("**Third Amendment**") is referred to herein collectively as the "**Lease**".

B.    Tenant is also a tenant at a building owned by an affiliate of Landlord located at 600 West 7th Street, Los Angeles, California (the "**Downtown LA Lease**").

C.    Tenant has failed to pay Rent and other amounts due under the Lease attributable to January and February, 2013, in the aggregate amount of $555,096.00 (the "**Past Due Rent**").

D.    Landlord and Tenant desire to provide for the reduction of the Premises, and for payment of the Past Due Rent, and to otherwise amend the Lease as provided in this Amendment.

A G R E E M E N T :

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1.    **Capitalized Terms**.  All capitalized terms when used herein shall have the same meaning as is given such terms in the Lease unless expressly superseded by the terms of this Amendment.

2.    **Past Due Rent**.

2.1    **Initial Payment of Past Due Rent**.  Concurrently with Tenant's execution of this Amendment, Tenant shall pay to Landlord the amount of $55,000.00, as a partial payment of the Past Due Rent (the "**Initial Payment**").

2.2    **Remaining Past Due Rent**. The remaining Past Due Rent shall be repaid to Landlord by Tenant by the payment of the "Deferred Base Rent Payments" as set forth in Section 4, below, which Deferred Base Rent Payments shall be deemed Additional Rent due under the Lease. Landlord agrees that upon the payment of all of the Deferred Base Rent Payments, or upon the pre-payment of the then outstanding Past Due Rent in accordance with the terms of Section 5, below, Tenant shall be deemed to have repaid the Past Due Rent in full.

3.    **Reduction of Premises.**

3.1    **Surrender of Space D**. Tenant hereby agrees to vacate and surrender and deliver to Landlord exclusive possession of that portion of the Premises described in Section 3(a)(i)(B) of the Second Amendment as **"Space D"** containing 702 kW of critical AC electrical capacity within 7,394 usable square feet of space (also referred to as "Colo 5"), and the storage area known as OFF-1125, containing 562 square feet (the **"Storage Space"**) (Space D and the Storage Space are referred to collectively herein as the **"Reduction Space"**) on or before the date that is the later of (i) seven (7) days after the full execution and delivery of this Amendment, and (ii) the satisfaction of the "Financial Reporting Condition", as set forth in Section 6.5, below (the "Surrender Date"), in accordance with all of the applicable terms and conditions of the Lease, provided that Tenant shall not be required to perform any repairs or construct any improvements and Landlord shall accept the Reduction Space in its currently existing condition. After the Surrender Date, there shall be no further rent due with respect to the Storage Space. In the event that Tenant fails to vacate the Reduction Space and surrender and deliver exclusive possession thereof to Landlord on or before the Surrender Date in accordance with the provisions of the Lease, then Tenant shall be deemed to be in holdover of Reduction Space and shall be subject to the terms of Section 9.3 of the Lease. As a result of the deletion of the Storage Space, as of the Surrender Date the terms of Sections 7(b) and (c) of the Second Amendment shall be of no further force or effect.

3.2    **No Addition of Space H**. That portion of the Premises described in Section 3(a)(v) of the Second Amendment as **"Space H"**, containing 354 kW of critical AC electrical capacity within 3,734 usable square feet of space (also referred to as "Colo 3.02"), shall not be added to the Premises, and, accordingly, the terms of Sections 3(a)(v), 3(b)(v), 4(a)(vii), and 4(c)(vi) of the Second Amendment, and any other reference to Space H therein, is hereby deleted in its entirety and shall be of no further force or effect.

3.3    **Reduction of Electrical Capacity**. Immediately upon the Surrender Date, Landlord shall have no further obligation to supply the "Space D Basic Capacity" of 702 kW of electrical capacity, and accordingly, as of the Surrender Date the terms of Sections 4(a)(iii) shall be deleted and of no further force or effect.

3.4    **Reduction of Pro Rata Share**. Notwithstanding Tenant's vacation and surrender of Space D as of the Surrender Date, Tenant's obligations to pay Operating Expenses under the Lease shall not be modified or reduced as of the Surrender Date, and Tenant shall continue to pay Operating Expenses as required under the Lease as if the Premises continued to contain Space D through April 30, 2013. Effective as of May 1, 2013, Tenant's Pro Rata Share shall be reduced by 10.56% as a result of the surrender of Space D, and, accordingly, as of such

date the terms of Section 4(c)(ii) of the Second Amendment shall be deleted and of no further force or effect.

      3.5    **Reduction of Lessee Improvement Allowance**. As a result of the reduction of the Premises, the Lessee Improvement Allowance provided in Section 6(a) of the Second Amendment is hereby reduced to equal $1,194,243.74. As of the date hereof, Landlord has previously disbursed $1,089,203.07 of the Lessee Improvement Allowance. Accordingly, as of the date hereof, $105,040.67 of the Lessee Improvement Allowance remains for Tenant's use in accordance with the terms of the Lease. Notwithstanding the foregoing, Tenant hereby acknowledges and agrees that the amount of such remaining Lessee Improvement Allowance shall be credited to the outstanding amount of the Past Due Rent over the repayment period, and has been incorporated and included in the calculations of the Base Rent payable under the Lease as set forth in Exhibit C-3 attached hereto, and that, accordingly, Tenant shall have no further rights to any portion of such Lessee Improvement Allowance.

      3.6    **Replacement of Exhibits**. As a result of the reduction of the Premises as set forth above, (i) effective as of the date hereof, Exhibit A-2 to the Second Amendment (setting forth an outline of the Premises) is hereby replaced with Exhibit B-3 attached hereto, (ii) effective as of the Rental Reduction Date, Exhibits D-2 and D-2-A to the Second Amendment (setting out the Base Rent amounts) shall be replaced with Exhibits C-3 attached hereto (it being acknowledged that as the lease of Space D is being terminated hereby, no alternate Base Rent schedule is required), (iii) Exhibit E-2 to the Second Amendment (setting forth electricity charges) shall be replaced with Exhibit E-3 attached hereto, and Exhibit F-2 to the Second Amendment shall be deleted in its entirety.

      3.7    **Representations of Tenant**. Tenant represents and warrants to Landlord that (a) Tenant has not heretofore assigned or sublet all or any portion of its interest in the Lease or in the Reduction Space; (b) no other person, firm or entity has any right, title or interest in the Lease or in the Reduction Space through Tenant; (c) Tenant has the full right, legal power and actual authority to enter into this Amendment and to terminate Tenant's lease with respect to the Reduction Space without the consent of any person, firm or entity; and (d) Tenant has the full right, legal power and actual authority to bind Tenant to the terms and conditions hereof. Tenant further represents and warrants to Landlord that as of the date hereof there are no, and as of the Surrender Date there shall not be any, mechanic's liens or other liens encumbering all or any portion of the Reduction Space, by virtue of any act or omission on the part of Tenant, its predecessors, contractors, agents, employees, successors or assigns. Notwithstanding the termination of the Lease with respect to the Reduction Space, the representations and warranties set forth in this Section 3.8 shall survive the Surrender Date and Tenant shall be liable to Landlord for any inaccuracy or any breach thereof.

      4.    **Base Rental Obligations**. In consideration of the reduction of the Premises, and of the other obligations and concessions granted herein, Landlord and Tenant agree that, effective as of the date hereof, the Base Rent payable under the Lease shall be amended to be as set forth in Exhibit C-3, attached. Landlord and Tenant acknowledge that the Base Rent amounts set forth on such Exhibit C-3 incorporate the repayment of the remaining Past Due Rent as "Deferred Base Rent Payments" as indicated thereof. Such Deferred Base Rent Payments shall be deemed to be Base Rent due and payable under the Lease in accordance with such Exhibit C-

<u>3</u>. The parties further acknowledge that the Base Rent payments are allocated among the Premises as set forth on <u>Exhibit C-3</u>, attached.

    **5.**    <u>**Early Payment of Past Due Rent**</u>. At any time after the date hereof, Tenant shall have the right to pre-pay to Landlord the outstanding Past Due Rent, as set forth on <u>Exhibit D-3</u> attached hereto (the **"Pre-Payment"**). At the time of any such Pre-Payment, any outstanding amount of the Lessee Improvement Allowance that remains outstanding shall be credited to the outstanding Past Due Rent in full as set forth on Exhibit D-3. Upon such pre-payment, the Past Due Rent shall be deemed paid in full, and, thereafter, Tenant shall have no further obligation to pay the "Deferred Base Rent Payments" as set forth on <u>Exhibit C-3</u>. Tenant shall be obligated to make the full Pre-Payment on or before any "Change in Control", as defined below. As used herein, "<u>**Change of Control**</u>" means: (i) a merger or consolidation of Tenant with or into a third party not affiliated with and controlled by any of the equity holders of Tenant, after which the equity holders of Tenant immediately prior to the transaction own (directly or indirectly) less than a majority of the outstanding equity of the surviving company immediately following the consummation of such transaction, (ii) the sale by the equity holders of Tenant to a third party not affiliated with and controlled by any of the equity holders of Tenant in a single transaction or series of related transactions of more than a majority of the outstanding equity interests in Tenant, (iii) the sale of all or substantially all the assets of Tenant to any third party not affiliated with and controlled by any of the equity holders of Tenant; or (iv) a "person" or "group" (as such terms are defined in Sections 13(d) and 14(d)(2) of the Exchange Act), other than one or more of the equity holders of Tenant, becomes the ultimate "beneficial owner" (as defined in Rule 13d-3 under the Exchange Act) of more than 50% of the total voting power of the equity interests of Tenant.

    **6.**    <u>**Tenant Covenants**</u>.

        6.1    <u>**Restriction on Distributions**</u>. Prior to the date on which the Past Due Rent is paid in full, either through the payment of all of the Deferred Base Rent Payments, or by the Pre-Payment, Tenant shall make no distributions of any kind (other than tax-related distributions) to its equity holders or senior executives on account of indebtedness, dividends, distributions, or otherwise (but excluding any employment-related payments expressly permitted below) without the prior written consent of Landlord.

