**Paul A. Beck** (SBN 79760)
**Lewis R. Landau** (SBN 143391)
lew@landaunet.com
**Law Offices of Paul A. Beck, APC**
13701 Riverside Drive, Suite 701
Sherman Oaks, California 91423
Tel:  (818) 501-1141; Fax: (818) 501-1241

Attorneys for Debtor and Debtor in Possession
Net Data Centers, Inc.

FILED & ENTERED

SEP 01 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Net Data Centers, Inc.,<br><br>            Debtor. | Case No.: 2:15-bk-12690-BB<br>Chapter 11<br><br>**ORDER ESTABLISHING PROCEDURES FOR THE SALE OF ESTATE'S EAST COAST ASSETS**<br><br>Date:      September 1, 2015<br>Time:     10:00 a.m.<br>Place:    Courtroom 1475; Judge Bluebond<br>              U.S. Bankruptcy Court<br>              255 E. Temple Street, 14th Floor<br>              Los Angeles, CA 90012 |

On September 1, 2015 at 10:00 a.m., the Court considered the motion filed by Net Data Centers, Inc. ("Debtor") for entry an order establishing procedures in connection with the sale of Debtor's East Coast assets pursuant to 11 U.S.C. § 363(b) and Local Bankruptcy Rule 6004-1(b) ("Motion").  Appearances were made as noted in the record.

The Court, findings notice properly given and good cause therefore, hereby **ORDERS** as follows[1]:

    **1.**    The Motion is **GRANTED.**

    2.    The following dates and deadlines regarding competitive bidding are hereby established:

a. **Qualified Bid Deadline**: Tuesday, **September 22, 2015, at 4:00 p.m.** (Pacific Time) is the deadline ("Bid Deadline") by which all binding bids must actually be received via email by counsel to Debtor (lew@landaunet.com), counsel to Netunim, Inc. (anoskow@manatt.com and cgrumer@manatt.com) ("Purchaser" or "Stalking Horse Bidder") and Debtor's investment banker 321 Capital Partners, LLC (erv@321capital.com).

b. **Auction**. **September 24, 2015 commencing at 11:00 a.m.** (Pacific time), is the date and time the Auction will commence in in the Courtroom of the Honorable Sheri Bluebond, United States Bankruptcy Judge located in Courtroom 1475, U.S. Bankruptcy Court, 255 E. Temple Street, 14th Floor, Los Angeles, CA 90012.

c. **Sale Objection Deadline**. The deadline to object to the Sale transactions and/or the assumption and assignment of the Assumed Contracts or cure amounts related thereto (to the extent a Cure Notice has been filed with the Bankruptcy Court) shall be **September 10, 2015** (the "Sale Objection Deadline").

d. **Sale Hearing**. Immediately following the Auction, if any, on **September 24, 2015 at 11:00 a.m.** is the date and time the Sale Hearing will commence in in the Courtroom of the Honorable Sheri Bluebond, United States Bankruptcy Judge located in Courtroom 1475, U.S. Bankruptcy Court, 255 E. Temple Street, 14th Floor, Los Angeles, CA 90012.

3. The following bid procedures shall govern the submission, receipt and analysis of any bids relating to the sale of the Purchased Assets, and any party desiring to submit a higher or otherwise better offer to purchase the Purchased Assets shall do so strictly in accordance with the terms of the following Bidding Procedures, subject to the terms of the APA:

(a) Competing offers to acquire the Purchased Assets shall:

---

[1] Defined terms herein shall have the meaning set forth in the Asset Purchase Agreement filed as Exhibit 1 to ECF # tbd.