        6.2    <u>**Restriction on Employment Compensation**</u>. The aggregate amount of overall cash compensation (excluding reasonable, documented expense reimbursements and payments of sales commissions described below) and severance payable to Tenant's equity holders in their capacity as employees or former employees shall be limited to an annual rate of (a) $725,000 for the period from January 1, 2013 to April 30, 2013 (to compensate the two equity holders of Tenant who remain employed by Tenant as of the date hereof and one equity holder who was previously employed by Tenant), and (b) $550,000 for the period commencing on May 1, 2013 until the Past Due Rent is paid in full, either through the payment of all of the Deferred Base Rent Payments, or by the Pre-Payment (to compensate the two equity holders of Tenant who will remain employed by Tenant after the date hereof). Notwithstanding anything in the foregoing to the contrary, in addition to the cash compensation and severance permitted above, the equity holder of Tenant who is responsible for sales will be entitled to receive sales commissions payable, under a sales incentive plan that is customary for Tenant's business and at

reasonable commission rates, adopted by Tenant from time and time and in the ordinary course of business consistent with past practice.

6.3    **Indebtedness**. Prior to the date the Past Due Rent is paid in full, either through the payment of all of the Deferred Base Rent Payments, or by the Pre-Payment, Tenant shall not create, incur, assume or be or remain liable with respect to any indebtedness other than (i) any unsecured promissory notes issued by Tenant to DuPont Fabros Technology, L.P. and Charter Holdings, Inc. on or around the date hereof; (ii) any working capital financing based on Tenant's accounts receivables, which shall not exceed $3,000,000 of indebtedness; (iii) indebtedness consisting of equipment leases (excluding any sale-leaseback transactions); and (iv) indebtedness consented to in writing by Landlord prior to the incurrence thereof.

6.4    **Permitted Liens**. Prior to the date the Past Due Rent is paid in full, either through the payment of all of the Deferred Base Rent Payments, or by the Pre-Payment, the assets of Tenant shall remain free and clear of all liens of any nature whatsoever, other than (i) mechanics', carriers', workmen's, repairmen's, or other like liens arising or incurred in the ordinary course of business, (ii) liens for taxes, assessments, and other governmental charges that are not yet due and payable, (iii) liens in respect of pledges or deposits under workers' compensation laws or similar legislation, (iv) lien on Tenant's accounts receivables securing any working capital financing, which shall not exceed $3,000,000 of indebtedness, (v) liens incurred in connection with any equipment leases so long as they were not part of any sale-leaseback, or (vi) other liens consented to in writing by Landlord prior to the incurrence thereof.

6.5    **Financial Reporting Condition**. As a condition to the effectiveness of this Amendment, Tenant shall, on or before April 30, 2013, provide Landlord with financial statements for the last 3 fiscal years (including, in each case, balance sheets, statements of operations and statements of cash flows), prepared in accordance with GAAP and audited by an independent certified public accountant, and certified as correct by the CEO and CFO of Tenant (the "**Financial Reporting Condition**"). If Tenant fails to satisfy the Financial Reporting Condition by such date, then this Amendment shall immediately and automatically terminate and be of no force or effect, as if it had never been entered into. Tenant has previously provided Landlord with a schedule of all distributions or transfers of assets made to equity holders of Tenant during the last 4 fiscal years, certified as correct by the CEO and CFO of Tenant. Following the date hereof and continuing until the Past Due Rent is paid in full, either through the payment of all of the Deferred Base Rent Payments, or by the Pre-Payment, Tenant shall provide Landlord with quarterly financial statements within 45 days after the end of each calendar quarter. Tenant's failure to deliver any of the reports as required by the terms of this Section 6.5 within thirty (30) days after notice of such failure shall be deemed a material Default of the Lease.

7.    **Landlord Lien**. Tenant hereby grants Landlord a security interest in those items of personal property set forth on Exhibit A-3 attached hereto, which is located at the Premises and at the premises under the Downtown LA Lease (the "**Secured Property**"), to secure Tenant's obligations under the Lease, as hereby amended. Tenant shall have the right to replace worn or obsolete items of Secured Property, provided that the replacement items shall be of equal or better function and quality. Tenant acknowledges that such replacement items shall likewise be Secured Property, subject to Landlord's security interest. Such interest shall terminate as of the

end of the payment in full of the Past Due Rent, and at such time Landlord shall execute any necessary documentation as required to release such interest of record.  To perfect Landlord's security interest in the Secured Property, Landlord shall be entitled to file a Financing Statement ("UCC-1") with the California Secretary of State and Tenant shall  execute and deliver to Landlord any such financing statements and other documents as Landlord may request. Notwithstanding any provision in the Lease to the contrary, Tenant shall not transfer the Secured Property, nor shall Tenant remove any of the Secured Property from the Premises except in accordance with the terms of this Section 7.  Tenant will do all such acts and things as Landlord may at any time or from time to time reasonably request as may be necessary or appropriate to establish and maintain a perfected first-priority security interest in the Secured Property, subject to no adverse liens or encumbrances (provided that Landlord acknowledges that Tenant may establish liens subordinate to Landlord's security interest).  The Lease and this Amendment constitutes a financing statement under the Uniform Commercial Code of California (the "UCC") with respect to the Secured Property.  If any Default is not cured within thirty (30) days after written notice thereof to Tenant, Landlord may exercise all rights of a secured party under the UCC with respect to the Secured Property, including but not limited to taking possession of, holding, and selling the same.  Any requirement for reasonable notice of the time and place of any public sale, or of the time after which any private sale or other disposition is to be made, will be satisfied by Landlord's giving of such notice to Tenant at least five (5) days prior to the time of any public sale or the time after which any private sale or other intended disposition is to be made.

   8.   **Attorneys' Fees**.  If any action is brought by either party against the other party to interpret or enforce any of the terms of this Amendment, the prevailing party shall be entitled to recover from the other party reasonable attorneys' fees, costs and expenses incurred in connection with the prosecution or defense of such action, whether or not the action is prosecuted to a final judgment.  For purposes of this Amendment, the term "attorneys' fees" shall mean the reasonable fees and expenses of counsel to the parties hereto, which may include printing, photocopying, duplicating and other expenses, air freight charges, and fees billed for law clerks, paralegals and other persons not admitted to the bar but performing services under the supervision of an attorney.

   9.   **No Further Modification**.  Except as set forth in this Amendment, all of the terms and provisions of the Lease shall apply with respect to the Premises and shall remain unmodified and in full force and effect.

IN WITNESS WHEREOF, this Amendment has been executed as of the day and year first above written.

**LANDLORD:**

DIGITAL 2260 EAST EL SEGUNDO, LLC,
a Delaware limited liability company

By: Digital Realty Trust, L.P.,
    a Maryland limited partnership,
    its Member and Manager

    By: Digital Realty Trust, Inc.,
        a Maryland corporation,
        its General Partner

        By: _____
        Name: Richard J. Berk
        Its:    Vice President Portfolio
            Management, West Region

**TENANT:**

NET2EZ MANAGED DATA CENTERS, INC.,
a California corporation

By: _____
Name: Pervaz D. Delawalla
Title: President / CEO

## EXHIBIT A-3

## SECURED PROPERTY

| Sum of OLV TOTAL Location Number | GAT/SAT | S/N | Specifications | Total |
|---|---|---|---|---|
| | CABINET/NETWO | | 2-TIER; WITH (2) KABA MAS MODEL AUDITCON 252 DIGITAL LOCKS | 1,200.00 |
| 2260 El Segundo | RK | (blank) | 2-TIER; WITH REAR DOOR RELEASE | 1,000.00 |
| | | | 3-TIER; WITH REAR DOOR RELEASE | 1,500.00 |
| | | | WITH (2) KABA MAS MODEL AUDITCON 252 DIGITAL LOCKS | 2,400.00 |
| | | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK | 2,275.00 |
| | | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; AND REAR DOOR RELEASE | 650.00 |
| | | | WITH REAR DOOR RELEASE | 5,750.00 |
| | | | (blank) | 94,400.00 |
| | | (blank) Total | | 113,175.00 |
| | **CABINET/NET WORK Total** | | | **113,175.00** |
| | CABLE/COPPER | (blank) | ESTIMATED 85,440 LINEAR FEET LOCATED THROUGHOUT COLO | - |
| | | (blank) Total | | - |
| | CABLE/COPPER Total | | | - |
| | CAGE | (blank) | C129; WITH DOUBLE FOLDING DOOR; (4) 2' X 9' PARTITIONS; AND (1) 5' X 9' PARTITION | 600.00 |
| | | | C101; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (4) 5' X 9' PARTITIONS | 700.00 |
| | | | C103; WITH (2) DOUBLE FOLDING DOORS; (2) 2' TRANSOMS; AND (7) 5' X 9' PARTITIONS | 800.00 |
| | | | C105; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (3) 5' X 9' PARTITIONS | 600.00 |
| | | | C108; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (2) 5' X 9' PARTITIONS | 500.00 |
| | | | C109; WITH (2) DOUBLE FOLDING DOORS; (2) 2' TRANSOMS; (6) 5' X 9' PARTITIONS; AND (1) 2' X 9' PARTITION | 850.00 |
| | | | C110; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (4) 2' X 9' PARTITIONS; AND (4) 5' X 9' PARTITIONS | 725.00 |
| | | | C111; WITH (2) DOUBLE FOLDING DOORS; AND (2) 2' TRANSOMS | 750.00 |
| | | | C112; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (6) 5' X 9' PARTITIONS | 725.00 |
| | | | C113; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (2) 5' X 9' PARTITIONS | 500.00 |
| | | | C114; WITH (3) DOUBLE FOLDING DOORS; (3) 2' TRANSOMS; (4) 2' X 9' PARTITIONS; AND (11) 5' X 9' PARTITIONS | 1,500.00 |
| | | | C115; WITH (2) DOUBLE FOLDING DOORS; (2) 2' TRANSOMS; AND (10) 5' X 9' PARTITIONS | 1,000.00 |
| | | | C116; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (6) 5' X 9' PARTITIONS; AND (1) 2' X 9' PARTITION | 725.00 |
| | | | C117; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (9) 5' X 9' PARTITIONS; AND (3) 2' X 9' PARTITIONS | 750.00 |
| | | | C118; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (4) 5' X 9' PARTITIONS; AND (1) 2' X 9' PARTITION | 700.00 |