(i) be submitted in writing to counsel for Debtor and Stalking Horse Bidder and 321 Capital on or before 4:00 p.m. (Pacific Time) on September 22, 2015 (the "Bid Deadline");

(ii) provide for an all-cash purchase price to be paid to Debtor that exceeds the Purchase Price herein by at least Two Hundred Thousand Dollars ($200,000);

(iii) be accompanied by a signed asset purchase agreement in form and substance substantially similar to the APA, together with a redlined, marked copy showing all changes to the APA (the "Competing Agreement");

(iv) must not be subject to due diligence contingencies or other conditions beyond those imposed by Stalking Horse Bidder; any bidder other than Stalking Horse Bidder shall have an opportunity to review the books and records of the Debtor, provided that such bidder shall execute a non-disclosure agreement in form and substance acceptable to Debtor in Debtor's sole discretion (notwithstanding the foregoing, all due diligence must be completed by all qualified bidders prior to Auction (as defined below);

(v) remain open until the conclusion of the Sale Hearing (as defined below);

(vi) contain terms and conditions no less favorable to Debtor than the terms and conditions of the APA;

(vii) be accompanied by admissible evidence in the form of affidavits or declarations establishing the bidder's good faith, within the meaning of Section 363(m) of the Bankruptcy Code;

(viii) be accompanied by admissible evidence in the form of affidavits or declarations establishing that the bidder is capable and qualified, financially, legally, and otherwise, of unconditionally performing all obligations under the Competing Agreement;

    (ix) be accompanied by a cashier's check made payable to the order of Debtor in an amount of One Hundred Thousand Dollars ($100,000.00) (the "<u>Overbidder's Deposit</u>"), and further provide that (A) if the Bankruptcy Court approves a sale of the Purchased Assets to that bidder, Debtor may retain the Overbidder's Deposit for application as a non-refundable deposit for application towards payment of the Breakup Fee (as defined in Section 3.1(d) below) to Stalking Horse Bidder and the remainder to be applied against the purchase price at the closing of the transaction, and (B) if the Bankruptcy Court does not approve a sale of the Purchased Assets to that bidder, Debtor will promptly return the Overbidder's Deposit to Overbidder;

    (x) be for all of the Purchased Assets; and

    (xi) contain a proposed closing date that is not later than the Closing Date under the APA.

  (b) If any bidders have submitted a qualifying competing bid in accordance with the Sale Procedures Order hereof (each such bid, a "<u>Qualified Bid</u>"), then a public auction of the Purchased Assets (the "<u>Auction</u>") shall be held at 11:00 a.m. (Pacific Time) on September 24, 2015 (or such other date as set by the Bankruptcy Court) at the United States Bankruptcy Court, Courtroom 1475, 14th Floor, Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012.  The Auction shall be governed by the following procedures:

    (i) All bidders shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and to have waived any right to jury trial in connection with any disputes relating to the Auction or the sale of the Purchased Assets;

    (ii) Bidding will commence at the amount of the highest Qualified Bid;

(iii) Each subsequent bid shall be in increments of no less than $100,000; and

(iv) For the Stalking Horse Bidder, the Breakup Fee shall be taken into account in the bidding process, such that, for illustration purposes, if the bid is $3,000,000 the Stalking Horse Bidder may bid $2,900,000 cash plus the value of the Breakup Fee to match the $3,000,000 bid.

(c) A hearing to approve the successful bid at the Auction, or, if no auction is held, to approve the APA, shall be scheduled immediately following the Auction, on the date of the Auction;

(d) The Breakup Fee in an amount of One Hundred Thousand Dollars ($100,000.00) (the "Breakup Fee") is approved and shall be paid to Stalking Horse Bidder in the event that the Bankruptcy Court enters an order approving an offer to purchase the Purchased Assets submitted by a party other than Stalking Horse Bidder or enters an order confirming a plan of reorganization of Debtor (other than a plan under which Stalking Horse Bidder acquires the Purchased Assets) no later than the closing of the sale of the Purchased Assets to a third party;

(e) No other bidder for the Purchased Assets shall be entitled to payment of any breakup fee;

(f) Any entity that fails to submit a timely, conforming Qualified Bid, as set forth above, shall be disqualified from bidding for the Purchased Assets at the Auction or the Sale Hearing; and

///
///
///
///
///
///

Case 2:15-bk-12690-BB    Doc 259    Filed 09/01/15    Entered 09/01/15 11:44:36    Desc
Main Document    Page 6 of 6

        (g)    If no timely, conforming Qualified Bid is submitted, Debtor shall request at the Sale Hearing that the Court approve the proposed sale of the Purchased Assets to Stalking Horse Bidder under the APA.

**IT IS SO ORDERED.**

###

Date: September 1, 2015

Sheri Bluebond
United States Bankruptcy Judge