| | |
|---|---|
| C119; WITH (2) DOUBLE FOLDING DOORS; (3) 2' TRANSOMS; (1) 3' SLIDING DOOR; (4) 5' X 9' PARTITIONS; AND (1) 2' X 9' PARTITION | 800.00 |
| C120; WITH (2) DOUBLE FOLDING DOORS; (3) 2' TRANSOMS; (1) 3' SLIDING DOOR; (7) 5' X 9' PARTITIONS; AND (4) 2' X 9' PARTITIONS | 1,100.00 |
| C122; WITH (5) 8' DOUBLE FOLDING DOORS; (2) 6' DOUBLE FOLDING DOORS; (7) 2' TRANSOMS; (14) 5' X 9' PARTITIONS; AND (13) 2' X 9' PARTITIONS | 3,500.00 |
| C125; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (2) 5' X 9' PARTITIONS | 500.00 |
| C126; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (2) 5' X 9' PARTITIONS | 500.00 |
| C127; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (1) 5' X 9' PARTITION | 500.00 |
| C128; WITH DOUBLE FOLDING DOOR; AND 2' TRANSOM | 400.00 |
| C130; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (1) 5' X 9' PARTITION | 500.00 |
| C131; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (2) 5' X 9' PARTITIONS | 500.00 |
| C132; WITH DOUBLE FOLDING DOOR; AND 2' TRANSOM | 400.00 |
| C133; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; AND (2) 5' X 9' PARTITIONS | 500.00 |
| C218; WITH (2) DOUBLE FOLDING DOORS; (2) 2' TRANSOMS; (10) 5' X 9' PARTITIONS; AND (3) 2' X 9' PARTITIONS | 1,050.00 |
| C219; WITH (2) DOUBLE FOLDING DOOR; (2) 2' TRANSOM; (6) 2' X 9' PARTITIONS; AND (37) 5' X 9' PARTITIONS | 2,500.00 |
| C220; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (4) 2' X 9' PARTITIONS; AND (1) 5' X 9' PARTITION | 500.00 |
| C221; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (8) 2' X 9' PARTITIONS; AND (12) 5' X 9' PARTITIONS | 800.00 |
| C222; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (15) 5' X 9' PARTITIONS; AND (17) 2' X 9' PARTITIONS | 1,000.00 |
| C223; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (6) 2' X 9' PARTITIONS; AND (6) 5' X 9' PARTITIONS | 750.00 |
| C224; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (1) 2' X 9' PARTITION | 400.00 |
| C225; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (6) 5' X 9' PARTITIONS; AND (5) 2' X 9' PARTITIONS | 750.00 |
| C226; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (11) 2' X 9' PARTITIONS; AND (9) 5' X 9' PARTITIONS | 800.00 |
| C228; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (7) 2' X 9' PARTITIONS; AND (4) 5' X 9' PARTITIONS | 725.00 |
| C3.01; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (2) 2' X 9' PARTITIONS; AND (21) 5' X 9' PARTITIONS | 1,100.00 |
| C3.02; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (3) 2' X 9' PARTITIONS; AND (5) 5' X 9' PARTITIONS | 725.00 |

| | | | |
|---|---|---|---|
| | | C3.03; WITH (2) DOUBLE FOLDING DOOR; (2) 2' TRANSOM; (9) 2' X 9' PARTITIONS; (3) 4' X 9' PARTITIONS; (3) 1' X 9' PARTITIONS; AND (6) 5' X 9' PARTITIONS | 1,100.00 |
| | | C3.MDF; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (2) 2' X 9' PARTITIONS; AND (8) 5' X 9' PARTITIONS | 750.00 |
| | | C4.01; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (2) 2' X 9' PARTITIONS; AND (3) 5' X 9' PARTITIONS | 750.00 |
| | | C4.02; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (3) 2' X 9' PARTITIONS; AND (5) 5' X 9' PARTITIONS | 725.00 |
| | | C4.03; WITH DOUBLE FOLDING DOOR; 2' TRANSOM; (2) 2' X 9' PARTITIONS; AND (3) 5' X 9' PARTITIONS | 700.00 |
| | | C6.06.06; WITH 5' X 9' DOUBLE FOLDING DOOR; (10) 5' X 9' PARTITIONS; AND (8) 2' X 9' PARTITIONS | 800.00 |
| | (blank) Total | | 36,550.00 |
| **CAGE Total** | | | **36,550.00** |
| COMPUTER/DESKTOP | MXL2160514 | WITH (3) HEWLETT-PACKARD MODEL F1905B MONITORS; KEYBOARD; AND MOUSE | 365.00 |
| | MXL2160514 Total | | 365.00 |
| | MXL2161PFR | WITH (3) HEWLETT-PACKARD MODEL F1905B MONITORS; KEYBOARD; AND MOUSE | 365.00 |
| | MXL2161PFR Total | | 365.00 |
| | MXL2161PG2 | WITH (3) HEWLETT-PACKARD MODEL F1905B MONITORS; KEYBOARD; AND MOUSE | 365.00 |
| | MXL2161PG2 Total | | 365.00 |
| | MXL2161PHF | WITH (3) HEWLETT-PACKARD MODEL F1905B MONITORS; KEYBOARD; AND MOUSE | 365.00 |
| | MXL2161PHF Total | | 365.00 |
| **COMPUTER/DESKTOP Total** | | | **1,460.00** |
| COMPUTER/LAPTOP | 2CE04215SR | (blank) | 400.00 |
| | 2CE04215SR Total | | 400.00 |
| **COMPUTER/LAPTOP Total** | | | **400.00** |
| CRASH CART | (blank) | WITH DELL MODEL 2007FPB 20" LCD MONITOR; KEYBOARD; AND MOUSE | 300.00 |
| | | WITH HEWLETT-PACKARD MODEL F1305E 19" LCD MONITOR; KEYBOARD; AND MOUSE | 900.00 |
| | (blank) Total | | 1,200.00 |
| **CRASH CART Total** | | | **1,200.00** |
| FIBER OPTIC CABLE TRAY | (blank) | ESTIMATED 581 LINEAR FEET | 1,500.00 |
| | (blank) Total | | 1,500.00 |
| **FIBER OPTIC CABLE TRAY Total** | | | **1,500.00** |
| FIBER TERMINATION KIT | (blank) | (blank) | 700.00 |
| | (blank) Total | | 700.00 |

| | | | |
|---|---|---|---|
| FIBER TERMINATION KIT Total | | | 700.00 |
| FIREWALL | JMX1016K0DJ | (blank) | 1,600.00 |
| | JMX1016K0DJ Total | | 1,600.00 |
| | JMX1016K0K3 | (blank) | 1,600.00 |
| | JMX1016K0K3 Total | | 1,600.00 |
| | (blank) | (blank) | 100.00 |
| | (blank) Total | | 100.00 |
| FIREWALL Total | | | 3,300.00 |
| LADDER RACK | (blank) | ESTIMATED 1,014 LINEAR FEET | 1,100.00 |
| | | ESTIMATED 2,301 LINEAR FEET | 2,500.00 |
| | (blank) Total | | 3,600.00 |
| LADDER RACK Total | | | 3,600.00 |
| OPTICAL LIGHT SOURCE | (blank) | PART OF NOYES KIT SMLP4-4SC | 300.00 |
| | (blank) Total | | 300.00 |
| OPTICAL LIGHT SOURCE Total | | | 300.00 |
| OPTICAL POWER METER | (blank) | PART OF NOYES KIT SMLP4-4SC; (VALUED AS KIT WITH OLS4) | 300.00 |
| | (blank) Total | | 300.00 |
| OPTICAL POWER METER Total | | | 300.00 |
| PDU | (blank) | (blank) | 100.00 |
| | (blank) Total | | 100.00 |
| PDU Total | | | 100.00 |
| PDU/RACK MOUNTED | (blank) | (blank) | 72,870.00 |
| | (blank) Total | | 72,870.00 |
| PDU/RACK MOUNTED Total | | | 72,870.00 |
| RACK/NETWORK | (blank) | WITH CPI CABLE MANAGER | 13,275.00 |
| | | (blank) | 12,225.00 |
| | (blank) Total | | 25,500.00 |
| RACK/NETWORK Total | | | 25,500.00 |
| RACK/RELAY | (blank) | WITH (2) CPI CABLE MANAGERS | 1,400.00 |
| | | WITH CABLE MANAGER | 12,600.00 |
| | | WITH CABLE MANAGERS | 4,725.00 |
| | | WITH CPI CABLE MANAGER | 525.00 |
| | | (blank) | 3,100.00 |
| | (blank) Total | | 22,350.00 |
| RACK/RELAY Total | | | 22,350.00 |
| SERVER LOAD BALANCER | (blank) | (blank) | 350.00 |
| | (blank) Total | | 350.00 |
| SERVER LOAD BALANCER Total | | | 350.00 |
| SERVER/RACK MOUNTED | 1677D91 | (blank) | 150.00 |
| | 1677D91 Total | | 150.00 |
| | 1X76091 | (blank) | 500.00 |
| | 1X76091 Total | | 500.00 |
| | 21Q7MG1 | WITH (6) 80 GB SATA HOT SWAP DRIVES | 550.00 |

600 WEST 7th STREET
[Net2EZ]

| | | |
|---|---|---:|
| 21Q7MG1 Total | | 550.00 |
| 2677D91 | (blank) | 150.00 |
| 2677D91 Total | | 150.00 |
| 2B35HB1 | WITH (2) 160 GB SATA HOT SWAP DRIVES | 350.00 |
| 2B35HB1 Total | | 350.00 |
| 2BBPL71 | (blank) | 100.00 |
| 2BBPL71 Total | | 100.00 |
| 2TKXFB1 | WITH (6) 146 GB SAS HOT SWAP DRIVES | 600.00 |
| 2TKXFB1 Total | | 600.00 |
| 332NS61 | (blank) | 100.00 |
| 332NS61 Total | | 100.00 |
| 5393QC1 | WITH (2) 146 GB SAS HOT SWAP DRIVES | 450.00 |
| 5393QC1 Total | | 450.00 |
| 5LBKN81 | (blank) | 150.00 |
| 5LBKN81 Total | | 150.00 |
| 5X76D91 | (blank) | 500.00 |
| 5X76D91 Total | | 500.00 |
| 7393QC1 | (blank) | 450.00 |
| 7393QC1 Total | | 450.00 |
| 7N4SGB1 | WITH (6) 80 GB SATA HOT SWAP DRIVES | 550.00 |
| 7N4SGB1 Total | | 550.00 |
| 7VCWFD1 | (blank) | 100.00 |
| 7VCWFD1 Total | | 100.00 |
| 8121LBN433 | WITH (3) 72.8 GB SCSI HOT SWAP DRIVES | 150.00 |
| 8121LBN433 Total | | 150.00 |
| 8VBN581 | (blank) | 150.00 |
| 8VBN581 Total | | 150.00 |
| B9BPL71 | (blank) | 100.00 |
| B9BPL71 Total | | 100.00 |
| BN4SGB1 | WITH (6) 300 GB SAS HOT SWAP DRIVES | 950.00 |
| BN4SGB1 Total | | 950.00 |
| BQ9N861 | (blank) | 500.00 |
| BQ9N861 Total | | 500.00 |
| C20PKC1 | WITH (5) 300 GB SAS HOT SWAP DRIVES | 750.00 |
| C20PKC1 Total | | 750.00 |
| CYBJ291 | (blank) | 500.00 |
| CYBJ291 Total | | 500.00 |
| D314LDN1J794 | WITH (2) 36.4 GB SCSI HOT SWAP DRIVES | 500.00 |
| D314LDN1J794 Total | | 500.00 |
| D339LDN7H997 | WITH (4) 36.4 GB SCSI HOT SWAP DRIVES | 1,000.00 |
| D339LDN7H997 Total | | 1,000.00 |
| EA0CLDN429 | WITH (4) 72.8 GB SCSI HOT SWAP DRIVES | 600.00 |
| EA0CLDN429 Total | | 600.00 |
| EAGJLDN43F | WITH (2) 36.4 GB SCSI HOT SWAP DRIVES | 250.00 |
| EAGJLDN43F Total | | 250.00 |
| EB9LLDN42B | WITH (2) 36.4 GB SCSI HOT SWAP DRIVES | 250.00 |
| EB9LLDN42B Total | | 250.00 |
| ED3GLDN42B | WITH (2) 36.4 GB SCSI HOT SWAP DRIVES | 250.00 |
| ED3GLDN42B Total | | 250.00 |
| EV03MND277 | (blank) | 150.00 |
| EV03MND277 Total | | 150.00 |
| H0Q7MG1 | WITH (6) 300 GB SAS HOT SWAP DRIVES | 950.00 |
| H0Q7MG1 Total | | 950.00 |
| H33SHB1 | WITH (2) 160 GB SATA HOT SWAP DRIVES | 350.00 |
| H33SHB1 Total | | 350.00 |
| HSKXFB1 | WITH (6) 146 GB SAS HOT SWAP DRIVES | 600.00 |

| | | |
|---|---|---|
| HSKXFB1 Total | | 600.00 |
| HW28M71 | (blank) | 500.00 |
| HW28M71 Total | | 500.00 |
| JTZ2HB1 | WITH (2) 160 GB SATA HOT SWAP DRIVES | 350.00 |
| JTZ2HB1 Total | | 350.00 |
| SP3X881 | (blank) | 150.00 |
| SP3X881 Total | | 150.00 |
| USE633V012 | WITH (5) 72.8 GB SCSI HOT SWAP DRIVES | 150.00 |
| USE633V012 Total | | 150.00 |
| USM714053P | WITH (6) 36 GB SCSI HOT SWAP DRIVES | 150.00 |
| USM714053P Total | | 150.00 |
| (blank) | LABELED PERVEZ | 150.00 |
| | MDF BADGING SERVER | 150.00 |
| | WITH (4) 9.1 GB SCSI HOT SWAP DRIVES | 150.00 |
| | (blank) | 2,400.00 |
| (blank) Total | | 2,850.00 |
| **SERVER/RACK MOUNTED Total** | | **16,850.00** |
| SWITCH/NETWORK | | |
| CNM9700CRB | (blank) | 50.00 |
| CNM9700CRB Total | | 50.00 |
| F00005032 | WITH MODEL J-BXGMR4; MODEL B8G; AND POWER SUPPLY | 300.00 |
| F00005032 Total | | 300.00 |
| F000120541 | WITH MODEL J-BXGMR4; (2) MODEL B10GX1; AND POWER SUPPLY | 300.00 |
| F000120541 Total | | 300.00 |
| F000123350 | WITH MODEL J-BXGMR4; MODEL J-B16GX; MODEL J-B48E; AND POWER SUPPLY | 300.00 |
| F000123350 Total | | 300.00 |
| F000127268 | WITH MODEL J-BXGMR4; MODEL J-B16GX; MODEL J-B48E-A; AND POWER SUPPLY | 300.00 |
| F000127268 Total | | 300.00 |
| F00027148 | WITH MODEL J-BXGMR4; AND POWER SUPPLY | 300.00 |
| F00027148 Total | | 300.00 |
| F0C0523Z1BC | (blank) | 25.00 |
| F0C0523Z1BC Total | | 25.00 |
| F0C0527Y0VE | (blank) | 25.00 |
| F0C0527Y0VE Total | | 25.00 |
| FI-8X1 | WITH (2) MODEL FI42XG; AND MODEL SX-FI12GM-4 | 1,600.00 |
| FI-8X1 Total | | 1,600.00 |
| FI-8X1-4-AC | WITH MODEL FI42XG; AND MODEL SX-FI12GM-4 | 1,600.00 |
| FI-8X1-4-AC Total | | 1,600.00 |
| SA51050232 | WITH MODEL BI4XG; (3) MODEL RX BI-SFM3; MODEL BI24F; AND (2) MODEL RX-BI-MR2 | 4,500.00 |
| SA51050232 Total | | 4,500.00 |
| SA51050267 | WITH MODEL RX-B14XG; (3) MODEL RX-BI-SFM3; MODEL BI-24F; AND MODEL RX-BI-MR2 | 4,500.00 |
| SA51050267 Total | | 4,500.00 |
| TE42063775 | WITH (2) MODEL FI42XG; MODEL SX-424F; MODEL SX-FI12GM-4; AND POWER SUPPLY | 1,600.00 |
| TE42063775 Total | | 1,600.00 |
| (blank) | (ROUTER CASE ONLY) | 3,200.00 |
| | (blank) | 1,650.00 |

| | | | |
|---|---|---|---|
| | (blank) Total | | 4,850.00 |
| **SWITCH/NETW ORK Total** | | | **20,250.00** |
| TELEPHONE/IP | (blank) | (blank) | 310.00 |
| | (blank) Total | | 310.00 |
| **TELEPHONE/I P Total** | | | **310.00** |
| TELEVISION/LCD | (blank) | (blank) | 800.00 |
| | (blank) Total | | 800.00 |
| **TELEVISION/L CD Total** | | | **800.00** |
| (blank) | (blank) | LOT OF MAINTENANCE AND TESTING EQUIPMENT, TO INCLUDE:  ALLTRADE IR THERMOMETER; FLUKE MICROSCANNER PRO; NOYSE VF12 LIGHT SOURCE; OMEGA CFMMASTER II; SEQUOIA STEEL TOOL CART; MISCELLANEOUS HAND TOOLS; MISCELLANEOUS POWER TOOLS; ETC. | 600.00 |
| | | LOT OF OFFICE BUSINESS MACHINES, TO INCLUDE:  BROTHER 7820N MFC PRINTER; HP LASERJET 2100TN PRINTER; ETC. | 300.00 |
| | | LOT OF OFFICE FURNITURE AND FIXTURES, TO INCLUDE:  (4) STEEL CABINETS; (3) MODULAR DESKS, WITH (1) LETTER SIZE FILE, AND (2) SMALL DRAWERS; (4) MODULAR L-SHAPE DESKS, WITH (3) LETTER SIZE FILES; AND (2) SMALL DRAWERS; (4) CUBICLES, L-SHAPE; (4) MESH BACK | 4,750.00 |
| | (blank) Total | | 5,650.00 |
| **(blank) Total** | | | **5,650.00** |
| **2260 El Segundo** | | | **327,515.00** |
| 600 W. 7th Street | CABINET/NETWO RK | (blank) | 2-TIER; WITH (2) KABA MAS MODEL AUDITCON 252 DIGITAL LOCKS | 400.00 |
| | | 2-TIER; WITH (2) KABA MAS MODEL AUDITCON 252 DIGITAL LOCKS; AND (1) TRIPP-LITE ISOBAR PDU | 400.00 |
| | | 3-TIER; WITH (3) KABA MAS MODEL AUDITCON 252 DIGITAL LOCKS; AND (2) TRIPP-LITE ISOBAR PDUS | 475.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK | 975.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; (2) APC METERED RACK PDUS; AND REAR DOOR RELEASE | 325.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; (2) APC SWITCHED RACK PDUS; AND REAR DOOR RELEASE | 325.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; (2) GEIST PDUS; AND REAR DOOR RELEASE | 325.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; (2) HARDWIRED POWER STRIPS; AND REAR DOOR RELEASE | 650.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; AND (2) APC SWITCHED RACK PDUS | 4,550.00 |
| | | WITH KABA MAS MODEL AUDITCON 252 DIGITAL LOCK; AND (2) GEIST PDUS | 8,125.00 |

| | | | | |
|---|---|---|---|---|
| | | WITH KABA MAS MODEL AUDITCON 2S2 DIGITAL LOCK; AND REAR DOOR RELEASE | | 36,725.00 |
| | | (blank) | | 3,250.00 |
| | (blank) Total | | | 56,525.00 |
| **CABINET/NET WORK Total** | | | | **56,525.00** |
| CAGE | (blank) | C520.IDF; WITH 3' SLIDING DOOR; WITH CARD SCANNER; (2) 2' X 8' PARTITIONS; 1' X 8' PARTITION; AND 4' X 8' PARTITION | | 300.00 |
| | | C550.05; WITH 48" SLIDING DOOR, WITH KEY LOCK; AND (9) 4' X 8' PARTITIONS | | 300.00 |
| | | C550.06; WITH 48" SLIDING DOOR, WITH KEY LOCK; AND (12) 4' X 8' PARTITIONS | | 500.00 |
| | | C550.07; WITH DOUBLE FOLDING DOOR, WITH KEY LOCKS; AND (9) 4' X 8' PARTITIONS | | 750.00 |
| | | C550.08; WITH DOUBLE FOLDING DOOR, WITH KEY LOCK; AND (18) 4' X 8' PARTITIONS | | 400.00 |
| | | C550.09; WITH DOUBLE FOLDING DOOR, WITH KEY LOCK; (6) 4' X 8' PARTITIONS; AND (3) 2' X 8' PARTITIONS | | 700.00 |
| | | C550.MDF; WITH 3' DOOR; 3' X 8' PARTITIONS; (6) 5' X 8' PARTITIONS; AND (2) 4' X 8' PARTITIONS | | 400.00 |
| | | WITH 4' SLIDING DOOR, WITH KEYCARD AND BIOCRYPT LOCK; (4) 2' X 8' PARTITIONS; (8) 5' X 8' PARTITIONS; AND 3' X 8' PARTITION | | 1,000.00 |
| | | WITH 48" SLIDING DOOR, WITH KEY LOCK; AND (10) 4' X 8' PARTITIONS | | 400.00 |
| | | WITH DOUBLE FOLDING DOOR, WITH KEY LOCK; (1) 2' X 8' PARTITION; AND (14) 4' X 8' PARTITIONS | | 750.00 |
| | (blank) Total | | | 5,500.00 |
| **CAGE Total** | | | | **5,500.00** |
| COFFEEMAKER | (blank) | (blank) | | 90.00 |
| | (blank) Total | | | 90.00 |
| **COFFEEMAKER Total** | | | | **90.00** |
| COMPUTER/DESKTOP | MXL2161NZF | WITH (2) SAMSUNG MODEL SYNCMASTER 906BW 19" LCD MONITORS; SAMSUNG MODEL SYNCMASTER 245BW 24" LCD MONITOR; KEYBOARD; AND MOUSE | | 400.00 |
| | MXL2161NZF Total | | | 400.00 |
| | MXL2161PFX | WITH (2) HEWLETT-PACKARD MODEL W1907 19" LCD MONITORS; KEYBOARD; AND MOUSE | | 375.00 |
| | MXL2161PFX Total | | | 375.00 |
| | MXL2161PG6 | WITH (2) SAMSUNG MODEL SYNCMASTER 906BW 19" LCD MONITORS; KEYBOARD; AND MOUSE | | 300.00 |
| | MXL2161PG6 Total | | | 300.00 |
| **COMPUTER/DESKTOP Total** | | | | **1,075.00** |
| COMPUTER/LAPTOP | (blank) | WITH HEWLETT-PACKARD MODEL W2072A 20" LCD MONITOR | | 300.00 |
| | (blank) Total | | | 300.00 |
| **COMPUTER/LAPTOP Total** | | | | **300.00** |

| | | | |
|---|---|---|---|
| CRASH CART | (blank) | WITH HEWLETT-PACKARD MODEL F1905B 19" LCD MONITOR; AND KEYBOARD | 300.00 |
| | | WITH HEWLETT-PACKARD MODEL L1940T 19" LCD MONITOR; AND KEYBOARD | 300.00 |
| | (blank) Total | | 600.00 |
| **CRASH CART Total** | | | **600.00** |
| DATA BACKUP/RAID | 95505280901692 | (blank) | 35.00 |
| | 95505280901692 Total | | 35.00 |
| **DATA BACKUP/RAID Total** | | | **35.00** |
| FIBER TERMINATION KIT | (blank) | (blank) | 1,000.00 |
| | (blank) Total | | 1,000.00 |
| **FIBER TERMINATION KIT Total** | | | **1,000.00** |
| FIREWALL | KMX1202L244 | (blank) | 1,600.00 |
| | KMX1202L244 Total | | 1,600.00 |
| **FIREWALL Total** | | | **1,600.00** |
| KVM | (blank) | (blank) | 30.00 |
| | (blank) Total | | 30.00 |
| KVM Total | | | 30.00 |
| MICROWAVE | (blank) | (blank) | 50.00 |
| | (blank) Total | | 50.00 |
| MICROWAVE Total | | | 50.00 |
| OPTICAL LIGHT SOURCE | (blank) | PART OF NOYES KIT SMLP4-4SC | 600.00 |
| | (blank) Total | | 600.00 |
| OPTICAL LIGHT SOURCE Total | | | 600.00 |
| OPTICAL POWER METER | (blank) | PART OF NOYES KIT SMLP4-4SC; (VALUED AS KIT WITH OLS4) | - |
| | (blank) Total | | - |
| OPTICAL POWER METER Total | | | - |
| RACK/NETWORK | (blank) | WITH (4) APC SWITCHED RACK PDUS | 150.00 |
| | | WITH SIDE PANELS | 500.00 |
| | | WITH TRIPP-LITE MODEL PDU1220T PDU; (2) AMP NETCONNECT 48-PORT CATEGORY 5E PATCH PANELS; AND PANDUIT CABLE MANAGEMENT | 75.00 |
| | (blank) | | 2,250.00 |
| | (blank) Total | | 2,975.00 |
| RACK/NETWORK Total | | | 2,975.00 |
| RACK/RELAY | (blank) | WITH (2) CABLE MANAGERS | 175.00 |
| | | WITH (2) CABLE MANAGERS; AMP NETCONN FIBER OPTIC 12-SLOT PATCH PANEL; CORNING LANSCAPE 24-PORT PATCH PANELS; AND AMP CONNECT 24-PORT CAT 5E PATCH PANEL | 200.00 |
| | | WITH (2) CABLE MANAGERS; AND LEVITON 48-PORT PATCH PANEL | 200.00 |

| | | | |
|---|---|---|---:|
| | | WITH (2) CPI CABLE MANAGERS; (2) PANDUIT 24-PORT FIBER OPTIC PATCH PANELS; AND (1) ICC 12-PORT COPPER WIRE PATCH PANEL | 200.00 |
| | | WITH CABLE MANAGER; (4) AMP NETCONN 4-POSITION FIBER OPTIC PATCH PANELS; AND CORNING LANSCAPE 2-POSITION FIBER OPTIC PATCH PANELS | 175.00 |
| | | WITH CABLE MANAGER; AMP CONNECT 12-POSITION FIBER OPTIC PATCH PANEL; AND (2) AMP CONNECT 4-POSITION FIBER OPTIC PATCH PANELS | 175.00 |
| | | WITH SIECOR LANSCAPE 12-POSITION FIBER OPTIC PATCH PANEL; AND TRIPP-LITE ISOBAR PDU | 175.00 |
| | (blank) Total | | 1,300.00 |
| **RACK/RELAY Total** | | | **1,300.00** |
| REFRIGERATOR | VSY0310622 | (blank) | 120.00 |
| | VSY0310622 Total | | 120.00 |
| **REFRIGERATOR Total** | | | **120.00** |
| REMOTE POWER PANEL | 100-030-1 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 100-030-1 Total | | 2,500.00 |
| | 100-030-3 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 100-030-3 Total | | 2,500.00 |
| | 160-0991-1 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 160-0991-1 Total | | 2,500.00 |
| | 160-0931-2 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 160-0931-2 Total | | 2,500.00 |
| | 160-0931-3 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 160-0931-3 Total | | 2,500.00 |
| | 160-0931-4 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 160-0931-4 Total | | 2,500.00 |
| | 180-0970-2 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 180-0970-2 Total | | 2,500.00 |
| | 180-0970-4 | WITH (4) PANELS; AND (2) PDI MONITORING SYSTEMS | 2,500.00 |
| | 180-0970-4 Total | | 2,500.00 |
| **REMOTE POWER PANEL Total** | | | **20,000.00** |
| SERVER/DATA ACQUISITION | (blank) | (blank) | 800.00 |
| | (blank) Total | | 800.00 |
| **SERVER/DATA ACQUISITION Total** | | | **800.00** |
| SERVER/RACK MOUNTED | 1LGLN81 | (blank) | 200.00 |
| | 1LGLN81 Total | | 200.00 |
| | 2NRTGB1 | (blank) | 100.00 |
| | 2NRTGB1 Total | | 100.00 |
| | 6T9KN81 | (blank) | 200.00 |
| | 6T9KN81 Total | | 200.00 |

| | | | |
|---|---|---|---|
| | D316LDN1J808 | WITH (2) 36.4-GB SCSI HOT SPOT DRIVES | 250.00 |
| | D316LDN1J808 Total | | 250.00 |
| | D337LDN6H035 | WITH (6) 36.4-GB SCSI HOT SPOT DRIVES | 250.00 |
| | D337LDN6H035 Total | | 250.00 |
| | D339LDN7H799 | WITH (2) 72.8-GB SCSI HOT SPOT DRIVES | 250.00 |
| | D339LDN7H799 Total | | 250.00 |
| | JVK6DS1 | (blank) | 200.00 |
| | JVK6DS1 Total | | 200.00 |
| SERVER/RACK MOUNTED Total | | | 1,450.00 |
| SWITCH/NETWORK | EE011-01-013325 | (blank) | 50.00 |
| | EE011-01-013325 Total | | 50.00 |
| | F000119019 | WITH FOUNDRY NETWORKS MODEL J-BXGMR4; FOUNDRY NETWORKS MODEL J-B48E; AND (2) POWER SUPPLIES | 300.00 |
| | F000119019 Total | | 300.00 |
| | FAA0407F0W2 | (blank) | 50.00 |
| | FAA0407F0W2 Total | | 50.00 |
| | (blank) | WITH (2) FOUNDRY NETWORKS MODEL NI-MLX-10GX4; (2) FOUNDRY NETWORKS MODEL NI-X-SF1; FOUNDRY NETWORKS MODEL NI-MLX-1GX20-GC; FOUNDRY NETWORKS MODEL NI-MLX-1GX20-SFP; AND (2) FOUNDRY NETWORKS MODEL NI-MLX-MR | 5,000.00 |
| | (blank) Total | (blank) | 250.00 |
| | | | 5,250.00 |
| SWITCH/NETWORK Total | | | 5,650.00 |
| TELEVISION/LCD | ALXK3CNQ200322E | (blank) | 350.00 |
| | ALXK3CNQ200322E Total | | 350.00 |
| TELEVISION/LCD Total | | | 350.00 |
| VOICE OVER IP TELEPHONE SYSTEM | (blank) | TO INCLUDE: (7) POLYCOM SOUNDPOINT IP HANDSETS; UNIDEN 2-LINE CORDLESS PHONE, WITH EXTRA HANDSET; POLYCOM SOUNDSTATION IP5000; ETC. | 900.00 |
| | (blank) Total | | 900.00 |
| VOICE OVER IP TELEPHONE SYSTEM Total | | | 900.00 |
| (blank) | (blank) | LOT OF BUSINESS MACHINES, TO INCLUDE: STAPLES SPL-1070 M SHREDDER; P-TOUCH P500XL LABELER; BROTHER MFC7820N PRINTER; PANDUIT PANTHER LS8E LABELER; ETC. | 350.00 |
| | | LOT OF OFFICE FURNITURE AND FIXTURES, TO INCLUDE: (3) STEEL CABINETS; (2) 4-DRAWER LATERAL FILING CABINETS; HUSKY STEEL MECHANICS BOX; STANLEY PLASTIC ROLLING TOOL BOX; 12' WOOD CONFERENCE TABLE; (13) CLOTH COVERED OFFICE CHAIRS; (10) LEATHER COVERED OFF | 3,750.00 |

| | |
|---|---|
| LOT OF TESTING AND SUPPORT EQUIPMENT, TO INCLUDE: HANDTOOLS; OPTIPOP FIBER LINE CLEANER; NOYES VF12 LIGHT SOURCE; FLUKE T5-600 ELECTRICAL TESTER; FLUKE INTELLITONE PRO 200 PROBE; (2) FLUKE MICROSCANNER 2 PROBES; OMEGA CFMMASTER II AIRFLOW METER; ETC. | 1,200.00 |
| (blank) Total | 5,300.00 |
| (blank) Total | 5,300.00 |
| **600 W. 7th Street** | **106,250.00** |
| **Grand Total** | **433,765.00** |

**EXHIBIT B-3**

**DEPICTION OF PREMISES**



## EXHIBIT C-3

### AMENDED BASE RENT



2260 El Segundo
[NetEZ]

| Mont # | Due Date | Space A C8.00.00 | Space B C2.00.00 | Space C C2.00.00 | Space D pH | Space E C6.08.0.0 | Space F C4.00.00 | Space G C5.01 | Space H C3.02 | Previously Contracted Monthly Base Rent | Giveback Space pH C5.00.00 | Relinquish Space pH C5.02 | Deferral | Revised Contracted Monthly Base Rent Due | Deferred Base Rent Payable | above Improvement at Allowance Credit | Total Base Rent Due and Payable [NetEZ] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 1-Oct-17 | 114,076 | 110,696 | 110,696 | 110,696 | 25,353 | 110,696 | 54,855 | 55,780 | 595,328 | (110,696) | (55,780) | | 429,534 | | | 429,534 |
| 58 | 1-Nov-17 | 114,076 | 110,696 | 110,696 | 110,696 | 35,293 | 110,696 | 54,855 | 55,780 | 595,929 | (110,696) | (55,780) | | 429,554 | | | 429,554 |
| 59 | 1-Dec-17 | 114,076 | 110,696 | 110,696 | 110,696 | 35,353 | 110,696 | 54,855 | 55,780 | 595,328 | (110,696) | (55,780) | | 429,554 | | | 429,554 |
| 60 | 1-Jan-18 | 114,076 | 110,696 | 110,696 | 110,696 | 35,353 | 110,696 | 54,835 | 55,780 | 595,328 | (110,696) | (55,780) | | 429,554 | | | 429,554 |
| 61 | 1-Feb-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 62 | 1-Mar-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 63 | 1-Apr-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 64 | 1-May-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 65 | 1-Jun-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 66 | 1-Jul-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 67 | 1-Aug-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 68 | 1-Sep-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 69 | 1-Oct-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 70 | 1-Nov-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 71 | 1-Dec-18 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 72 | 1-Jan-19 | 117,458 | 113,553 | 113,553 | 113,553 | 40,575 | 113,553 | 56,480 | 57,454 | 610,001 | (113,553) | (57,454) | | 442,420 | | | 442,420 |
| 73 | 1-Feb-19 | 120,920 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 74 | 1-Mar-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 75 | 1-Apr-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 76 | 1-May-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 77 | 1-Jun-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 78 | 1-Jul-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 79 | 1-Aug-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 80 | 1-Sep-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 81 | 1-Oct-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 82 | 1-Nov-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 83 | 1-Dec-19 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 84 | 1-Jan-20 | 121,013 | 116,351 | 116,351 | 116,351 | 41,782 | 116,351 | 58,114 | 59,117 | 628,221 | (116,351) | (59,117) | | 455,692 | | | 455,692 |
| 85 | 1-Feb-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 86 | 1-Mar-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 87 | 1-Apr-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 88 | 1-May-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 89 | 1-Jun-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 90 | 1-Jul-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 91 | 1-Aug-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 92 | 1-Sep-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 93 | 1-Oct-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 94 | 1-Nov-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 95 | 1-Dec-20 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 468,393 | | | 468,393 |
| 96 | 1-Jan-21 | 124,654 | 120,012 | 120,012 | 120,012 | 43,046 | 120,012 | 59,939 | 60,955 | 651,141 | (120,012) | (60,955) | | 469,393 | | | 469,393 |
| 97 | 1-Feb-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 98 | 1-Mar-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 99 | 1-Apr-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 100 | 1-May-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 101 | 1-Jun-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 102 | 1-Jul-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 103 | 1-Aug-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 104 | 1-Sep-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,103 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 105 | 1-Oct-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,703 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 106 | 1-Nov-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,703 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 107 | 1-Dec-21 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,703 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 108 | 1-Jan-22 | 128,393 | 124,498 | 124,498 | 124,498 | 44,337 | 124,498 | 61,111 | 62,781 | 670,703 | (124,498) | (62,781) | | 483,444 | | | 483,444 |
| 109 | 1-Feb-22 | 132,245 | 128,233 | 128,233 | 128,233 | 45,667 | 128,233 | 63,568 | 64,665 | 690,845 | (128,233) | (64,665) | | 497,947 | | | 497,947 |
| 110 | 1-Mar-22 | 132,245 | 128,233 | 128,233 | 128,233 | 45,667 | 128,233 | 63,568 | 64,665 | 690,845 | (128,233) | (64,665) | | 497,947 | | | 497,947 |
| 111 | 1-Apr-22 | 132,245 | 128,233 | 128,233 | 128,233 | 45,667 | 128,233 | 63,568 | 64,665 | 690,845 | (128,233) | (64,665) | | 497,947 | | | 497,947 |
| 112 | 1-May-22 | 132,245 | 128,233 | 128,233 | 128,233 | 45,667 | 128,233 | 63,568 | 64,665 | 690,845 | (128,233) | (64,665) | | 497,947 | | | 497,947 |
| 113 | 1-Jun-22 | 132,245 | 128,233 | 128,233 | 128,233 | 45,667 | 128,233 | 63,568 | 64,665 | 690,845 | (128,233) | (64,665) | | 497,947 | | | 497,947 |

| Rent # | Due Date | Space A C1,00.0 | Space C C2,00.0 | Space C C5,00.0 | Space D [2] C5,00.0 | Space E C5,96.9 | Space F C4,00.0 | Space G C3,01 | Space H [3] C3,82 | Previously Contracted Monthly Base Rent | Space I [2] C5,00.8 | Space k [3] D[2] | Space [ ] [ ] C3.82 | Deferre I | Contracted Monthly Base Rent [1] | Deferred Base Rent Permaner | Lower Improvement Allowance + Credit | Total Base Rent Due and Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 1-Jul-22 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 105 | 1-Aug-22 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 116 | 1-Sep-22 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 117 | 1-Oct-22 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 118 | 1-Nov-22 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 119 | 1-Dec-22 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 120 | 1-Jan-23 | 132,265 | 128,233 | 128,233 | 128,233 | 45,647 | 128,233 | 53,554 | 64,465 | 490,845 | 128,233 | 128,233 | 64,465 | (64,465) | 497,947 | | | 497,947 |
| 121 | 1-Feb-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 122 | 1-Mar-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 123 | 1-Apr-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 124 | 1-May-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 125 | 1-Jun-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 126 | 1-Jul-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 127 | 1-Aug-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 128 | 1-Sep-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 129 | 1-Oct-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,605) | 502,416 | | | 502,416 |
| 130 | 1-Nov-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 4,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,465) | 502,416 | | | 502,416 |
| 131 | 1-Dec-23 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,465) | 502,416 | | | 502,416 |
| 132 | 1-Jan-24 | 134,213 | 132,490 | 132,490 | 132,490 | 47,037 | 132,490 | 65,474 | 66,605 | 715,570 | 132,490 | 132,490 | 66,605 | (66,465) | 502,416 | | | 502,416 |
| 133 | 1-Feb-24 | 136,293 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 134 | 1-Mar-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 135 | 1-Apr-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 136 | 1-May-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 137 | 1-Jun-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 138 | 1-Jul-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 139 | 1-Aug-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 140 | 1-Sep-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 141 | 1-Oct-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 142 | 1-Nov-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 143 | 1-Dec-24 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 144 | 1-Jan-25 | 140,295 | 136,040 | 136,040 | 136,040 | 48,644 | 136,040 | 67,460 | 68,603 | 732,917 | 136,040 | 134,643 | 68,603 | (68,603) | 524,272 | | | 524,272 |
| 145 | 1-Feb-25 | 144,504 | 140,124 | 140,124 | 140,124 | 49,902 | 140,124 | 69,463 | 70,661 | 754,905 | 140,124 | 140,124 | 70,661 | (70,661) | 544,420 | | | 544,420 |
| 146 | 1-Mar-25 | 144,504 | 140,124 | 140,124 | 140,124 | 49,902 | 140,124 | 69,463 | 70,661 | 754,905 | 140,124 | 140,124 | 70,661 | (70,661) | 544,420 | | | 544,420 |
| 147 | 1-Apr-25 | 144,504 | 140,124 | 140,124 | 140,124 | 49,902 | 140,124 | 69,463 | 70,661 | 754,905 | 140,124 | 140,124 | 70,661 | (70,661) | 544,420 | | | 544,420 |
| 148 | 1-May-25 | | | | | | | | | | | | | | | | | |
| 149 | 1-Jun-25 | | | | | | | | | | | | | | | | | |
| 150 | 1-Jul-25 | | | | | | | | | | | | | | | | | |
| 151 | 1-Aug-25 | | | | | | | | | | | | | | | | | |
| 152 | 1-Sep-25 | | | | | | | | | | | | | | | | | |
| 153 | 1-Oct-25 | | | | | | | | | | | | | | | | | |
| 154 | 1-Nov-25 | | | | | | | | | | | | | | | | | |
| 155 | 1-Dec-25 | | | | | | | | | | | | | | | | | |

(1) Monthly Base Rent will be prorated for any partial month in accordance with the terms of Section 8.1 of the Lease.

(2) Space to be surrendered and rent reduced effective 05/01/13 per 4th Amendment to lease, which includes Space D also known as Colo 5 and storage area known as OFF.1125.

(3) Tenant shall give up rights to that portion of the Premises known as Space H also referred to as Colo 3.02 and shall not be added to the Premises per 4th Amendment to lease.

## EXHIBIT D-3

## OUTSTANDING BALANCE OF PAST DUE RENT

Exhibit D-3

Outstanding Balance of Past Due Rent

| Month | Due Date | Total Deferred Base Rents Due | Principal Payment[1] | Gross Balance of Past Due Rent | Accrued but Unpaid Interest[2] | Lessee Improvement Allowance Credit Balance | Net Balance of Past Due Rent |
|---|---|---|---|---|---|---|---|
| | Effective Date | | $5,000.00 | | | | |

2260 El Segundo
[Net2EZ]

Exhibit D-3

Outstanding Balance of Past Due Rent

| Month | Due Date | Total Deferred Base Rents Due | Principal Payments[1] | Gross Balance of Past Due Rent | Accrued but Unpaid Interest[2] | Lessee Improvement Allowance Credit Balance | Net Balance of Past Due Rent |
|---|---|---|---|---|---|---|---|
| 33 | 1-Sep-15 | 400,076.86 | | 400,076.86 | 4,059.99 | 46,516.29 | 361,519.56 |
| 34 | 1-Oct-15 | 400,076.86 | 12,502.40 | 387,574.46 | 8,229.29 | 135,913.96 | 257,390.89 |
| 35 | 1-Nov-15 | 387,574.46 | | 387,574.46 | 6,455.57 | 135,013.50 | 359,520.48 |
| 36 | 1-Dec-15 | 387,574.46 | 12,502.40 | 375,072.06 | | 128,010.85 | 347,061.21 |
| 37 | 1-Jan-16 | 375,072.06 | | 375,072.06 | 6,125.66 | 128,010.85 | 350,186.82 |
| 38 | 1-Feb-16 | 375,072.06 | | 375,072.06 | 6,292.20 | 128,010.85 | 352,312.42 |
| 39 | 1-Mar-16 | 375,072.06 | 12,502.40 | 362,569.94 | | 121,008.19 | 341,561.50 |
| 40 | 1-Apr-16 | 362,569.94 | | 362,569.94 | | 121,008.19 | 344,583.96 |
| 41 | 1-May-16 | 362,569.94 | | 362,569.94 | 6,041.89 | 121,008.19 | 347,614.22 |
| 42 | 1-Jun-16 | 362,569.94 | 12,502.40 | 350,067.26 | | 114,005.42 | 336,061.83 |
| 43 | 1-Jul-16 | 350,067.26 | | 350,067.26 | 2,917.23 | 114,005.42 | 338,979.06 |
| 44 | 1-Aug-16 | 350,067.26 | | 350,067.26 | 5,834.45 | 114,505.42 | 341,896.20 |
| 45 | 1-Sep-16 | 350,067.26 | 12,502.40 | 337,564.85 | | 37,002.71 | 380,562.14 |
| 46 | 1-Oct-16 | 337,564.85 | | 337,564.85 | 2,814.04 | 37,002.71 | 352,375.18 |
| 47 | 1-Nov-16 | 337,564.85 | | 337,564.85 | 5,626.08 | 37,002.71 | 336,189.47 |
| 48 | 1-Dec-16 | 337,564.85 | 337,564.85 | | | | |
| 49 | 1-Jan-17 | | | | | | |
| 50 | 1-Feb-17 | | | | | | |
| 51 | 1-Mar-17 | | | | | | |
| 52 | 1-Apr-17 | | | | | | |
| 53 | 1-May-17 | | | | | | |
| 54 | 1-Jun-17 | | | | | | |
| 55 | 1-Jul-17 | | | | | | |
| 56 | 1-Aug-17 | | | | | | |
| 57 | 1-Sep-17 | | | | | | |
| 58 | 1-Oct-17 | | | | | | |
| 59 | 1-Oct-17 | | | | | | |

[1] Principal Payment is equal to 1/4 of Total Deferred Base Rents Due, to be paid in quarterly intervals until such order of the Due Dates, which is due and unpaid.

[2] Net Balance of Past Due Rent is different for each month after the Due Dates.

## EXHIBIT E-3

## EXPANSION PREMISES ELECTRICITY CHARGES

|  | Space E (2,500 USF; 250 kW) | Space F (7,081 USF; 702 kW) | Space G (3,347 USF; 348 kW) |
|---|---|---|---|
| Connected Load/PDU | Actual Cost, as metered, times a cooling load factor of 1.6. | Actual Cost, as metered, times a cooling load factor of 1.3 | Actual Cost, as metered, times a cooling load factor of 1.6. |
| CRAC Load | N/A | Actual Cost, as metered | N/A |
| Back-Up Units | N/A | 50% of the electrical charge for the Hitec #2 backup generator (Lessee's share of the foregoing for Space F is currently anticipated to be $3,300 per month)<br><br>10% of the electrical charge for the Hitec redundant generator (Lessee's share of the foregoing for Space F is currently anticipated to be $660 per month) | N/A |

# EXHIBIT 2

**2260 E EL SEGUNDO BLVD, EL SEGUNDO, CA - 7948**

**SPACE t0033018**
**C1.00.00**

| MONTH | AMT BILLED | PAYMENT AMT | PAYMENT STATUS | BALANCE | PETITION DATE 2/23/15 |
|---|---|---|---|---|---|
| 01/2015 Base Rent (01/2015) | $ 104,395.65 | $ | | $ 104,395.65 | PRE |
| 01/2015 01/01/15 - Deferred Rent Payment | $ 16,543.48 | $ | | $ 16,543.48 | PRE |
| 01/2015 11/2014 - Power Actual | $ 172,584.20 | $ 172,584.20 | Paid - Check# 15886 | $ - | PRE |
| 01/2015 Installation Fees (112) | $ 350.00 | $ 350.00 | Paid - Check# 19876 | $ - | PRE |
| 01/2015 Installation Fees (113) | $ 350.00 | $ 350.00 | Paid - Check# 19876 | $ - | PRE |
| 01/2015 Installation Fees (114) | $ 1,400.00 | $ 1,400.00 | Paid - Check# 19876 | $ - | PRE |
| 01/2015 Installation Fees (115) | $ 1,400.00 | $ 1,400.00 | Paid - Check# 19876 | $ - | PRE |
| 02/2015 Base Rent (02/2015) | $ 107,527.52 | $ 107,527.52 | Paid - Check# 19960 | $ - | PRE |
| 02/2015 Power Actual | $ 96,723.50 | | Paid Partial 89.95% - Wire# 370143926 | $ 10,804.02 | PRE |
| 02/2015 12/2014 - Power Actual | $ 168,467.98 | $ 168,467.98 | Paid - Check# 19960 | $ - | PRE |
| 02/2015 Installation Fees (117) | $ 350.00 | $ 350.00 | Paid - Check# 19960 | $ - | PRE |
| 03/2015 01/21/15 - Building Tour Ticket#0368 | $ 100.00 | $ 100.00 | | $ 100.00 | PRE |
| 03/2015 Installation Fees (117) | $ 100.00 | $ 100.00 | Paid - Check# 0530 | $ - | PRE |
| 03/2015 Base Rent (03/2015) | $ 164,839.01 | $ 164,839.01 | Paid - Check# 0530 | $ - | POST |
| 03/2015 Power Actual | $ 107,527.52 | $ 107,527.52 | Paid - Check# 0502 | $ - | POST |
| 04/2015 Base Rent (04/2015) | $ 107,527.52 | $ 107,527.52 | Paid - Wire# 370400133 | $ - | POST |
| 04/2015 04/01/15 - Deferred Rent Payment | $ 16,230.92 | | | $ 16,230.92 | POST |
| 04/2015 02/2015 - Power Actual (02/01/15-02/22/2015) | $ 114,577.41 | $ 114,577.41 | Paid - Check# 604 | $ - | POST |
| 04/2015 02/2015 - Power Actual (02/23/2015-02/28/15) | $ 31,248.38 | $ 31,248.38 | Paid - Check# 604 | $ - | POST |
| 04/2015 02/23/15 - Shipping&Receiving Ticket#0579 | $ 200.00 | | | $ 200.00 | POST |
| 04/2015 02/25/15 - Shipping&Receiving Ticket#0377 | $ 200.00 | $ 200.00 | Paid - Check# 604 | $ - | POST |
| 04/2015 12/23/14 - Instalation Fees (117) | $ 350.00 | | | $ 350.00 | POST |
| 04/2015 01/2015 - Instalation Fees (118) | $ 100.00 | | | $ 100.00 | POST |
| 04/2015 02/2015 - Instalation Fees (117) | $ 20,076.32 | $ 20,076.32 | Paid - Wire# 370252149 | $ - | POST |
| 05/2015 Year-End CAM Reimb. (01/2014 - 12/2014) | $ 107,527.52 | $ 107,527.52 | Paid - Wire# 370252149 | $ - | POST |
| 05/2015 Base Rent (05/2015) | $ 164,910.82 | $ 164,910.80 | Paid - Wire# 370434841 | $ 0.02 | POST |
| 05/2015 03/2015 - Power Actual | $ 350.00 | $ 350.00 | Paid - Wire# 370252149 | $ - | POST |
| 05/2015 03/12/15 - Instalation Fees (119) | $ 700.00 | $ 700.00 | Paid - Wire# 370252149 | $ - | POST |
| 05/2015 04/01/15 - Instalation Fees (120) | $ 107,527.52 | $ 107,527.52 | Paid - Wire# 370228882 | $ - | POST |
| 06/2015 Base Rent (06/2015) | $ 158,302.64 | | | $ 158,302.64 | POST |
| 06/2015 04/2015 - Power Actual | $ 200.00 | $ 200.00 | Paid - Check# 0502 | $ 200.00 | POST |
| 06/2015 04/28/15 - Shipping&Receiving Ticket#0751 | | | | | |

**SPACE t0033020**
**C2.00.00**

| MONTH | AMT BILLED | PAYMENT AMT | PAYMENT STATUS | BALANCE | PETITION DATE 2/23/15 |
|---|---|---|---|---|---|
| 01/2015 Base Rent (01/2015) | $ 141,412.47 | $ 141,412.47 | | $ 141,412.47 | PRE |
| 01/2015 CAM Reimb. Est (01/2015) | $ 47,000.00 | $ 47,000.00 | | $ 47,000.00 | PRE |
| 01/2015 CAM Reimb. Est (01/2015) | $ 11,263.57 | $ 11,263.57 | Paid - Check #19876 | $ 11,263.57 | PRE |
| 02/2015 Base Rent (02/2015) | $ 141,412.47 | $ 127,203.79 | Paid Partial 89.95% - Wire# 370143926 | $ 14,208.68 | PRE |
| 02/2015 CAM Reimb. Est (02/2015) | $ 47,000.00 | $ 47,000.00 | | $ 47,000.00 | PRE |
| 02/2015 Base Rent (02/2015) Deferred Rent | $ 11,263.57 | $ 11,263.57 | Paid - Check# 19927 | $ - | PRE |
| 02/2015 CAM Reimb. Est (02/2015) | $ 141,412.47 | $ 141,412.47 | Paid - Check# 0502 | $ - | POST |
| 03/2015 Base Rent (03/2015) | $ 11,263.57 | $ 11,263.57 | Paid - Check# 0502 | $ - | POST |
| 03/2015 CAM Reimb. Est (03/2015) | $ 47,000.00 | $ 47,000.00 | Paid - Wire# 370327437 | $ - | POST |
| 03/2015 Base Rent (03/2015) Deferred Rent | $ 47,000.00 | $ 47,000.00 | Paid - Wire# 370327437 | $ - | POST |
| 03/2015 CAM Reimb. Est (03/2015) | $ 11,263.57 | $ 11,263.57 | Paid - Check# 0502 | $ - | POST |

| | | |
|---|---|---|
| $ 132,493.15 | PRE-PETITION | |
| $ 174,733.58 | POST-PETITION | |
| $ 307,226.73 | TOTAL OWED YTD | |

**SPACE 10036358 C6.06.00**

| MONTH | AMT BILLED | PAYMENT AMT | PAYMENT STATUS | BALANCE | PETITION DATE 2/23/15 |
|---|---|---|---|---|---|
| 04/2015 Base Rent (04/2015) | $ 141,412.47 | $ 141,412.47 | Paid - Wire# 370400133 | $ - | POST |
| 04/2015 Base Rent (04/2015) Deferred Rent | $ 47,000.00 | $ 47,000.00 | Paid - Wire# 370400133 | $ - | POST |
| 04/2015 CAM Reimb. Est (04/2015) | $ 11,263.57 | $ 11,263.57 | Paid - Wire# 370400133 | $ - | POST |
| 04/2015 Year-End CAM Reimb. (01/2014 - 12/2014) | $ 19,209.56 | $ 19,209.56 | Paid - Wire# 370252149 | $ - | PRE |
| 05/2015 Base Rent (05/2015) | $ 141,412.47 | $ 141,412.47 | Paid - Wire# 370252149 | $ - | POST |
| 05/2015 Base Rent (05/2015) Deferred Rent | $ 47,000.00 | $ 47,000.00 | Paid - Wire# 370252149 | $ - | POST |
| 05/2015 CAM Reimb. Est (05/2015) | $ 11,263.57 | $ 11,263.57 | Paid - Wire# 370252149 | $ - | POST |
| 06/2015 Base Rent (06/2015) | $ 141,412.47 | $ 141,412.47 | Paid - Wire# 370328882 | $ - | POST |
| 06/2015 Base Rent (06/2015) Deferred Rent | $ 47,000.00 | $ 47,000.00 | Paid - Wire# 370328882 | $ - | POST |
| 06/2015 CAM Reimb. Est (06/2015) | $ 11,263.57 | $ 11,263.57 | Paid - Wire# 370328882 | $ - | POST |

| | | |
|---|---|---|
| $ 249,621.15 | PRE-PETITION | |
| $ - | POST-PETITION | |
| $ 249,621.15 | TOTAL OWED YTD | |

| MONTH | AMT BILLED | PAYMENT AMT | PAYMENT STATUS | BALANCE | PETITION DATE 2/23/15 |
|---|---|---|---|---|---|
| 01/2015 Base Rent (01/2015) | $ 36,050.00 | $ 33,400.64 | Paid Partial 89.95% - Wire# 370143926 | $ 36,050.00 | PRE |
| 02/2015 Base Rent (02/2015) | $ 37,131.50 | $ 37,131.50 | Paid - Check# 0502 | $ 3,730.86 | PRE |
| 03/2015 Base Rent (03/2015) | $ 37,131.50 | $ 37,131.50 | Paid - Check# 0502 | $ - | POST |
| 04/2015 Base Rent (04/2015) | $ 37,131.50 | $ 37,131.50 | Paid - Wire# 370400133 | $ - | POST |
| 05/2015 Base Rent (05/2015) | $ 37,131.50 | $ 37,131.50 | Paid - Wire# 370252149 | $ - | POST |
| 06/2015 Base Rent (06/2015) | $ 37,131.50 | $ 37,131.50 | Paid - Wire# 370328882 | $ - | POST |

| | | |
|---|---|---|
| $ 39,780.86 | PRE-PETITION | |
| $ - | POST-PETITION | |
| $ 39,780.86 | TOTAL OWED YTD | |

**SPACE 10036481 C4.00.00**

| MONTH | AMT BILLED | PAYMENT AMT | PAYMENT STATUS | BALANCE | PETITION DATE 2/23/15 |
|---|---|---|---|---|---|
| 01/2015 Base Rent (01/2015) | $ 101,228.40 | $ 93,789.01 | Paid Partial 89.95% - Wire# 370143926 | $ 101,228.40 | PRE |
| 02/2015 Base Rent (02/2015) | $ 104,265.25 | $ 104,265.25 | Paid - Check# 0502 | $ 10,476.24 | PRE |
| 03/2015 Base Rent (03/2015) | $ 104,265.25 | $ 104,265.25 | Paid - Check# 0502 | $ - | POST |
| 04/2015 Base Rent (04/2015) | $ 104,265.25 | $ 104,265.25 | Paid - Wire# 370400133 | $ - | POST |
| 05/2015 Base Rent (05/2015) | $ 104,265.25 | $ 104,265.25 | Paid - Wire# 370252149 | $ - | POST |
| 06/2015 Base Rent (06/2015) | $ 104,265.25 | $ 104,265.25 | Paid - Wire# 370328882 | $ - | POST |

| | | |
|---|---|---|
| $ 111,704.64 | PRE-PETITION | |
| $ - | POST-PETITION | |
| $ 111,704.64 | TOTAL OWED YTD | |

**SPACE 10036482 C3.01.00**

| MONTH | AMT BILLED | PAYMENT AMT | PAYMENT STATUS | BALANCE | PETITION DATE 2/23/15 |
|---|---|---|---|---|---|
| 01/2015 Base Rent (01/2015) | $ 50,181.60 | $ 46,493.70 | Paid Partial 89.95% - Wire# 370143926 | $ 50,181.60 | PRE |
| 02/2015 Base Rent (02/2015) | $ 51,687.05 | $ 51,687.05 | Paid - Check# 0502 | $ 5,193.35 | PRE |
| 03/2015 Base Rent (03/2015) | $ 51,687.05 | $ 51,687.05 | Paid - Check# 0502 | $ - | POST |
| 04/2015 Base Rent (04/2015) | $ 51,687.05 | $ 51,687.05 | Paid - Wire# 370400133 | $ - | POST |
| 05/2015 Base Rent (05/2015) | $ 51,687.05 | $ 51,687.05 | Paid - Wire# 370252149 | $ - | POST |

| | | | | POST |
|---|---|---|---|---|
| 06/2015 Base Rent (06/2015) | $ 51,687.05 | $ 51,687.05  Paid - Wire# 370328882 | | $ - |

| | |
|---|---|
| $ 55,374.95 | PRE-PETITION |
| $ - | POST-PETITION |
| $ 55,374.95 | TOTAL OWED YTD |

| | |
|---|---|
| $ 588,974.75 | PRE-PETITION OWED |
| $ 174,733.58 | POST PETITION OWED |
| $ 763,708.33 | GRAND TOTAL OWED |